# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

ALABAMA STATE CONFERENCE OF THE NAACP, ET AL.,

     Plaintiffs,

                         Civil Case No. 2:16-CV-731-WKW

v.

STATE OF ALABAMA, ET AL.,

     Defendants.

## EXPERT REPORT OF DR. CHRISTOPHER W. BONNEAU

I. Introduction and Qualifications

     I was retained as an expert by the defendants to ascertain whether there was racial polarization in Alabama's statewide judicial contests. Additionally, I have examined the differences between district-based and statewide judicial elections as well as responded to certain claims made by the plaintiffs' experts. My findings and conclusions are based on Alabama-specific voter registration and election data, research I have conducted in the writing of two books and multiple articles and chapters on the subject of judicial elections, and the findings of other scholars who have studied judicial elections. I am compensated at a rate of $300/hour. I have not testified as an expert at trial or by deposition in any case in the past four years.

I am currently an Associate Professor of Political Science at the University of Pittsburgh, where I have taught since 2002. I received my BA from Valparaiso University in Political Science, Theology, and Humanities, an MA in political science from Ball State University, an MA in political science from Michigan State University, and a PhD in political science from Michigan State University.

My scholarly research primarily focuses on the nature of judicial elections. My studies have focused on all aspects of these elections, from voter participation to voter knowledge to campaign fundraising to campaign spending to electoral contestation to electoral competition to the consequences of electing judges. My approach is empirical: given that we have judicial elections in the United States, how do they actually work? I have spent the vast majority of my scholarly career seeking to answer questions about judicial elections and respond to critics of them using empirical data.

To date, I have coauthored 2 books on judicial elections (*In Defense of Judicial Elections* in 2009 and the award-winning *Voters' Verdicts: Citizens, Campaigns, and Institutions in State Supreme Court Elections* in 2015), and co-edited one other (*Judicial Elections in the 21st Century* in 2017). Additionally, I have authored or coauthored 14 scholarly articles and 8 book chapters on the topic. I have received multiple grants for my research from the National Science Foundation, and four of my articles have been published in the most selective general journals in my discipline.

Finally, I have spoken at numerous academic conferences, universities, bar associations, and legislative committees on the topic of judicial elections. A current version of my CV is appended to this report.

II. Facts About Judicial Elections

1. Partisan judicial elections have been a part of political life since the 1820's. One of the central arguments for electing judges was to provide them with some independence from the other political actors (Shugerman 2012).

2. Most states that elect judges in competitive elections do so statewide, with the exceptions of Illinois, Kentucky, Louisiana, and Mississippi. In Kentucky and Louisiana, the state is divided into 7 districts, with each district electing a member of the supreme court. In Illinois, Cook County receives three judges, and the other four districts in the state receive one judge each. In Mississippi, the state is divided into three districts, with each district electing three state supreme court judges.

3. Alabama is one of six states to currently elect at least some of their state supreme court judges in races with the partisan affiliation of the candidates provided on the ballot. The others are Louisiana, New Mexico, Illinois, Pennsylvania, and Texas. Of these states, Texas is the only one besides Alabama to elect all of their appellate judges in statewide races with the partisan affiliations of candidates on the ballot. In Illinois, New Mexico and Pennsylvania, judges stand in retention elections after their initial partisan election to the bench. In Illinois and Louisiana, the partisan elections are held in districts and not statewide; Louisiana is broken up into 7 districts,

while in Illinois 3 judges come from Cook County (Chicago) and the rest of the state is divided into 4 districts.

4.  Several states have moved away from partisan elections in recent years (e.g., Arkansas, North Carolina, and West Virginia), though electing judges remains quite popular with the public in those states with judicial elections, with polls (both nationwide and within states) showing between two-thirds and three-fourths of voters preferring to elect their judges (e.g., Bonneau and Hall 2009).

5.  The data on paragraphs 6-11 are based on all partisan and nonpartisan state supreme court elections (elections that have the potential to be contested) that were held between 1990-2014.  Not all studies referenced utilized data from the entire time period; something published in 2005 cannot rely on 2014 data.  But, regardless of the specific time periods used in each study, the results reported are remarkably consistent.  For specific details of each individual study, I have listed them in the references.

6.  District-based elections for the state supreme court do not result in less campaign spending overall, controlling for all other relevant factors (Bonneau 2005a; Bonneau and Hall 2009).  Likewise, there are no differences in the amount of money raised by candidates in district-based elections compared to statewide elections, other things being equal (Bonneau 2007a).

7.  District-based partisan elections for state supreme courts have less voter participation (higher levels of ballot roll-off) than statewide partisan

4

elections (Hall and Bonneau 2008, 2013; Bonneau and Hall 2009; Bonneau and Loepp 2014).

8. District-based partisan elections for the state supreme court are less likely to be contested (Bonneau and Hall 2003, 2009; Hall and Bonneau 2006, 2008). This means that voters in these races have *less* choice than in statewide races since statewide races are more likely to have multiple candidates.  While the exact reason for this finding is not clear, a likely possibility is that districts are more ideologically homogeneous than states, and so parties do not bother to run candidates in elections they have very little chance of winning. Or, it could be that there are fewer qualified candidates interested in running for a judgeship in some districts; there are always going to be fewer attorneys (and thus fewer qualified attorneys) in a geographically smaller area.  This is also evident in the finding discussed above that there is lower voter participation in district-based elections.

9. Related to the above, there is no difference in the likelihood of an incumbent losing in partisan statewide races for the state supreme court versus partisan district-based elections (Bonneau 2005b).  Of course, these results are from states that had district-based elections throughout the entirety of the study. If Alabama were to suddenly switch from statewide elections to district-based elections, it is likely that multiple incumbents would need to square off against each other, which would lead to a large increase in the number of incumbent defeats in the initial district-based elections.

10. District-based state supreme court elections have lower levels of electoral competition compared to statewide races (Bonneau 2007b; Bonneau and Hall 2009). That is, candidates win with higher percentages of the vote in districts compared to statewide races.

11. The smaller fundraising base of district-based state supreme court elections seems to hurt the ability of challengers to raise (and spend) money, though this does not affect incumbents (Bonneau and Cann 2011). This could impede the ability of challengers to successfully take on incumbents in district-based elections and could erode accountability.

12. In intermediate appellate court elections, district races are less likely to have contestation (more than one candidate running), though this is only statistically significant at the 0.10 level (Streb and Frederick 2009). There is no statistically significant difference between district elections and statewide elections when it comes to margin of victory or the ability of incumbents to retain their seats (Frederick and Streb 2008a; Streb and Frederick 2009).

13. There are no differences between district-based elections and statewide elections at the intermediate appellate court level when it comes to voter participation (Streb and Frederick 2011). The smaller geographic districts do not entice more voters to participate.

14. District-based intermediate appellate court elections are not less expensive than statewide races, even though they occur in smaller geographic areas (Frederick and Streb 2008b). In fact, when looking at per capita spending (the total amount of spending divided by the size of the voting age population

in the state or district), district-based elections are *more* expensive than statewide races (Frederick and Streb 2011). Candidates are spending more per voter in the smaller geographic area.

III. General Facts about Alabama Judicial Elections

15. Prior to the realignment in Alabama politics from a Democratic majority to a Republican majority, African-Americans not only served on Alabama's Supreme Court, but they also won reelection to that court. Oscar Adams won two statewide races (1982 and 1988) and Ralph Cook won one (1994). Since Cook lost his bid for reelection in 2000, only *one* Democrat has won election to Alabama's Supreme Court (Sue Bell Cobb), and she is also the only Democratic candidate to win an election to the intermediate appellate court in Alabama, suggesting something unique about her. Thus, when Alabama was a state dominated by the Democratic Party, African-Americans had electoral success; since the switch to Republican Party dominance, they have not. But neither have white Democratic Party candidates.

16. Alabama does not register voters by political party. However, while Alabama allows for straight ticket voting, only about ¼ of voters utilize it. From 2008-2014, between 23.0%-25.6% of voters voted straight ticket Democratic and between 22.4% and 27.6% voted straight-ticket Republican. While it is true that many voters who do not utilize the straight-ticket option may vote entirely for candidates of one political party, they are at least making individual selections in each race, which increases the chances that they will vote for candidates from multiple parties.

17. Alabama, beginning in the 2017 U.S. Senate Special Election, prohibited crossover voting. What this means is that if a voter elected to vote in the Republican Primary, he/she could not vote in the Democratic run-off, and vice versa. Once a voter selected a party's ballot for the primary, he/she had to stay with that party through any possible run-off.

18. In the 2017 Special Election, 159,232 voters opted for the Democratic primary ballot, of which 67.0% were African-American. Moreover, of the 111,322 African-American voters, 95.8% voted in the Democratic Primary. Thus, the vast majority of African-Americans identify with the Democratic Party. This relationship is even stronger in the "Black Belt" counties[1]: of all the Democratic ballots, 90.5% were cast by African-Americans and of all the ballots cast by African-Americans, 96.6% were in the Democratic Primary. In the urban counties[2], 70.2% of the Democratic ballots were cast by African-Americans, and of the 57,295 votes cast by African-Americans, 95.5% were in the Democratic Primary. Again, the vast majority of African-Americans identify with the Democratic Party.

19. Since 2000, there have been 24 elections to the Alabama Supreme Court. These elections are listed in the Appendix A to this report. Only 4 (16.7%) of these have been uncontested at any level; an additional 2 had competition only in the Republican Primary, and 1 election only had competition by a 3rd Party candidate.

---

[1] These counties are: Barbour, Bullock, Dallas, Greene, Hale, Lowndes, Macon, Marengo, Montgomery, Perry, Sumter, Wilcox.

[2] These counties are: Jefferson, Madison, Mobile, and Montgomery.

20. Since 2000, only 1 Democrat (Sue Bell Cobb) has won an election to Alabama's Supreme Court. (She is also the only Democrat to win an election to either of the state's intermediate appellate courts during this time.) All incumbents have won except for three, two of those being Democratic incumbents in 2000 and one being the Republican who lost to Cobb in 2006.

21. From 2000-2014, looking at all 18 races where there was competition in the general election, the winner won with an average of 57% of the vote. The range over this time was 50.3% to 79.7% (in a race that involved a 3rd Party and no Democratic Party candidate); in races that involved Republicans and Democrats, the range was 50.3% to 62.9%.

22. Over this time period, there were four African-American candidates, all of whom were Democrats. In 2000, incumbents Ralph Cook and John England lost their bids for reelection, and in 2006, challengers Gwendolyn Kennedy and John England lost their bids for the Supreme Court.

23. Comparing the vote of African-American Democratic candidates to the other Democratic candidates in those years shows no evidence of racial bias in voting. In 2000, Cook received 46.4% of the vote and England received 45.8% of the vote. This is *higher* than the percentage of the vote received by the two losing Democratic candidates who were white (45.3% and 45.2%). While these differences are small, they suggest that the African-American candidates were not disadvantaged because of their race; they were disadvantaged because they were Democrats. The same is true for 2006. In 2006, the closest race was between Sue Bell Cobb (the only Democrat to win

during this time period) and the incumbent Drayton Nabers. Cobb received 51.5% of the vote. England received 45.0% and Kennedy received 43.2%. These were higher than the percentage of the vote received by another white challenger, Al Johnson, who received 42.1%. Again, the African-American candidates are performing on par (or better than) the whites candidates of their same political party. This is not surprising given that Alabama both provides voters the political party affiliation of the candidates and allows voters to vote for all of the party's candidates at once using the straight-ticket voting option.

24. The African-American candidates also spent significantly less money than their opponents in these state supreme court races. In 2000, Cook spent $437,481.91 while his opponent Lyn Stuart spent $1,254,450, almost three times as much. Also in 2000, England spent $500,680.63 while his opponent Tom Woodall spent $1,107,838.60, over twice as much. In 2006, Woodall outspent Kennedy $454,247.13 to $13,707.54 and Glenn Murdock outspent England $1,473,984.76 to $966,549.62. By way of comparison, the average amount raised per candidate in Alabama was $1,233,733 in 2000 and $770,466 in 2006 (Bonneau 2017). While it is true that the candidate who spends the most money does not always win the election, scholars have shown that campaign spending does provide important information to voters (Bonneau and Hall 2009; Hall and Bonneau 2013; Hall 2015) and in an election it is very difficult to win if there is a large campaign spending differential.

25. The average ballot roll-off in all states with intermediate appellate court elections from 2000-2007 was 29.1%. But in Alabama, it was only 8.1% (Streb, Frederick, and LaFrance 2009). Thus, intermediate appellate court elections in Alabama involve far more voter participation than many other states.

26. Alabama's intermediate appellate court races used to be characterized by high levels of contestation and competition. These races are listed in Appendix B From 2000-2010, both major political parties contested every single race but one. However, since 2012, the Democratic Party has failed to field any candidates for these seats. Additionally, in the 20 contested races, the winner's average percentage of the vote was 54.1% and no winning candidate received over 58.7% of the vote. Considering that a Republican won every election except for one, this is evidence of high levels of electoral competition. In general, scholars consider races won by 55% of the vote or less to be highly competitive (e.g., Bonneau and Hall 2009).

27. These patterns of competition also hold in intermediate appellate court elections when looking at African-American candidates. If an African-American candidate (all of whom are Democrats) runs and loses, the winner receives 56.0% of the vote; if the loser is a white candidate, it is 53.6%. So white candidates perform slightly better, but it is important to note that all losing candidates were Democrats except for one, regardless of race.

28. The average amount of money spent by losing candidates in the intermediate appeals courts races was $285,198. However, African-American losing

11

candidates only spent an average of $54,976. Indeed, every single African-American losing candidate spent well under the average for all losing candidates, with a range of $1,316 to $126,038. Three of the four African-American losing candidates spent under $100,000. If we rank the candidates from highest spending to lowest spending, the top-spending African-American candidate only ranks 10th out of 20 candidates on the list.

## IV. Response to Plaintiffs' Experts Reports

29. Handley focuses only on races that include African-American candidates to determine if voting is racially polarized. However, only focusing on these cases leads to selection bias and potentially erroneous conclusions. Rather, we need to look at how African-Americans in Alabama vote in *all* races, not just those where there are African-American candidates. If African-Americans vote similarly for white candidates as they do for African-American candidates, then it *cannot* be the race of the candidate that is driving voting patterns. By excluding these races, the Handley report assumes that there are differences based on the race of the candidate rather than treating it as an empirical question.

30. The average percentage of registered voters in Alabama who are African-American is 26.9%. In "Black Belt" counties, it is 65.4%, and in the four urban counties, it is 34.0%.

31. The bivariate correlation between percentage of registered voters who are African-American and the percentage of the vote received by the Democratic candidate is 0.66; in "Black Belt" counties, it is 0.56 and in urban counties it is

only 0.42. The bivariate correlation measures the extent to which both of these variables occur together. It ranges from -1.0 to 1.0, and any correlation above 0.5 (or -0.5) is considered a moderate relationship and any correlation above 0.7 (or -0.7) is considered a strong relationship.

32. Excluding the two cases from 2000-2016 in the dataset where the Democrat won the election (in both cases it was the same person, Sue Bell Cobb), the average percentage of the vote earned by Democratic African-American candidates was 47.8%, while it was 45.9% for Democratic White candidates. Thus, African-American candidates performed *slightly better* than white candidates over this time period.[3]  Interestingly, in the "Black Belt" counties, African-American Democratic candidates performed *slightly worse* than White candidates: 64.0% compared to 67.0%. In urban counties, the percentages were essentially equivalent:  White candidates received 47.4% of the vote and African-American candidates received 48.1% of the vote.

33. Likewise, in a bivariate linear regression, African-American losing candidates perform, on average, about 1.9 percentage points better than their White counterparts. In the "Black Belt" counties, the relationship is reversed: African-American candidates perform 3.1 percentage points *worse*, on average, than their White counterparts, though this relationship is not statistically significant. Likewise, there is no statistically significant relationship in the urban counties. Bivariate regression examines the impact of one variable (in this case whether the losing candidate was African-

---

[3] This, and all subsequent analysis, only examines races where there is more than one candidate running in the general election; uncontested races are excluded.

American) on the occurrence of another variable (in this case, the losing candidate's percentage of the vote). This allows us to see whether and the dependent variable Y (the losing candidate's percentage of the vote) is predicted by the independent variable X (whether the losing candidate was African-American) and the average size of the effect of a change in X on Y.

34. The bivariate correlation between the percentage of registered voters who are African-American and the percentage of the vote received by Democratic candidate was 0.63 if the candidate was African-American and 0.68 if the candidate was White. Both of these relationships are quite strong and statistically significant. The same patterns hold in "Black Belt" counties; the correlation is 0.58 for White candidates and 0.48 for African-American candidates. In urban counties, this relationship is reversed: it is 0.42 for White candidates and 0.66 for African-American candidates.

35. There is a strong, statistically significant relationship between the percentage of the vote received by the Democratic candidate and the percentage of the registered voters who are African-American in a bivariate regression. A one-unit increase in the percentage of registered voters who are African-American leads to a 0.48 percentage point increase in the percentage of the vote received by the Democratic candidate. This relationship is stronger (0.69) in the "Black Belt" counties, but weaker (0.44) in urban counties. This means that, on average, if the percentage of African-American registered voters increased by 1%, Democratic candidates would perform 0.48 points better, other things being equal. In "Black Belt" counties,

the Democratic candidate would perform 0.69 better on average, other things being equal. This indicates that a statistically significant important predictor of how well Democrats do in Alabama is a result solely of how many African-American voters there are in the county.

36. In a multivariate regression model including both the percentage of the registered black population and whether or not the losing candidate was black as independent variables, African-American candidates perform 1.4 percentage points better than White candidates. If Sue Bell Cobb, the only Democrat to win, is excluded, this jumps up to 2.1 percentage points. In "Black Belt" counties, African-American candidates perform 3.2 percentage points worse than white candidates, though this shrinks to 2.7 percentage points with the exclusion of Cobb and it is no longer statistically significant. There is also no statistically significant relationship in urban counties. Thus, in the counties with the highest percentages of African-American voters, Black Democratic candidates and White Democratic candidates perform equivalently, and statewide, Black Democratic candidates outperformed White Democratic candidates.

37. The data presented above showing no differences between the performance of African-American candidates (all of whom are Democrats) and white Democratic candidates is highly suggestive that the reason why African-Americans are unable to attain a seat on Alabama's supreme court or intermediate appellate courts is because of their political party and not because of their race.

38. Additionally, in "Black Belt" and urban counties, which have the highest percentage of registered voters who are African-American and thus we would expect the highest level of support for African-American candidates after controlling for political party, African-American Democratic candidates perform *worse* than their White counterparts or there are no statistically significant differences.

39. The fact that Handley found limited evidence of racially polarized voting when she looked at primary elections (and in the case where she found polarized voting, the African-American candidate won anyway) is further evidence that the true issue here is political party and not race. Moreover, this is evidence that the third part of the *Gingles* test is not met: whites do not vote sufficiently as a bloc and enable them to defeat the preferred candidate of African-Americans.

40. Based on the 2016 estimates used by Cooper, the population of Alabama is 4,863,300, of which 1,288,283 (26.8%) are African-American and 1,661,363 (34.2%) are non-whites.

41. Based on these numbers, a 5-district plan would have 972,660 people in it, an 8-district plan would have 607,913 people, and a 9-district plan would have 540,367 people.

42. Thus, unless the districts were of drastically different sizes, in order to have a majority of the population be African-American (or non-white in general) in a district, it would need to contain 486,330 non-white people in a 5-district plan, 303,957 in an 8-district plan, and 270,184 in a 9-district plan.

43. In the 5-district plan proposed by Cooper, while African-Americans in District 1 would constitute a majority, African-Americans in the rest of the state would be at a decided disadvantage. Also, this district is 1.2% smaller than the ideally drawn district. Assuming that there is racially polarized voting (which the evidence does not show that there is), African-Americans living outside of the majority-minority district would have almost no chance of electing their preferred candidate; in fact, 42.9% of all African-Americans in Alabama live in this one district. This could lead to a loss of political efficacy and a decrease in political participation among voters in much of the state.

44. In the 8-district plan, the same pattern holds. In one district, African-Americans constitute a majority, but they constitute a minority in every other district, and a decided minority in most of those. Moreover, African-Americans only constitute a majority in the one district because this district contains the fewest number of people of any of the proposed districts. Indeed, this district is 2% smaller than the ideal district, and the second district where African-Americans almost constitute a majority (and non-whites do have a majority) is 4% smaller. This raises issues of the fairness of such districts, especially since the status quo system counts all votes equally. Finally, this district contains only 25.1% of all African-Americans in Alabama, leaving the vast majority of these citizens out of this plan.

45. In the 9-district plan, one district is able to be drawn containing a majority of African-Americans in it without too much deviation from the ideal, but the

second district containing a majority of African-Americans is 4.4% smaller, raising issues of fairness and the efficacy of every voter's vote. Also, using Cooper's numbers, to do this, only 298,002 of the state's 1,152,973 (25.8%) African-Americans are in this majority-minority district. And it is only 23.8% when we look at the size of the voting age population. Thus, this remedy leaves behind the vast majority of African-Americans in Alabama.

46. In his report, Norrell ignores the definitive history of judicial elections in the United States, Jed Shugerman's *The People's Courts* (2012). In this book, Shugerman details the history of electing judges in the United States, and how it sprang from a desire by states to give their judges and courts independence from the other political branches.

47. Because state supreme court judges, like governors, have jurisdiction over the entire state, the vast majority of states select their judges statewide, and not in districts. This is true across methods of judicial selection and retention. State supreme court judges are policymaking judges, much as justices of the U.S. Supreme Court are; state supreme courts are the final arbiters of all disputes arising under state law. Because of this, it makes sense that all of the judges are held accountable by all of the people, since their decisions affect all of the people equally.

V. Conclusion

48. My examination of the evidence in this case does not reveal evidence of polarized voting. Indeed, African-American candidates outperform White candidates of the same political party in judicial elections in Alabama

49. African-American candidates did have success running in statewide judicial elections before Alabama realigned and became a one-party Republican state. Since 2000, only 1 Democratic candidate (Sue Bell Cobb) has been able to win statewide judicial office in Alabama.

50. The lack of success of African-American candidates is not because of their race; rather, it is because they all run as members of the Democratic Party.

51. Based on the data discussed above, particularly the data showing the African-American candidates performed worse than White candidates in "Black Belt" counties, it is far from clear that mandating district-based elections would lead to the election of African-American judges.

52. Depending on how it is done, moving to district-based elections would throw the courts into turmoil. There would almost certainly be multiple incumbents running against each other in the initial elections after a move to district-based elections. This could lead to a decrease in collegiality on the Court, a slowdown of the judicial decision-making process, and a loss of expertise. Depending on the specifics of the election cycle, this could continue for several years.

53. Depending on how the districts are drawn, in some districts there would be scores of highly qualified candidates to run for a seat on the bench while in other districts there would be significantly fewer highly qualified candidates. Thus, being able to attain a judgeship would be highly dependent on where one chooses to live and practice law, not on the qualifications of the individual for the position.

I reserve the right to update this report based on additional facts, testimony, and/or materials.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____                    _____

Chris W. Bonneau                                          DATE

# References

Bonneau, Chris W. 2005a. "What Price Justice(s)? Understanding Campaign Spending in State Supreme Court Elections." *State Politics and Policy Quarterly* 5: 107-125.

Bonneau, Chris W. 2005b. "Electoral Verdicts: Incumbent Defeats in State Supreme Court Elections." *American Politics Research* 33: 818-841.

Bonneau, Chris W. 2007a. "Campaign Fundraising in State Supreme Court Elections." *Social Science Quarterly* 88: 68-85.

Bonneau, Chris W. 2007b. "The Effects of Campaign Spending in State Supreme Court Elections." *Political Research Quarterly* 60: 489-499.

Bonneau, Chris W. 2017. "Fundraising and Spending in State Supreme Court Elections." In *Judicial Elections in the 21st Century*, edited by Chris W. Bonneau and Melinda Gann Hall. New York: Routledge.

Bonneau, Chris W. and Damon M. Cann. 2011. "Campaign Spending, Diminishing Marginal Returns, and Campaign Finance Restrictions in Judicial Elections." *Journal of Politics* 73: 1267-1280.

Bonneau, Chris W. and Damon M. Cann. 2015. *Voters' Verdicts: Citizens, Campaigns, and Institutions in State Supreme Court Elections*. Charlottesville: University of Virginia Press.

Bonneau, Chris W. and Melinda Gann Hall. 2003. "Predicting Challengers in State Supreme Court Elections: Context and the Politics of Institutional Design." *Political Research Quarterly* 56: 337-349.

Bonneau, Chris W. and Melinda Gann Hall. 2009. *In Defense of Judicial Elections*. New York: Routledge.

Bonneau, Chris W. and Melinda Gann Hall, editors. 2017. *Judicial Elections in the 21st Century*. New York: Routledge.

Bonneau, Chris W. and Eric Loepp. 2014. "Getting Things Straight: The Effects of Ballot Design and Electoral Structure on Voter Participation." *Electoral Studies* 34: 119-130.

Frederick, Brian and Matthew J. Streb. 2008a. "Women Running for Judge: The Impact of Sex on Candidate Success in State Intermediate Appellate Court Elections." *Social Science Quarterly* 89: 937-954.

Frederick, Brian and Matthew J. Streb. 2008b. "Paying the Price for a Seat on the Bench: Campaign Spending in Contested State Intermediate Appellate Court Elections." *State Politics and Policy Quarterly* 8: 410-429.

Frederick, Brian and Matthew J. Streb. 2011. "The Cost of Going for the Gavel: Individual Candidate Spending in Intermediate Appellate Court Elections." *Justice System Journal* 32: 25-43.

Hall, Melinda Gann. 2015. *Attacking Judges: How Campaign Advertising Influences State Supreme Court Elections*. Stanford: Stanford University Press.

Hall, Melinda Gann and Chris W. Bonneau. 2006. "Does Quality Matter? Challengers in State Supreme Court Elections." *American Journal of Political Science* 50: 20-33.

Hall, Melinda Gann and Chris W. Bonneau. 2008. "Mobilizing Interest: The Effects of Money on Citizen Participation in State Supreme Court Elections." *American Journal of Political Science* 52: 457-470.

Hall, Melinda Gann and Chris W. Bonneau. 2013. "Attack Advertising, the *White* Decision, and Voter Participation in State Supreme Court Elections." *Political Research Quarterly* 66: 115-126.

Shugerman, Jed Handelsman. 2012. *The People's Courts: Pursuing Judicial Independence in America.* Harvard: Harvard University Press.

Streb, Matthew J. and Brian Frederick. 2009. "Conditions for Competition in Low-Information Judicial Elections: The Case of Intermediate Appellate Court Elections." *Political Research Quarterly* 62: 523-537.

Streb, Matthew J. and Brian Frederick. 2011. "When Money Cannot Encourage Participation: Campaign Spending and Rolloff in Low Visibility Judicial Elections." *Political Behavior* 33: 665-684.

Streb, Matthew J., Brian Frederick, and Casey LaFrance. 2009. "Voter Rolloff in a Low-Information Context: Evidence from Intermediate Appellate Court Elections." *American Politics Research* 37: 644-669.

Appendix A:  Alabama State Supreme Court General Elections, 2000-2016

| Year | Winner (Party) | Loser (Party) | Winner Pct. of Vote |
|------|----------------|---------------|---------------------|
| 2000 | Moore (R) | Yates (D) | 54.7% |
| 2000 | Stuart (R) | Cook (D) | 52.6% |
| 2000 | Lyons (R) | Smith (L) | 79.7% |
| 2000 | Woodall (R) | England (D) | 54.2% |
| 2000 | Harwood (R) | Laird (D) | 54.8% |
| 2002 | See (R) | Anderson (D) | 52.6% |
| 2004 | Parker (R) | R. Smith (D) | 55.8% |
| 2004 | P. Smith (R) | Monroe | 61.6% |
| 2004 | Bolin (R) | Rochester (D) | 59.7% |
| 2006 | Cobb (D) | Nabers (R) | 51.5% |
| 2006 | Lyons (R) | ----- | 100% |
| 2006 | Woodall (R) | Kennedy (D) | 56.8% |
| 2006 | Stuart (R) | Johnson (D) | 57.9% |
| 2006 | Murdock (R) | England (D) | 55.0% |
| 2008 | Shaw (R) | Paseur (D) | 50.3% |
| 2010 | Parker (R) | Parsons (D) | 58.9% |
| 2010 | Bolin (R) | Edwards (D) | 62.8% |
| 2010 | Wise (R) | Chambers (D) | 62.9% |
| 2012 | Moore (R) | Vance (D) | 51.8% |
| 2012 | Murdock (R) | ----- | 100% |
| 2012 | Bryan (R) | ----- | 100% |
| 2012 | Stuart (R) | ----- | 100% |
| 2014 | Shaw (R) | ----- | 100% |
| 2014 | Main (R) | ----- | 100% |

**Appendix B:  Alabama Intermediate Appellate Court General Elections, 2000-**

**2016**

| Year | Court | Winner (Party) | Loser (Party) | Winner Pct. of Vote |
|------|-------|----------------|---------------|---------------------|
| 2000 | Civil | Pittman (R) | Monroe (D) | 50.5% |
| 2000 | Civil | Crawley (R) | Steagall (D) | 51.5% |
| 2000 | Civil | Murdock (R) | Reese (D) | 56.1% |
| 2000 | Criminal | Shaw (R) | Fry (D) | 50.7% |
| 2000 | Criminal | Wise (R) | Ford (D) | 55.5% |
| 2000 | Criminal | Cobb (D) | A. Martin (R) | 51.2% |
| 2002 | Civil | Thompson (R) | Toles (D) | 57.2% |
| 2002 | Criminal | McMillian (R) | Funderburk (D) | 54.2% |
| 2002 | Criminal | Baschab (R) | Cauthen (D) | 52.5% |
| 2004 | Civil | Bryan (R) | Yates (D) | 52.1% |
| 2006 | Civil | Moore (R) | Vaughan (D) | 55.7% |
| 2006 | Civil | Pittman (R) | Drake (D) | 52.8% |
| 2006 | Civil | Thomas (R) | McFerrin (D) | 54.2% |
| 2006 | Criminal | Shaw (R) | Ford (D) | 55.1% |
| 2006 | Criminal | Wise (R) | Patton (D) | 56.0% |
| 2006 | Criminal | Welch (R) | Paseur (D) | 52.1% |
| 2008 | Civil | Thompson (R) | Drake (D) | 55.8% |
| 2008 | Criminal | Kellum (R) | Jones (D) | 56.1% |
| 2008 | Criminal | Windom (R) | Smith (D) | 52.9% |
| 2010 | Civil | Bryan (R) | Paseur (D) | 58.7% |
| 2010 | Criminal | Main (R) | ----- | 100% |
| 2012 | Civil | Pittman (R) | ----- | 100% |
| 2012 | Civil | Thomas (R) | ----- | 100% |
| 2012 | Civil | Moore (R) | ----- | 100% |
| 2012 | Criminal | Welch (R) | ----- | 100% |
| 2012 | Criminal | Burke (R) | ----- | 100% |
| 2012 | Criminal | Joiner (R) | ----- | 100% |
| 2014 | Civil | Thompson (R) | ----- | 100% |
| 2014 | Civil | Donaldson (R) | ----- | 100% |
| 2014 | Criminal | Windom (R) | ----- | 100% |
| 2014 | Criminal | Kellum (R) | ----- | 100% |

# CHRIS W. BONNEAU
Curriculum Vitae
January 2018

Department of Political Science
University of Pittsburgh
Pittsburgh, PA 15260

Email: cwbonneau@gmail.com
Web: http://www.pitt.edu/~cwb7
Phone: 412.648.7267

## Academic Positions

- Associate Professor, Department of Political Science, University of Pittsburgh, 2008-present

- Assistant Professor, Department of Political Science, University of Pittsburgh, 2002-2008

## Administrative Positions

- Co-Director, Center for American Politics and Society (CAPS), 2013-2014

- Interim Director of Undergraduate Studies, 2008-2009

## Education

- Ph.D., Political Science (American Politics, Research Methods, Positive Political Theory), Michigan State University, 2002.

- M.A., Political Science, Michigan State University, 1999.

- ICPSR Summer Program, University of Michigan. 1999.

- M.A., Political Science, Ball State University. 1998.

- B.A., Political Science, Theology, and Humanities, Valparaiso University, 1997.

## Grants

- $26,578. National Science Foundation, "Collaborative Research: A Workshop on the Normative Implications of Empirical Research in Law and Courts" (SES 1228172, SES 1228306; Brandon L. Bartels and Chris W. Bonneau, co-Principal Investigators). September 1, 2012-August 31, 2013.

- $990. University of Pittsburgh School of Arts and Sciences, Type II Research Expenses Grant. Summer, 2010.

- $80,000. National Science Foundation, "Collaborative Research: An Individual-Level State Supreme Court Database" (SES 0518491, SES 0516409, SES 0516600; Chris W. Bonneau, Paul Brace, and Kevin Arceneaux, co-Principal Investigators). September 1, 2005-August 31, 2006.

- $4,000. University of Pittsburgh School of Arts and Sciences, Type I Third Term Research Stipend. Summer 2005.

- $7,950. National Science Foundation, "Doctoral Dissertation Research: Money and State Supreme Court Elections" (SES 0108906; Chris W. Bonneau and Melinda Gann Hall, co-Principal Investigators). July 1, 2001-June 30-2002.

## Publications

### Books:

- 2015. *Voters' Verdicts: Citizens, Campaigns, and Institutions in State Supreme Court Elections* (with Damon Cann). Charlottesville, VA: University of Virginia Press. *Winner of the 2016 Virginia Gray Best Book Award given by the State Politics and Policy Section of the American Political Science Association for the best political science book published on the subject of U.S. state politics or policy in the preceding three calendar years.*

- 2009. *In Defense of Judicial Elections* (with Melinda Gann Hall). New York: Routledge.

- 2005. *Strategic Behavior and Policy Choice on the U.S. Supreme Court* (with Thomas H. Hammond and Reginald S. Sheehan). Stanford: Stanford University Press.

### Edited Books:

- 2017. *Judicial Elections in the 21st Century* (edited with Melinda Gann Hall). New York: Routledge.

- 2015. *Making Law and Courts Research Relevant: The Normative Implications of Empirical Research* (edited with Brandon L. Bartels). New York: Routledge.

### Peer-Reviewed Journal Articles:

- 2017. "Evaluating the Effects of Multiple Opinion Rationales on Supreme Court Legitimacy" (with Jarrod Kelly, Kira Pronin, Shane Redman, and Matthew Zarit). *American Politics Research* 45 (May): 335-365.

- 2015. "Party Identification and Vote Choice in Partisan and Nonpartisan Judicial Elections" (with Damon Cann). *Political Behavior* 37 (March): 43-66.

- 2014. "Getting Things Straight: The Effects of Ballot Design and Electoral Structure on Voter Participation" (with Eric Loepp). *Electoral Studies* 34 (June): 119-130.

2

- 2013. "Attack Advertising, the *White* Decision, and Voter Participation in State Supreme Court Elections" (with Melinda Gann Hall). *Political Research Quarterly* 66 (March): 115-126.

- 2011. "Campaign Spending, Diminishing Marginal Returns, and Campaign Finance Restrictions in Judicial Elections" (with Damon M. Cann). *Journal of Politics* 73 (October): 1267-1280.

- 2011. "*White* Noise: The Unrealized Effects of *Republican Party of Minnesota vs. White* on Judicial Elections" (with Melinda Gann Hall and Matthew J. Streb). *Justice System Journal* 32 (3): 247-268.

- 2009. "Impartial Judges? Race, Institutional Context, and U.S. State Supreme Courts" (with Heather Marie Rice). *State Politics and Policy Quarterly* 9 (Winter): 381-403.

- 2008. "Mobilizing Interest: The Effects of Money on Citizen Participation in State Supreme Court Elections" (with Melinda Gann Hall). *American Journal of Political Science* 52 (July): 457-470.

- 2007. "Agenda Control, the Median Justice, and the Majority Opinion on the U.S. Supreme Court" (with Thomas H. Hammond, Forrest Maltzman, and Paul J. Wahlbeck). *American Journal of Political Science* 51 (October): 890-905.

- 2007. "The Effects of Campaign Spending in State Supreme Court Elections." *Political Research Quarterly* 60 (September): 489-499.

- 2007. "Campaign Fundraising in State Supreme Court Elections." *Social Science Quarterly* 88 (March): 68-85.

- 2006. "Vacancies on the Bench: Open Seat Elections for State Supreme Courts." *Justice System Journal* 27 (2): 143-159.

- 2006. "Does Quality Matter? Challengers in State Supreme Court Elections" (with Melinda Gann Hall). *American Journal of Political Science* 50 (January): 20-33.

- 2005. "Electoral Verdicts: Incumbent Defeats in State Supreme Court Elections." *American Politics Research* 33 (November): 818-841.

- 2005. "Hide the Republicans, the Christians, and the Women: A Response to 'Politics and Professional Advancement Among College Faculty'" (with Barry Ames, David C. Barker, and Christopher J. Carman). *The Forum* 3 (2): Article 7.

- 2005. "What Price Justice(s)? Understanding Campaign Spending in State Supreme Court Elections." *State Politics and Policy Quarterly* 5 (Summer): 107-125.

- 2004. "Patterns of Campaign Spending and Electoral Competition in State Supreme Court Elections." *Justice System Journal* 25 (1): 21-38.

3

- 2003. "Predicting Challengers in State Supreme Court Elections: Context and the Politics of Institutional Design" (with Melinda Gann Hall). *Political Research Quarterly* 56 (September): 337-349.

- 2001. "The Composition of State Supreme Courts, 2000." *Judicature* 85 (July-August): 26-33.

## Book Chapters:

- 2017. "Judicial Selection in the States: A Look Back, A Look Ahead" (with Heather Marie Rice). In *Routledge Handbook of Judicial Politics*, edited by Robert M. Howard and Kirk A. Randazzo. New York: Routledge. Pages 340-351.

- 2016. "Fundraising and Spending in State Supreme Court Elections." In *Judicial Elections in the 21st Century*, edited by Chris W. Bonneau and Melinda Gann Hall. New York: Routledge. Pages 79-92.

- 2016. "Judicial Elections in the 21st Century" (with Melinda Gann Hall). In *Judicial Elections in the 21st Century*, edited by Chris W. Bonneau and Melinda Gann Hall. New York: Routledge. Pages 3-14.

- 2016. "Toward a More Sophisticated Understanding of Contemporary Judicial Elections" (with Melinda Gann Hall). In *Judicial Elections in the 21st Century*, edited by Chris W. Bonneau and Melinda Gann Hall. New York: Routledge. Pages 262-272.

- 2016. "Proposals for Reforms: Successes and Failures" (with Jenna Becker Kane). In *Judicial Elections in the 21st Century*, edited by Chris W. Bonneau and Melinda Gann Hall. New York: Routledge. Pages 249-261.

- 2014. "The Normative Implications of Empirical Research: A Research Agenda" (with Brandon L. Bartels). In *Making Law and Courts Research Relevant: The Normative Implications of Empirical Research*, edited by Brandon L. Bartels and Chris W. Bonneau. New York: Routledge. Pages 3-13.

- 2014. "Can Empirical Research Be Relevant to the Policy Process? Understanding the Obstacles and Exploiting the Opportunities" (with Brandon L. Bartels). In *Making Law and Courts Research Relevant: The Normative Implications of Empirical Research*, edited by Brandon L. Bartels and Chris W. Bonneau. New York: Routledge. Pages 221-228.

- 2012. "Campaign Contributions and Judicial Decisions in Partisan and Nonpartisan Elections" (with Damon Cann and Brent Boyea). In *New Directions in Judicial Politics*, edited by Kevin T. McGuire. New York: Routledge. Pages 38-52.

- 2009. "Judicial Elections: Facts vs. Myths." In *The Rule of Law: Perspectives on Legal and Judicial Reform in West Virginia*, edited by Russell S. Sobel. Morgantown, WV: West Virginia University. Pages 63-69.

4

- 2007. "The Dynamics of Campaign Spending in State Supreme Court Elections, 1990-2004." In *Running for Judge: The Rising Political, Financial, and Legal Stakes of Judicial Elections*, edited by Matthew J. Streb. New York: New York University Press. Pages 59-72.

- 2006. "The United States Supreme Court: Continuity and Change" (with Tara W. Stricko-Neubauer). In *Developments in American Politics 5*, edited by Gillian Peele, Christopher J. Bailey, Bruce Cain, and B. Guy Peters. New York: Palgrave. Pages 107-123.

- 2006. "A Court of Appeals in a Rational Choice Model of Supreme Court Decision-Making" (with Thomas H. Hammond and Reginald S. Sheehan). In *Institutional Games and the U.S. Supreme Court*, edited by James R. Rogers, Roy B. Flemming, and Jon R. Bond. Charlottesville, VA: University of Virginia Press. Pages 127-172.

- 2004. "The Wisconsin Judiciary" (with Melinda Gann Hall). In *Wisconsin Government and Politics*, 8th edition, edited by Ronald E. Weber. New York: McGraw-Hill. Pages 171-196.

- 2000. "The Wisconsin Judiciary" (with Melinda Gann Hall). In *Wisconsin Government and Politics*, 7th edition, edited by Ronald E. Weber. New York: McGraw-Hill. Pages 174-202.

## Law Reviews:

- 2015. "Much Ado About Nothing: The Irrelevance of *Williams-Yulee v. The Florida Bar* on the Conduct of Judicial Elections" (with Shane M. Redman). *Vanderbilt Law Review En Banc* 68: 31-41.

## Book Reviews:

- 2017. Review of *Supreme Democracy: The End of Elitism in Supreme Court Nominations*, by Richard Davis. *Congress and the Presidency*. Forthcoming.

- 2016. Review of *Justices on the Ballot: Continuity and Change in State Supreme Court Elections*, by Herbert M. Kritzer. *Perspectives on Politics* 14 (March): 235-236.

- 2012. Review of *Electing Judges: The Surprising Effects of Campaigning on Judicial Legitimacy*, by James L. Gibson. *Law and Politics Book Review* 22 (October): 469-472.

- 2007. Review of *Supreme Conflict: The Inside Story of the Struggle for Control of the United States Supreme Court*, by Jan Crawford Greenburg. *Law and Politics Book Review* 17 (June): 499-501.

- 2006. Review of *The Politics of Precedent on the U.S. Supreme Court*, by Thomas G. Hansford and James F. Spriggs, II, and *Judging on a Collegial Court: Influences on Federal Appellate Decision Making*, by Virginia A. Hettinger, Stefanie A. Lindquist, and Wendy L. Martinek. *Perspectives on Politics* 4 (December): 776-777.

- 2006. Review of *Reforming the Court: Term Limits for Supreme Court Justices*, edited by Roger C. Cramton and Paul D. Carrington. *Law and Politics Book Review* 16 (May): 361-363.

- 2003. Review of *Judicial Review in State Supreme Courts: A Comparative Study*, by Laura Langer. *Publius: The Journal of Federalism* 33 (Summer): 166-168.

## Encyclopedia Entries:

- 2017. "The Judicial System of the USA" (with Heather Marie Rice). In *The USA and Canada 2017* 19th edition, edited by Dominic Heaney. London: Routledge. Pages 110-115.

- 2015. "The Judicial System of the USA" (with Heather Marie Rice). In *The USA and Canada 2016* 18th edition, edited by Neil Higgins. London: Routledge. Pages 117-125.

- 2014. "The Judicial System of the USA" (with Heather Marie Rice). In *The USA and Canada 2015* 17th edition, edited by Neil Higgins. London: Routledge. Pages 111-118.

- 2013. "The Judicial System of the USA" (with Heather Marie Rice). In *The USA and Canada 2014* 16th edition, edited by Neil Higgins. London: Routledge. Pages 104-110.

- 2013. "State Courts: Past, Present, and Future" (with Brent D. Boyea). In *Oxford Handbook of State and Local Government*, edited by Donald P. Haider-Markel. Oxford: Oxford University Press.

- 2012. "The Judicial System of the USA" (with Mark S. Hurwitz). In *The USA and Canada 2013* 15th edition, edited by Neil Higgins. London: Routledge. Pages 102-108.

- 2011. "Judicial Decision Making" (with Tara W. Stricko). In *International Encyclopedia of Political Science*, edited by Bertrand Badie, Dirk Berg-Schlosser, and Leonardo Morlino. Thousand Oaks, CA: Sage. Pages 1367-1370.

- 2009. "Judicial Branch" (with Heather Marie Rice). In *Political Encyclopedia of U.S. States and Regions*, edited by Donald P. Haider-Markel. Washington, DC: CQ Press. Pages 817-819.

- 2009. "Judicial Selection" (with Heather Marie Rice). In *Political Encyclopedia of U.S. States and Regions*, edited by Donald P. Haider-Markel. Washington, DC: CQ Press. Pages 824-825.

- 2009. "Judges" (with Heather Marie Rice and Mark S. Hurwitz). In *Political Encyclopedia of U.S. States and Regions*, edited by Donald P. Haider-Markel. Washington, DC: CQ Press. Pages 815-817.

## Opinion:

- 2016. "2016: The Year We Knew Nothing." *The Cresset.* 80 (Advent): 10-11.

- 2015. "*King v. Burwell* and the Future of the PPACA" (with Sean Craig). *Retina Today* 10 (May/June): 16-21.

- 2013. "Political Science Professor: Many Good Reasons for Idea of Electing Judges." *The Oklahoman*, September 8, 2013.

- 2013. "PA System of Electing Judges Works." *Philadelphia Inquirer*, February 15, 2013.

- 2012. "Are Judicial Elections A Real Problem In Michigan?" *Detroit News*, June 19, 2012.

- 2012. "True 'Merit' in Judicial Selection." *Philadelphia Inquirer*, April 8, 2012.

- 2011. "A Bum Rap on Elected Judges." *Washington Post*, May 26, 2011.

- 2010. "Appoint Judges? No Thanks. Elections Ensure Certain Safeguards" (with Sylvia R. Lazos). *Las Vegas Review Journal*, October 31, 2010.

- 2010. "Should Judges Be Elected? Yes." *The Costco Connection* 25 (May): 17.

- 2008. "2008: A Transformative Election." *The Cresset* 73 (Advent/Christmas): 24-25.

**Other:**

- 2017. "NSF Dissertation Improvement Grants." *The Legislative Scholar* 2 (Spring): 18-19.

- 2012. "A Survey of Empirical Evidence Concerning Judicial Elections." Federalist Society White Paper.

- 2010. "'The Battle Over Judicial Elections: Right Argument, Missed Audience': A Response to Stephen Wasby" (with Melinda Gann Hall). *Justice System Journal* 31 (1): 117-120.

- 2008. "Formal Theory and Judicial Politics: Contributions and Cautions." *Law and Courts Newsletter* 18 (Summer): 4-6.

## Current Projects

- "Criminal Sentencing and the Cost of Appeal" (with Sean Craig and Kira Pronin). Under preparation.

- "Institutions, War Chests, and Candidate Deterrence" (with Damon Cann and Kira Pronin). Under preparation.

- "Judicial Elections and the Illusion of Pandering" (with Kira Pronin). Under preparation.

- "'Stronger Together': Political Ambition and the Presentation of Women Running for Office" (with Kristin Kanthak). Invited to revise-and-resubmit.

## Conference Participation

**2018**

- Participant on "Teaching Introductory Courses in Political Science: Big Ideas." Roundtable at the Annual Meeting of the Southern Political Science Associartion, New Orleans, LA, January 4-6, 2018.

- "Women's Political Ambition and the 2016 Presidential Election" (with Kristin Kanthak). Paper Presented at the Annual Meeting of the Southern Political Science Associartion, New Orleans, LA, January 4-6, 2018.

**2017**

- "Women's Political Ambition and the 2016 Election" (with Kristin Kanthak). Paper Presented at the Good Reasons to Run Conference, University of Pennsylvania, November 11, 2017.

- "Women's Political Ambition and the 2016 Election" (with Kristin Kanthak). Paper Presented at the 2017 Conference on New Research on Gender and Political Psychology, Tulane University, October 22-24, 2017.

- "Stronger Together': Political Ambition and Women Running for Office" (with Kristin Kanthak). Paper Presented at the Annual Meeting of the American Political Science Association, San Francisco, CA, August 31-September 3, 2017.

- "Criminal Sentencing and the Cost of Appeal" (with Sean Craig and Kira Pronin). Paper Presented at the Annual Meeting of the Midwest Political Science Association, Chicago, IL, April 6-9, 2017.

- "Judicial Selection in a Time of Uncertainty: Irrelevant or More Relevant Than Ever." Conference on The U.S. Judicial System in a Trump Presidency. Center for American Political Responsiveness. Penn State University. March 17-18, 2017.

- "'Stronger Together': Political Ambition and the Presentation of Women Running for Office" (with Kristin Kanthak). Paper Presented at the Annual Meeting of the Southern Political Science Association, New Orleans, LA, January 12-14, 2017. *Winner of the 2017 Pi Sigma Alpha Award for the Best Paper presented at the 2016 Annual Meeting of the Southern Political Science Association.*

**2016**

- Participant on "Meet the Editors: Publishing in Political Science." Roundtable at the Annual Meeting of the Southwestern Political Science Association, Las Vegas, NV, March 23-26, 2016.

- "Judicial Selection in the States: A Look Back, A Look Ahead" (with Heather Marie Rice). Paper Presented at the Annual Meeting of the Southern Political Science Association, San Juan, PR, January 7-9, 2016.

**2015**

- "Evaluating the Effects of Multiple Opinion Rationales on Supreme Court Legitimacy" (with Jarrod Kelly, Kira Pronin, Shane Redman, and Matthew Zarit). Paper Presented at the Annual Meeting of the American Political Science Association, San Francisco, CA, September 3-6, 2015.

- Participant on "Evaluating the Latest Wave of State Judicial Elections Scholarship." Roundtable at the Annual Meeting of the Midwest Political Science Association, Chicago, IL, April 16-19, 2015.

- "Evaluating the Effects of Multiple Opinion Rationales on Supreme Court Legitimacy" (with Jarrod Kelly, Kira Pronin, Shane Redman, and Matthew Zarit). Paper Presented at the Annual Meeting of the Southern Political Science Association, New Orleans, LA, January 15-17, 2015.

2014

- Participant on "The Politics of Electing Judges: Bonneau and Cann's *Voters' Verdicts*, Gann Hall's *Attacking Judges*, and Kritzer's *Justices on the Ballot*." Roundtable at the Annual Meeting of the American Political Science Association, Washington, DC, August 28-31, 2014.

- "Judicial Elections and the Illusion of Pandering" (with Kira Pronin). Paper Presented at the Annual Meeting of the American Political Science Association, Washington, DC, August 28-31, 2014.

- "Institutions, War Chests, and Candidate Deterrence" (with Damon Cann). Paper Presented at the Fourteenth Annual State Politics and Policy Conference, Bloomington, IN, May 15-17, 2014.

- "Judicial Elections and the Illusion of Pandering" (with Kira Pronin). Paper Presented at the Annual Meeting of the Midwest Political Science Association, Chicago, IL, April 3-6, 2014.

- Participant in "Justice At Risk: Research Opportunities and Policy Alternatives Regarding Judicial Selection." Invited Conference Sponsored by the American Judicature Society, American Constitution Society, and Vanderbilt University School of Law. Nashville, TN, March 20-21, 2014.

2013

- "Incumbency, Ballot Cues, and State Supreme Court Elections" (with Damon Cann). Paper Presented at the Annual Meeting of the American Political Science Association, Chicago, IL, August 29-September 1, 2013.

- "Individual-Level Factors and Voter Participation in Judicial Elections" (with Damon Cann). Paper Presented at the Annual Meeting of the Midwest Political Science Association, Chicago IL, April 11-14, 2013.

- "Getting Things Straight: How Ballot Design Affects Participation in Judicial Elections" (with Eric Loepp). Paper Presented at the Annual Meeting of the Midwest Political Science Association, Chicago IL, April 11-14, 2013.

- Participant in "An Uncommon Dialogue: What Do We Want In Our Judges and How Do We Get There?" Invited Conference Sponsored by The Federalist Society, The Aspen Institute, and the Institute for the Advancement of Legal Studies, Colorado Springs, CO, March 28-29, 2013.

**2012**

- Participant on "Roundtable on the 2012 U.S. Elections: Expectations, Forecasts, and Divination." Roundtable at the Elections, Public Opinion, and Parties Conference, Oxford, UK, September 7-9, 2012.

- "Individual-Level Factors and Voter Participation in Judicial Elections" (with Damon Cann). Paper Presented at the Elections, Public Opinion, and Parties Conference, Oxford, UK, September 7-9, 2012.

- "State Courts in the U.S: Past, Present, and Future" (with Brent D. Boyea). Paper Presented at the XXX International Congress of the Latin American Studies Association, San Francisco, CA, May 23-26, 2012.

- "Party Identification and Vote Choice in Partisan and Nonpartisan Judicial Elections" (with Damon Cann). Paper Presented at the Annual Meeting of the Southern Political Science Association, New Orleans, LA, January 12-14, 2012.

**2011**

- "Party Identification and Vote Choice in Partisan and Nonpartisan Judicial Elections" (with Damon Cann). Paper Presented at the Annual Meeting of the Midwest Political Science Association, Chicago, IL, March 31-April 3, 2011.

- Participant on "Evaluating How Judges Are Selected in the U.S.: Exploring the Normative Implications of Empirical Research." Roundtable at the Annual Meeting of the Midwest Political Science Association, Chicago, IL, March 31-April 3, 2011.

**2010**

- Participant on "Authors Meet Critics: *In Defense of Judicial Elections*." Roundtable at the Annual Meeting of the American Political Science Association, Washington, DC, September 2-5, 2010.

- "Campaign Contributions in Judicial Elections" (with Brent Boyea, Damon Cann, and Victoria Farrar-Myers). Paper Presented at the Annual Meeting of the Midwest Political Science Association, Chicago, IL, April 22-25, 2010.

**2009**

- Participant in "Workshop on the Identification and Integration of Law and Courts Data." University of South Carolina, Columbia, SC, November 7, 2009.

- "Negativity and Television Advertising in State Supreme Court Elections" (with Melinda Gann Hall). Paper Presented at the Annual Meeting of the American Political Science Association, Toronto, ON, September 3-6, 2009.

- "Contributions to Judicial Campaigns: Assessing Comprehension in an Environment without Partisan Signals" (with Brent Boyea, Damon Cann, and Victoria Farrar-Myers). Paper Presented at the Annual Meeting of the American Political Science Association, Toronto, ON, September 3-6, 2009.

- "Going Negative: Attack Advertising in State Supreme Court Elections" (with Melinda Gann Hall). Paper Presented at the Ninth Annual State Politics and Policy Conference, Chapel Hill, NC, May 22-23, 2009.

- "Contributor Decisions in Judicial Elections: Explaining the Impact of Partisan and Nonpartisan Election Formats" (with Brent Boyea, Damon Cann, and Victoria Farrar-Myers). Paper Presented at the Ninth Annual State Politics and Policy Conference, Chapel Hill, NC, May 22-23, 2009.

- "The Effect of Campaign Contributions on Judicial Decisionmaking" (with Damon Cann). Paper Presented at the Annual Meeting of the Southern Political Science Association, New Orleans, LA, January 8-10, 2009.

- Participant on "Conducting Judicial Research." Roundtable at the Annual Meeting of the Southern Political Science Association, New Orleans, LA, January 8-10, 2009.

**2008**

- "Campaign Contributions, Judicial Decisonmaking, and Institutional Context" (with Damon Cann). Paper Presented at the Annual Meeting of the American Political Science Association, Boston, MA, August 28-31, 2008.

- Participant on "The State of Judicial Elections Research." Roundtable at the Annual Meeting of the Midwest Political Science Association, Chicago, IL, April 3-6, 2008.

- "Campaign Contributions, Judicial Decisonmaking, and Institutional Context" (with Damon Cann). Paper Presented at the Annual Meeting of the Midwest Political Science Association, Chicago, IL, April 3-6, 2008.

- "Judging Under Constraint: Institutions and State Supreme Court Decisionmaking" (with Kevin T. Arceneaux and Paul Brace). Paper Presented at the Annual Meeting of the Midwest Political Science Association, Chicago, IL, April 3-6, 2008.

**2007**

- "On Consensus in State Supreme Courts" (with Kevin T. Arceneaux and Paul Brace). Paper Presented at the Annual Meeting of the Midwest Political Science Association, Chicago, IL, April 12-15, 2007.

- "Does Money Buy Voters? Campaign Spending and Citizen Participation in State Supreme Court Elections" (with Melinda Gann Hall). Paper Presented at the Seventh Annual State Politics and Policy Conference, Austin, TX, February 23-24, 2007.

- Participant on "Authors Meet Critics: *Strategic Behavior and Policy Choice on the U.S. Supreme Court* and *The Politics of Precedent on the U.S. Supreme Court.*" Roundtable at the Annual Meeting of the Southern Political Science Association, New Orleans, LA, January 4-6, 2007.

- "Race and the Politics of Criminal Cases on State Supreme Courts" (with Heather Marie Rice). Paper Presented at the Annual Meeting of the Southern Political Science Association, New Orleans, LA, January 4-6, 2007.

**2006**

- "Judicial Independence and Minority Interests" (with Daniel Berkowitz and Karen Clay). Paper Presented at the Conference on Empirical Studies of Courts and Judges, Harvard Law School, November 10, 2006.

- "Educating the Public: The Effects of Judicial Independence on Minority Interests" (with Daniel Berkowitz and Karen Clay). Paper Presented at the Annual Meeting of the International Society for New Institutional Economics, Boulder, CO, September 21-24, 2006.

- "Judicial Independence, Elections, and Minority Interests" (with Daniel Berkowitz and Karen Clay). Paper Presented at the Annual Meeting of the American Law and Economics Association, Berkeley, CA, May 5-6, 2006.

- "Mobilizing Interest: The Effects of Money on Ballot Rolloff in State Supreme Court Elections" (with Melinda Gann Hall). Paper Presented at the Annual Meeting of the Midwest Political Science Association, Chicago, IL, April 20-23, 2006.

**2005**

- "On the Nature of Ballot Rolloff in Contemporary State Supreme Court Elections" (with Melinda Gann Hall). Paper Presented at the Annual Meeting of the American Political Science Association, Washington, DC, September 1-4, 2005.

- "Do We Really Know It Because We See It? Reconceptualizing Strategic Behavior on the United States Supreme Court" (with Thomas H. Hammond). Paper Presented at the Annual Meeting of the American Political Science Association, Washington, DC, September 1-4, 2005.

- "Voter Participation in State Supreme Court Elections: Can the Electorate Judge Quality?" (with Melinda Gann Hall). Paper Presented at the Fifth Annual State Politics and Policy Conference, East Lansing, MI, May 13-14, 2005.

- "Conceptualizing 'Sincere' and 'Strategic' Behavior on the U.S. Supreme Court: How Can We Empirically Tell the Difference?" (with Thomas H. Hammond). Paper Presented at the Annual Meeting of the Midwest Political Science Association, Chicago, IL, April 7-10, 2005.

12

## 2004

- "Vacancies on the Bench: Open Seat Elections for State Supreme Courts." Paper Presented at the Annual Meeting of the American Political Science Association, Chicago, IL, September 2-5, 2004.

- "Selecting the Majority Opinion on the Supreme Court" (with Forrest Maltzman, Paul J. Wahlbeck, Thomas H. Hammond, and Saul Brenner). Paper Presented at the Annual Meeting of the Midwest Political Science Association, Chicago, IL, April 15-18, 2004.

- "Dollars and Sense: Campaign Contributions and State Supreme Court Elections." Paper Presented at the Annual Meeting of the Midwest Political Science Association, Chicago, IL, April 15-18, 2004.

## 2003

- "Challengers, Margins, and State Supreme Court Elections" (with Melinda Gann Hall). Paper Presented at the Annual Meeting of the American Political Science Association, Philadelphia, PA, August 28-31, 2003.

- Participant on "Teaching Methods to Undergraduates." Roundtable at the Annual Meeting of the Southwestern Political Science Association, San Antonio, TX, April 16-19, 2003.

- "Understanding the Dynamics of Campaign Spending in State Supreme Court Elections." Paper Presented at the Annual Meeting of the Midwest Political Science Association, Chicago, IL, April 3-6, 2003.

- "Predicting Campaign Spending in State Supreme Court Elections." Paper Presented at the Third Annual State Politics and Policy Conference, Tucson, AZ, March 14-15, 2003.

## 2002

- "Money, Judges, and Votes: The Effects of Campaign Spending in State Supreme Court Elections." Paper Presented at the Annual Meeting of the American Political Science Association, Boston, MA, August 29-September 1, 2002.

- "Campaign Spending in State Supreme Court Elections." Paper Presented at the Annual Meeting of the Midwest Political Science Association, Chicago, IL, April 25-28, 2002.

- Participant on "State of the Discipline: State Courts." Roundtable at the Annual Meeting of the Southwestern Political Science Association, New Orleans, LA, March 27-30, 2002.

## 2001

- "A Court of Appeals in a Rational-Choice Model of Supreme Court Decision-Making" (with Thomas H. Hammond and Reginald S. Sheehan). Paper Presented at the Conference on Institutional Games and the U.S. Supreme Court, College Station, TX, November 2-3, 2001.

- "Money and Votes in State Supreme Court Elections." Paper Presented at the Annual Meeting of the American Political Science Association, San Francisco, CA, August 30-September 2, 2001.

- "Incumbents, Challengers, and the Politics of Judicial Elections" (with Melinda Gann Hall). Paper Presented at the Annual Meeting of the Midwest Political Science Association, Chicago, IL, April 19-22, 2001.

- "Procedural Justice, Fairness, and Local Courts in the United States." Paper Presented at the Interim Meeting of the Research Committee on Comparative Judicial Studies, International Political Science Association, Cape Town, South Africa, January 7-9, 2001.

**2000**

- "Fairness, Institutional Legitimacy, and the Courts." Paper Presented at the Annual Meeting of the American Political Science Association, Washington, DC, August 31-September 3, 2000.

- "Challengers in State Supreme Court Elections" (with Melinda Gann Hall). Paper Presented at the Annual Meeting of the Midwest Political Science Association, Chicago, IL, April 27-30, 2000.

**1999**

- "Toward a Rational Choice Spatial Model of Supreme Court Decision-Making: Making Sense of Certiorari, the Original Vote on the Merits, Opinion Assignment, Coalition Formation and Maintenance, and the Final Vote on the Choice of Legal Doctrine" (with Thomas H. Hammond and Reginald S. Sheehan). Paper Presented at the Annual Meeting of the American Political Science Association, Atlanta, GA, September 2-5, 1999.

- "Perspectives on the Feminist Critique of the Judiciary: A Q-Methodological Approach" (with Ralph E. Baker). Paper Presented at the Annual Meeting of the Midwest Political Science Association, Chicago, IL, April 15-17, 1999.

- "Public Perceptions of the Judiciary: Legitimacy and the Feminist Critique" (with Ralph E. Baker). Paper Presented at the Annual Meeting of the Western Political Science Association, Seattle, WA, March 25-27, 1999.

**1998**

- "Justice Ruth Bader Ginsburg and the 'Feminine Voice'" (with Ralph E. Baker). Paper Presented at the Annual Meeting of the Midwest Political Science Association, Chicago, IL, April 23-25, 1998.

## Invited Talks

- Federalist Society Pennsylvania Statewide Conference. "What Is the Right Method for Choosing Judges?" October 19, 2017.

- Florida Bar Convention. "The Constitution Revision Commission and Florida's Judiciary." June 22, 2017.

- Clemson University. Department of Political Science. "'Stronger Together': Political Ambition and the Presentation of Women Running for Office." November 11, 2016.

- U.S. Government and Politics Advanced Placement Reading Professional Night. "The Supreme Court and the 2016 Presidential Election." June 5, 2016.

- Princeton University. Department of Politics Public Law Colloquium. "Institutions, War Chests, and Candidate Deterrence." November 12, 2015.

- Slippery Rock University. Department of Political Science. "Electing Judges: Partisan Influences in Judicial Elections." October 26, 2015.

- Little Rock Lawyers Chapter of the Federalist Society. "Discussion on Judicial Selection." June 23, 2015.

- Valparaiso University. Department of Political Science. "Electing Judges: Partisan Influences in Judicial Elections." May 1, 2015.

- Grove City College. Department of Political Science. "Electing Judges: Partisan Influences in Judicial Elections." April 9, 2015.

- Temple University. Department of Political Science. "War Chests as Entry Deterrence with Strategic Delay." March 27, 2015.

- Tulsa Lawyers Chapter of the Federalist Society. "Oklahoma Supreme Court Judicial Selection Reform: Elections vs. Appointment vs. Nominating Committee." November 21, 2013.

- The Ohio State University. Department of Political Science. "Getting Things Straight: The Effects of Ballot Design and Electoral Structure on Voter Participation." October 16, 2013.

- Utah State University. Department of Political Science. "Negativity and Television Advertising in State Supreme Court Elections." March 5, 2013.

- University of Texas-Arlington. Department of History. "What We Know (and Don't Know) About Judicial Elections." February 22, 2013.

- University of North Carolina. Department of Political Science. "Party Identification and Vote Choice in Partisan and Nonpartisan Judicial Elections." January 11, 2013.

- Federalist Society National Lawyers Convention, State Courts Leadership Luncheon. "State Judicial Elections." November 15, 2012.

- Tallahassee Lawyers Chapter of the Federalist Society. "Judicial Merit Retention in Florida." October 15, 2012.

15

- University of California, Davis. Department of Political Science. "Party Identification and Vote Choice in Partisan and Nonpartisan Judicial Elections." May 22, 2012.

- Indiana University. Maurer School of Law. University Center of Law, Society, and Culture Symposium on Judicial Selection. April 21, 2011.

- State Bar of Minnesota Appellate Practice Institute, Minneapolis, MN. "Law, Politics, and the Election of Judges." March 4, 2011.

- Rutgers University. Department of Political Science. "Negativity and Television Advertising in State Supreme Court Elections." February 25, 2011.

- Boise State University. Canadian Studies Program. "Why We Should Elect Judges." February 15, 2011.

- University of Nevada, Las Vegas. Boyd School of Law, American Constitution Society. "Destroying the Myths of Judicial Reformers." October 21, 2010.

- University of Nevada, Las Vegas. College of Liberal Arts, University Forum Lecture Series. "Judicial Selection in Nevada: The Consequences of Change." October 20, 2010.

- University of Nevada, Las Vegas. Boyd School of Law. "Why We Should Elect Judges." October, 20, 2010.

- Grove City College. "Why We Should Elect Judges." February 19, 2009.

- Louisiana State University. Department of Political Science. "Mobilizing Interest: The Effects of Money on Citizen Participation in State Supreme Court Elections." October 29, 2007.

- University of South Carolina. Department of Political Science. "Mobilizing Interest: The Effects of Money on Citizen Participation in State Supreme Court Elections." October 22, 2007.

- Penn State University–Fayette. "Trends and Issues in Electing Judges." December 1, 2005.

- Georgia State University. Department of Political Science. "Mobilizing Interest: Money, Quality, and Ballot Rolloff in State Supreme Court Elections." October 27, 2005.

- University of Georgia. Department of Political Science. "Mobilizing Interest: Money, Quality, and Ballot Rolloff in State Supreme Court Elections." October 24, 2005.

- West Virginia University. Department of Political Science. "Electoral Verdicts: Incumbent Defeats in State Supreme Court Elections." April 30, 2004.

## Courses Taught

**Undergraduate**

- American Political Process
- Research Methods in Political Science
- Constitutional Law: Governmental Powers
- Constitutional Law: Civil Rights and Civil Liberties
- Judicial Process
- Seminar in American Politics: The Supreme Court
- Seminar in American Politics: Judicial Selection
- Seminar in American Politics: Politics, Science, and Sports
- Inside-Out: Race and the Criminal Justice System

**Graduate**

- Empirical Methods of Research (Research Design)
- Advanced Research Methods (Maximum Likelihood)
- Judicial Politics

## Professional, University, and Department Service

**Profession**

- Co-Editor, *State Politics and Policy Quarterly*, June 2014-present.
- Panelist, Law and Social Science Program, National Science Foundation, 2009-2011.
- Review Editor, *Justice System Journal*, 2010-2013.
- Editorial Board Member, *American Politics Research*, 2016-present.
- Editorial Board Member, *Social Science Quarterly*, 2012-present.
- Editorial Board Member, *State Politics and Policy Quarterly*, 2008-2011.
- Editorial Board Member, *Justice System Journal*, 2006-2010, 2014-2015.
- Editorial Board Member, Routledge Law and Courts Series, 2012-present.
- Treasurer, Law and Courts Section of the American Political Science Association, 2012-2014.
- Member, Executive Committee, State Politics Section of the American Political Science Association, 2011-2013.

- Section Chair, Judicial Politics Section, 2012 Annual Meeting of the Southern Political Science Association.

- Section Chair, State Politics Section, 2008 Annual Meeting of the American Political Science Association.

- Section Chair, Positive Political Theory Section, 2008 Annual Meeting of the Southern Political Science Association.

- Section Chair, Political Methodology Section, 2003 Annual Meeting of the Southwestern Political Science Association.

- Member, 2018 Nominations Committee, Law and Courts Section of the American Political Science Association.

- Member, 2016 C. Neal Tate Award Committee, Southern Political Science Association.

- Member, 2016 Lasting Contribution Award Committee, Law and Courts Section of the American Political Science Association.

- Member, 2015 Service Award Committee, Law and Courts Section of the American Political Science Association.

- Chair, 2011 Nominations Committee, Law and Courts Section of the American Political Science Association.

- Member, 2009 Nominations Committee, Law and Courts Section of the American Political Science Association.

- Member, 2005 Teaching and Mentoring Award Committee, Law and Courts Section of the American Political Science Association.

- Member, 2004 Pi Sigma Alpha Award Committee (award presented for the Best Paper presented at the 2003 Annual Meeting of the Southwestern Political Science Association).

- Reviewer for *American Journal of Political Science*; *American Political Science Review*; *American Politics Research*; Atomic Dog Publishing; CQ Press; *Election Law Journal*; *Electoral Studies*; *Journal of Comparative Economics*; *Journal of Empirical Legal Studies*; *Journal of Law and Courts*; *Journal of Law, Economics, and Organization*; *Journal of Legal Studies*; *Journal of Policy Analysis and Management*; *Journal of Politics*; *Journal of Theoretical Politics*; *Judicature*; *Justice System Journal*; *Law and Society Review*; Longman Publishing; McGraw-Hill Publishers; National Science Foundation; NYU Press; Oxford University Press; *Party Politics*; *Pearson Publishing*; *Political Analysis*; *Political Behavior*; *Political Research Quarterly*; *Politics, Groups, and Identities*; *Public Administration Review*; Routledge; Roxbury Publishing; Stanford University Press; *Political Science Research and Methods*; *State and Local Government Review*; *State Politics and Policy Quarterly*; *Social Science Quarterly*; Temple University Press; Time-Sharing Experiments for the Social Sciences (TESS); University of Chicago Press; University of Michigan Press; University of Virginia Press.

- Member, Executive Committee of the Indiana Political Science Association, 1999-2000.

- Reader, AP Government and Politics Exam, 2004-2006, 2008-2010.

- Table Leader, AP Government and Politics Exam, 2011-2012, 2014-2016.

- Question Leader, AP Government and Politics Exam, 2017.

- Annual Meeting of the American Political Science Association: Discussant 2004, 2006, 2009, 2010, 2011, 2013, 2014, 2017; Chair 2005, 2010, 2011, 2016, 2017.

- Annual Meeting of the Midwest Political Science Association: Discussant 2003, 2004, 2005, 2006, 2007, 2010, 2011, 2013; Chair 2005, 2010, 2011, 2013.

- Annual Meeting of the Southern Political Science Association: Discussant 2003, 2004, 2005, 2006, 2008, 2009, 2012, 2016, 2017; Chair 2006, 2008, 2009, 2012.

- Annual Meeting of the Southwestern Political Science Association: Discussant 2003; Chair 2003.

- Annual State Politics and Policy Conference: Discussant 2015, 2016; Chair 2014, 2015, 2016.

- Conference on Empirical Studies of Courts and Judges: Discussant 2006.

University

- Member, Arts and Sciences Tenure Council: 2015-2017.

- Alternate member, Arts and Sciences Tenure Council: 2012-2013.

- Co-Chair, Faculty Affairs Committee: 2017-present.

- Member, Senate Tenure and Academic Freedom Committee: 2011-present

- Member, Faculty Senate: 2011-2013, 2017-present.

- Member, Faculty Assembly: 2010-2013, 2016-present.

- Member, College of Arts and Science Graduate Council: 2010-2012.

- Member, Mellon Fellowship Selection Committee: 2008.

- Member, College of Social Science Screening Committee, Michigan State University: 2001.

Department

- Member, Chair's Advisory Committee: 2009-2011.

- Member, Formal Theory Search Committee: 2006-2007.

- Member, American Politics Search Committee: 2005-2006, 2012-2013, 2016-2017 (Chair).

19

- Member, Political Behavior Search Committee: 2016-2017.

- Member, Graduate Awards Committee: 2002-2007, 2011-2013.

- Member, Graduate Admissions Committee: 2005-2011 (Chair, 2007-2011), 2013-2014, 2016-2017.

- Member, Graduate Education Committee: 2011-2014, 2016-2017.

- Member, Undergraduate Education Committee: 2015-2018.

- Coordinator, Political Methodology Speaker Series: 2004-2008.

- American Politics Exam/Paper Committee (19): Zachary Auter, Ian Cook, Sean Craig, Derek Culp, Brent Dupay, Amanda Leifson, Eric Loepp, Morgan Marietta, Stephanie McLean, Brandon Myers, Traci Nelson, Heather Rice, Nathaniel Ropski, Tara Stricko, Matt Tarpey, James Tinnick, Eric Wagner, Matthew Weinstein, Michelle Wier.

- Methodology Exam Committee (17): Zachary Auter, Andrea Castagnola, Katharine Floros, Hakan Gunaydin, Jennifer Laks Hutnick, Leslie Marshall, Shawna Metzger, Marilia Mochel, Juan Negri, Lauren Perez, Dana Puia, Juan Carlos Rodriguez-Raga, Daniel Tirone, Sofia Vera, Yu Xiao, Qing Yang, Juan Antonio Rodriguez-Zepeda.

- Comparative Politics Exam/Paper Committee (3): Agustin Grijalva, Dan London, Dana Puia.

- Dissertation Committees Chaired (6):

  – Maria Andrea Castagnola (Assistant Professor, FLACSO–Mexico)
  – Sean Craig (in progress)
  – Shane Redman (in progress)
  – Tara Stricko (Associate Professor of Political Science, Kennesaw State University)
  – Lawrence (LJ) Zigerell (Assistant Professor of Political Science, Illinois State University)

- Dissertation Committees Served (9):

  – Oliver Bateman (writer)
  – Derek Culp (in progress)
  – Todd Curry (Western Michigan University; Assistant Professor of Political Science, University of Texas–El Paso)
  – Agustin Grijalva (Law School, Universidad Andina, Ecuador)
  – Jenna Becker Kane (Temple University; Assistant Professor of Political Science, West Chester University)
  – Amanda Leifson (in progress)

20

- Brandon Lenoir (Assistant Professor, College of Strategic Communication, High Point University)
- Stephanie McLean (Research Manager, Ipsos-Reid Public Affairs)
- Juan Carlos Rodriguez-Raga (Associate Professor of Political Science, Universidad de los Andes, Colombia)
- Matt Tarpey (in progress)

## References

Available Upon Request