

Transcript of the Testimony of:

# CHRIS BONNEAU

ALABAMA STATE CONFERENCE, OF THE N.A.A.C.P., et al.,

vs

HON. JOHN H. MERRILL, IN HIS CAPACITY AS SECRETARY OF STATE, et al.

## Case No:2:16-cv-731-WKW-CSC

**Date:** April 20, 2018

BOGGS REPORTING & VIDEO LLC
Phone: 334.264.6227
www.BoggsReporters.com

## Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT Of ALABAMA
NORTHERN DIVISION


ALABAMA STATE CONFERENCE,
OF THE N.A.A.C.P., et al.,

    Plaintiffs,
                CIVIL ACTION
VS.
        FILE NO 2:16-cv-731-WKW-CSC
HON. JOHN H. MERRILL, IN HIS
CAPACITY AS SECRETARY OF
STATE, et al.,
        Defendants.
        * * * * * * * * * * * * * * *
            COPY
        * * * * * * * * * * * * * * *
    DEPOSITION OF DR. CHRIS BONNEAU, taken on
behalf of the Plaintiffs, pursuant to the
stipulations set forth herein, before Jeana S.
Boggs, Certified Court Reporter and Notary Public,
at the offices of Phelps Dunbar, Jackson
Mississippi, commencing at approximately 11:30 a.m.,
Friday, April 20th, 2018.

## Page 3

1        334.242.7300
2        jimdavis@ago.state.al.us
3        mmessick@ago.state.al.us
4            * * *
5    Direct Examination by Mr. Schwartz...............7
6    Cross-Examination by Mr. Davis..................94
7
8    Plaintiff's Exhibit No. 1........................7
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

## Page 2

1            APPEARANCES OF COUNSEL
2    FOR THE PLAINTIFFS:
3        MR. RICHARD SCHWARTZ, ESQ.
4        MS. DIANA JESCHKE, ESQ.
5        CROWELL MORING
6        1001 Pennsylvania Avenue NW
7        Washington DC  20004
8        202.624.2560
9        rschwartz@crowell.com
10        snamiri@crowell.com
11            * * *
12        MR. EDWARD STILL, ESQ.
13        844 Acton Ave
14        Birmingham, AL 35201-0636
15        205.335.9652
16        still@votelaw.com
17    FOR THE DEFENDANTS:
18        MR. JIM DAVIS
19        MS. MISTY MESSICK, TELEPHONICALLY
20        Deputy Attorneys General
21        OFFICE OF THE ATTORNEY GENERAL
22        501 Washington Avenue
23        Montgomery, Alabama

## Page 4

1            * * *
2            STIPULATIONS
3        It is hereby stipulated and agreed by and
4    between counsel for the respective parties and the
5    witness that the deposition of DR. CHRIS BONNEAU, is
6    taken pursuant to notice and stipulation on behalf
7    of the Plaintiffs; that all formalities with respect
8    to procedural requirements are waived; that said
9    deposition may be taken before Jeana S. Boggs,
10    Certified Professional Reporter and Notary Public in
11    and for the State of Alabama At Large, without the
12    formality of a commission; that objections to
13    questions, other than objections as to the form of
14    the questions, need not be made at this time, but
15    may be reserved for a ruling at such time as the
16    deposition may be offered in evidence or used for
17    any other purpose as provided for by the Federal
18    Rules of Civil Procedure.
19        It is further stipulated and agreed by and
20    between counsel representing the parties in this
21    case that the filing of the deposition of DR. CHRIS
22    BONNEAU, is hereby waived and that said deposition
23    may be introduced at the trial of this case or used

Boggs Reporting & Video LLC

334.264.6227/800.397.5590                    www.BoggsReporters.com

CHRIS BONNEAU

Page 5

1    in any other manner by either party hereto provided
2    for by the Statute, regardless of the waiving of the
3    filing of same.
4            It is further stipulated and agreed by and
5    between the parties hereto and the witness that the
6    signature of the witness to this deposition is
7    hereby reserved.

Page 7

1            (At which time, the referred-
2    to document was marked as
3    Plaintiff's Exhibit No. 1 for
4    identification.)
5    Q    And also give a copy to the Court
6    Reporter, and just ask you to just verify
7    that that is, indeed, the report that you
8    submitted in this case?
9    A    It is.
10   Q    I will be asking you some questions that
11   you will be answering under Oath. So, if
12   you don't understand one of my questions,
13   please let me know and I will rephrase
14   it.
15           Also, if you need a break, also
16   just say so and we will arrange that.
17           So, to get into the -- into
18   your report and into your opinion, the
19   opinion you have been asked to give is
20   about racial polarization and voting in
21   Alabama for judicial elections; is that
22   correct?
23   A    Correct.

Page 6

1            DR. CHRIS BONNEAU,
2    of lawful age, having been first duly sworn, was
3    examined and testified as follows:
4
5            DIRECT EXAMINATION
6    BY MR. SCHWARTZ:
7    Q    Could you state your name for the record,
8    please.
9    A    Sure. Chris Bonneau.
10   Q    And, Mr. Bonneau, my name is Rich
11   Schwartz, and I am representing the
12   Plaintiffs in a suit captioned Alabama
13   State Conference of the NAACP versus
14   State of Alabama.
15           You have given an expert report
16   in that case, haven't you?
17   A    I have.
18   Q    So, you are familiar with the case?
19   A    I am.
20   Q    All right. And I will be asking some
21   questions, and I will be referring to
22   your expert report. And so, I am going
23   to hand you a copy of that report.

Page 8

1    Q    And you have given us a lot of
2    information about your background as a
3    political scientist. And I wanted to ask
4    you to drill down a little bit and tell
5    us about what you have done, specifically
6    with respect to racially polarized
7    voting. I know that you have taught a
8    lot of courses. And the first question
9    is: Have you taught any courses where
10   racially polarized voting was the subject
11   of your course or a subject of your
12   course?
13   A    I cover it in my introduction to American
14   Politics class, but I have not taught a
15   class solely on the topic.
16   Q    Yeah. When you -- When you taught it in
17   your American Politics class, what did
18   you refer to? What did you use as the
19   textual materials?
20   A    Well, the textbook we use in that class
21   is "The Logic of American Politics," by
22   Kernell, Jacobson, Kousser and Vavreck.
23   I supplement that textbook with my own

2 (Pages 5 to 8)

Page 9

1    notes and things that are going on, and
2    so on.
3    Q   Yeah.  And in that course, have you
4    talked about how you identify racially
5    polarized voting?
6    A   No.  I don't talk about the measurement
7    in that class.
8    Q   So, what do you talk about with respect
9    to that subject?
10   A   Well, I talk about, when we cover voting
11   in elections, we talk about how different
12   groups prefer different candidates and
13   some of the reasons why different groups
14   prefer different candidates.
15   Q   And do you follow up with that in any
16   particular direction?
17   A   What do you mean?
18   Q   In other words, you talk about some
19   voters prefer some candidates, others
20   prefer others.  Have you looked at the
21   racial aspects of that?
22   A   Yes.  So, we talk about -- so, we talk
23   about the factors in which voters -- the

Page 10

1    factors that determine which voters make
2    choices.  We talk about things like
3    issues and party identification, and so
4    on, and how these lead to some gaps both
5    in terms of gender, in terms of race, and
6    in other things.
7    Q   So, you do cover the topic of -- of the
8    impact of race on how people vote?
9    A   Correct.
10   Q   And could you just in a nutshell describe
11   what you have taught about that?
12   A   Well, it's clear if you look at aggregate
13   data that African-Americans tend to
14   prefer Democrats overwhelming --
15   African-Americans overwhelmingly prefer
16   Democrats.
17   Q   Okay.  Have you written any articles
18   about racially polarized voting?
19   A   I have not.
20   Q   Have you given any lectures about that
21   topic?
22   A   I have not.
23   Q   Have you spoken in any fora about that

Page 11

1    topic, like professional meetings, or any
2    sort of academic situation?
3    A   Not about racially polarized voting.
4    Q   Okay.  Aside from the work you have done
5    in this case, have you done any analyses
6    to identify racially polarized voting?
7    A   I have not.
8    Q   All right.  In the -- There are some
9    statistical methods that have about been
10   identified by Mrs. Handley, who has also
11   given an expert report in this case, and
12   I was curious if you had used any of
13   those.  One is homogeneous precinct
14   analysis?
15   A   I have not used that in my own work.
16   Q   And the same question with respect to
17   ecological regression?
18   A   I have not used that in my own work.
19   Q   And the final question on statistical
20   methods relates to ecological inference
21   and the question is:  Have you ever
22   applied that to your own research?
23   A   I have not.

Page 12

1    Q   Okay.  Yeah.  Then you -- I am going to
2    go on into your report.  And in the first
3    section, it seems to deal with all
4    partisan and nonpartisan state Supreme
5    Court elections; is that right?  And I am
6    looking at paragraph five of your report.
7    A   Paragraph five?
8    Q   It's where you describe the -- that
9    section of what you are --
10   A   That's correct.  It's based on all
11   partisan and nonpartisan State Supreme
12   Court elections between 1990 and 2014.
13   Q   Yeah.  Is that all over the U. S.?
14   A   Correct.
15   Q   Yeah.  And where did you get the
16   information from?
17   A   I collected that data over a series of
18   years, all from official government
19   sources.  So, the state -- secretary of
20   states, state board of elections,
21   official elect returns, and so on.
22   Q   Have you compiled them anywhere?
23   A   Yes.  Some I have used in my own

3  (Pages 9 to 12)

Page 13

1       research, you know, from my books and
2       publications.
3   Q   Are they in a form where you could
4       provide them to us?
5   A   Yes.
6   Q   Okay.  Could you do that?  Not today
7       necessarily, but --
8           MR. DAVIS:  That's something that
9           I will talk to Dr. Bonneau
10          about during a break.
11          MR. SCHWARTZ:  Okay.  That's fine.
12          But we are just making a
13          request for the data --
14          whatever data it was that you
15          used for those paragraphs in
16          the report.
17  BY MR. SCHWARTZ:
18  Q   And then in paragraph six, you talk about
19      district-based elections, and you say
20      that they don't reduce campaign spending
21      overall.  And the question I had was
22      whether you were referring to per -- per
23      election spending, statewide spending,

Page 14

1       per capita spending.  When you say that
2       they haven't increased or decreased
3       spending overall, we would like you to
4       just explain what you mean.
5   A   So, in the first sentence, I am talking
6       about campaign spending overall using
7       each State Supreme Court race as the unit
8       of analysis.  And then the second
9       sentence, where I talk about the amount
10      of money raised by candidates, I was
11      looking at the amount of money raised by
12      each candidate in those elections.
13  Q   And so, in district-based elections are
14      you saying that each candidate in
15      district-based election raises the same
16      amount of money as each candidate in a
17      statewide election?
18  A   Controlling for other relevant factors,
19      such as the quality of the candidate and
20      other things that are discussed in the
21      references that I cited, yes.  There is
22      no statistical significant difference.
23  Q   So, that, if in -- if looking for

Page 15

1       statistical analysis, which is what you
2       are talking about, imagine there was a
3       representative state that had four
4       districts and another state that had all
5       elections done statewide, are you saying
6       that the spending in each of those four
7       districts would be the same as the
8       spending in the statewide election?
9   A   On average what those studies have found
10      is that there is no difference --
11      exactly, as you say -- between candidates
12      who are running in districts and
13      candidates who are running statewide.
14  Q   So, if you were -- if you were having
15      state elections in a state with two
16      districts, for example, they would spend
17      twice as much overall as what would be
18      spent in a state where there were
19      statewide elections?
20  A   No.  On average, there would be no
21      difference.  There would be no difference
22      in spending overall if a state -- So,
23      when you compare states, so some states

Page 16

1       elect in districts, some states elect
2       statewide.  When you compare the average
3       amount of money that is spent in those
4       elections, there is no difference in
5       spending between the states that use
6       districts and the states that use
7       statewide.
8   Q   Yeah.  Is that the total amount of money
9       per state it spent?
10  A   Per race.  Spent per race.  Yes.
11  Q   Per race.  So, that if you had twice the
12      number of races for statewide elections,
13      you would have twice the amount of money
14      spent?
15  A   Well, we are looking at average spending,
16      so it shouldn't be any different.  I
17      mean, if you are looking at total
18      spending, obviously the more races you
19      have, right, you would probably get more
20      spending.  But if you are looking at
21      average spending, which is the average
22      amount of money spent per race, which is
23      what I am referring to, there would not

4 (Pages 13 to 16)

CHRIS BONNEAU

Page 17

1    be -- right, there would be no
2    difference.
3  Q  So, it would be per race?
4  A  Right.
5  Q  So, if you had twice as many races, you
6      would have twice as much money spent?
7  A  No.  No.  Because the average would be
8      the same.  So -- all right.  So, let's
9      take --
10      MR. DAVIS:  Slow down just a
11          little.
12      THE WITNESS:  Okay.
13      MR. DAVIS:  No, keep going.  Just,
14          we want a good clean
15          transcript.
16      THE WITNESS:  Okay.  Sure.
17      MR. DAVIS:  And you will make it a
18          lot easier on Jeana if you
19          would just talk a little more
20          slowly.
21      THE WITNESS:  Sorry.  Us
22          northeasterners.
23  A  So, let's say we have two states.  A

Page 18

1    state that elects statewide, and let's
2    say they have four races and they elect
3    statewide.  The average amount of
4    spending in each of those races, there is
5    no statistical difference between that
6    and the state that elects their judges in
7    a district.  And that could be four
8    district-based elections in that.  There
9    would not be a statistically significant
10    difference, on average, between those
11    races.
12  Q  So, you would be electing the same number
13    of judges and you would be spending the
14    same amount of money in each of those
15    states?
16  A  I wouldn't put it that way.
17  Q  So, please put it the correct way.
18  A  Well, so, I will try and say this in a
19    better way.
20      When comparing the amount of
21    money that's spent, so, the data set has
22    the amount of money spent in each
23    election across all the states.  Some of

Page 19

1    those elections are in districts, some of
2    those elections are statewide.  When you
3    compare the spending of the districts
4    with the spending statewide, there are no
5    statistically significant differences
6    controlling further factors.
7  Q  So, maybe let me think about it another
8    way.  Suppose you are electing eight
9    judges in state A, and eight judges in
10    state B; and in state A, they are using
11    districts, and state B they are all
12    statewide.  How would you compare the
13    amount of spending in each state?
14  A  Well, what we would do is we would see
15    how much was spent in state A and how
16    much was spent in state B and compare and
17    see if there was a statistically
18    significant difference based on that.
19    And what the research shows, which I cite
20    in my report, is that district-based
21    elections do not result in a
22    statistically significant reduction in
23    the amount of money spent in these

Page 20

1    elections.
2  Q  So, the -- So, the same amount of total
3    money on election costs would be spent in
4    state A and state B?
5  A  On average.
6  Q  On average.  Okay.  Then in just -- Going
7    on from that and then in paragraph eight
8    of your report, you talked about -- talk
9    about district-based partisan elections
10    for State Supreme Court are less likely
11    to be contested.
12      Are you, in that case,
13    comparing district-based partisan
14    elections with district-based nonpartisan
15    elections; is that the comparison?
16  A  No.  The comparison is district-based
17    partisan elections with statewide
18    partisan elections.
19  Q  And you are saying that the district-
20    based partisan elections are less likely
21    to be contested than --
22  A  Statewide partisan elections.
23  Q  -- statewide partisan elections.  And,

5  (Pages 17 to 20)

CHRIS BONNEAU

4/20/2018
2:16-cv-731-WKW-CSC

Page 21

1      again, what's the basis for that, the
2      database you are using?
3    A   Exactly.  All State Supreme Court
4      elections from 1990 to 2014.
5    Q   Then in paragraph nine, you talk about
6      the percentage of incumbents losing in
7      partisan statewide versus partisan
8      district elections, and you are saying
9      that that percentage is the same?
10   A   Correct.
11   Q   All right.  And then, in paragraph 11,
12     you talk about smaller districts hurting
13     challengers but not incumbents' ability
14     to raise and spend money?
15   A   Correct.
16   Q   Yeah.  No, I was curious about what that
17     conclusion was based on.
18   A   So, that's based on the study I did with
19     Damon Cans.  I believe the data -- the
20     time period on that I believe is 1990 to
21     2004, although I am not entirely sure
22     what the specifics are; it's in the
23     article.

Page 22

1          And so, what we find is that in
2      district-based elections, challengers
3      aren't able to raise as much money to
4      challenge an incumbent, so there is a
5      diminishing marginal effect of incumbent
6      fundraising and spending that doesn't
7      happen for challengers.
8    Q   So, the way I read it -- and I might be
9      wrong -- is that challengers in district-
10     based elections are less able to raise
11     and spend money than in statewide
12     elections; is that right?
13   A   Correct.
14   Q   Okay.  So -- and you say that that could
15     impede the ability of challengers to
16     defeat incumbents?
17   A   Correct.
18   Q   But then in paragraph nine, you say that
19     the percent of incumbents losing in
20     statewide elections is about the same as
21     district elections; is that right?
22   A   Correct.
23   Q   So, that sounds like that the difference

Page 23

1      in the ability to raise money has not
2      resulted has not resulted in a diminished
3      ability to -- for challengers to be
4      successful in judicial elections?
5    A   The 2005 article referred to in paragraph
6      nine, the data for that ended in 2000, I
7      believe.  So, we have slightly different
8      samples.  And so, when we have slightly
9      different samples, we can't just exactly
10     compare, you know, across.
11         But I do think that at the
12     aggregate level that's possible, although
13     it's certainly -- I mean, at the
14     individual level, it certainly could
15     affect any individual race.
16   Q   But overall you are saying that the data
17     don't show that there is a broader
18     effect; is that right?
19   A   Well --
20   Q   Isn't that what you are saying from -- in
21     paragraph nine?
22   A   Right.  In paragraph nine, I say there is
23     no difference in the likelihood of an

Page 24

1      incumbent losing in a partisan statewide
2      race versus a partisan district-based
3      election.  That is correct.
4    Q   Then in the next section of the report
5      you talk about intermediate appellate
6      court elections.  And in paragraph 12, I
7      believe you conclude that there is no
8      difference between district and statewide
9      elections in terms of margin of victory
10     or the ability of incumbents to retain
11     their seats or voter participation; is
12     that right?
13   A   Those aren't my studies.  I was not
14     involved in those studies, but that is
15     what the scholarly literature has
16     concluded.
17   Q   Okay.  So, would that lead you to the
18     conclusion that elections on a district
19     level are roughly as competitive as
20     elections on the statewide level?
21   A   No.  Because elections in the district
22     level are less likely to be contested.
23         So, if you look at -- and it

6 (Pages 21 to 24)

CHRIS BONNEAU

Page 25

1     depends on how you measure competitive.
2 Q   So, you are saying when they are
3     contested you don't see a difference; is
4     that right?
5 A   At the intermediate appellate court
6     level, that is what Frederick and Streb
7     found.
8 Q   And then in paragraph 14, you go to,
9     again, the cost of elections. And you
10    say that district-based elections are not
11    less expensive than statewide elections.
12    Is that based on the same finding that we
13    discussed earlier?
14 A   That's based on Frederick and Streb's
15    data that was published in an article in
16    2008. That was not a study or any
17    analysis I did. But that's what
18    the scholarly literature has found.
19 Q   And so, more specifically, I mean, given
20    the discussion we went through a few
21    minutes ago, can you explain exactly what
22    they found?
23 A   Sure. I mean -- and they found the

Page 26

1     same -- that they use -- basically
2     utilize the same method that I used in my
3     article, where they compared those
4     elections that are run in districts with
5     those elections that are run in states
6     and found that there is no statistically
7     significant difference in the amount of
8     money that was spent in those elections,
9     comparing those two groups.
10 Q   So, it was -- again, it was per election,
11    the amounts --
12 A   Correct.
13 Q   -- tended to be the same?
14 A   Correct. On average.
15 Q   Yeah. And so, again, going back to what
16    you said before, that means if it's a
17    hypothetical state elected five judges,
18    in each race -- and one of them did it
19    statewide -- five statewide elections,
20    the other did five district elections,
21    that the money in each race in the one
22    state that was spent would be roughly
23    equivalent to the amount of money in the

Page 27

1     other state?
2 A   On average.
3 Q   Okay. Yeah. Now, in that article, which
4     I understand is not yours, it said that
5     the per election cost was greater in the
6     district states than in the statewide
7     elections. And my question was whether
8     you know how much more?
9 A   I don't off the top of my head.
10 Q   Is it in the article that you can find
11    out?
12 A   Yes. Yes.
13 Q   All right. The next part of your report
14    talks about elections in Alabama. And I
15    am looking at paragraph 16, which looks
16    at elections from 2008 through 2014. And
17    it shows roughly, but you can corroborate
18    this, that roughly 25 percent of the
19    voters voted straight-ticket Democratic?
20 A   Between 23 and 25 and a half.
21 Q   Yeah. That's right. And then a similar,
22    slightly larger range but similar
23    percentage seemed to -- of the voters

Page 28

1     voted straight-ticket Republican --
2 A   Correct.
3 Q   -- is that right? But I take it there
4     are more Republican voters in Alabama
5     than Democratic; is that right?
6 A   I don't have access to that. I don't
7     know that information.
8 Q   Yeah. So, you don't know whether there
9     are more Republican voters in Alabama
10    than Democratic voters?
11 A   Well, Alabama does not register voters by
12    political party.
13 Q   All right. The next election you talk
14    about is the 2017 special election, and
15    is it was very special. It was Doug
16    Jones against Roy Moore. And you have
17    given a number of figures for the number
18    of African-American voters and the
19    percentage that voted in the Democratic
20    primary, and you broke it down for Black
21    Belt and for urban areas.
22       And I wanted to find out the
23    source of the data that you used for

7 (Pages 25 to 28)

Page 29

1    this.
2    A   I received that information from the
3        State of Alabama.
4    Q   In what form or from whom?
5    A   The State Attorney General's office.  I
6        requested the data, and they sent it to
7        me in the form of a spreadsheet, or a
8        PDF.
9    Q   Is that publicly available data?
10   A   I don't know the answer to that question.
11   Q   Yeah.  Again, I -- what I will ask for
12       is, if we could, is a copy of the data
13       that you used for this analysis of that
14       election.
15           MR. DAVIS:  Which I think it would
16               be more proper for you to ask
17               me, and why don't we take
18               care of that after the
19               deposition.
20           MR. SCHWARTZ:  All right.
21           MR. DAVIS:  And we will talk about
22               that.
23           MR. SCHWARTZ:  All right.

Page 30

1            MR. DAVIS:  We will address your
2                requests.
3            MR. SCHWARTZ:  Yeah.  Let me note
4                that I have just asked
5                Mr. Davis for the underlying
6                information that Mr. Bonneau
7                used for paragraph 18 of his
8                report.
9    BY MR. SCHWARTZ:
10   Q   All right.  And now I would like to ask
11       you a little bit about incumbency in
12       judicial elections, which I suspect
13       you've studied; is that right, the effect
14       of incumbency?
15   A   That is correct.
16   Q   Yeah.  What have you found?
17   A   It's complicated.  So, it depends on what
18       we mean by -- so, incumbency is a term
19       that can be unpacked into different
20       aspects of incumbency.  So, incumbency,
21       there is a name recognition aspect.
22       There is a prior experience campaigning
23       aspect.  There is the ability to

Page 31

1        communicate to the voters that you are an
2        incumbent aspect.  So, there are a lot of
3        different aspects of incumbency.
4            One of the things that I found
5        in my 2015 book about incumbency is
6        telling voters that a candidate is
7        incumbent does not increase their
8        percentage of the vote share above and
9        beyond political party.
10           And so, there is no question
11       that -- and scholars have found this in
12       congressional elections and everything
13       else -- that incumbents matter, but the
14       source -- that incumbency matters, but
15       the source of that incumbency doesn't
16       come from a candidate being called an
17       incumbent.  It may come from other
18       sources, such as I mentioned, being able
19       to raise more money, having prior
20       experience running statewide and so on.
21   Q   Yeah.  What are those other factors if
22       you could list them?  You mentioned two.
23   A   Sure.

Page 32

1    Q   Fundraising and prior experience.  What
2        are the others?
3    A   Oh, name recognition could certainly be
4        part of the incumbency advantage.  I
5        mean, tied up with the campaigning I
6        think that, you know, being able to say
7        reelect Judge X could be an important
8        component of the incumbency advantage,
9        communicating to voters that the judge is
10       already on the court.
11   Q   Anything else?
12   A   Off the top of my head, no.  Those things
13       would be the ones that --
14   Q   Yeah.  Statistically, do incumbents tend
15       to do better than challengers?
16   A   So, are you talking about comparing, do
17       incumbents win more often than
18       challengers?  Or are you asking compared
19       to others offices, or --
20   Q   No, I am -- I am asking about judicial
21       offices.  And I am asking how incumbents
22       do compared to challengers.
23   A   Incumbents win more often than

8 (Pages 29 to 32)

---

Page 33

1      challengers.
2      Q   Yeah.  Do you know how much more often?
3      A   About -- incumbent -- The incumbent
4      reelection rate is about 80 percent.
5      Q   So, for various reasons, incumbents win
6      four out of five times it sounds like?
7      A   Correct.  Which is, if you put that in
8      context of other races, is actually quite
9      low compared to U. S. congress, governor,
10     senate, and so on.
11     Q   All right.  And then the -- going to
12     paragraphs 22 and 23 of your report, you
13     refer to the 2000 elections for judges.
14     And you note that African-American judges
15     Cook and England got a higher percentage
16     of the vote than their white Democrats
17     who lost in that same election.  And,
18     therefore, you concluded that
19     African-Americans were not disadvantaged
20     from that evidence; is that right?
21     A   I concluded that they were not
22     disadvantaged because of their race.
23     Q   Because of their race.  The -- in terms

---

Page 34

1      of Cook and England, they were
2      incumbents, weren't they?
3      A   They were.
4      Q   And the other Democrats who lost, were
5      they incumbents?
6      A   I don't believe so.
7      Q   Yeah.  And the question is:  When you
8      made that conclusion, did you take
9      incumbency into account?
10     A   I don't know what you mean, take into
11     account.
12     Q   In other words, you -- when you said that
13     African-Americans were not disadvantaged
14     when you compared how the black
15     candidates did versus how the whites
16     candidates did, did you factor in the
17     fact that the black candidates were
18     incumbents?
19     A   No.  I just looked at whether or not the
20     African-American Democratic candidates,
21     how they did -- how they performed
22     statewide compared to the white
23     Democratic candidates.

---

Page 35

1      Q   Okay.  Then going to paragraph 23, you
2      talked about the 2006 elections and you
3      talked about four Democratic candidates:
4      Sue Bell Cobb, John England, Gwendolyn
5      Kennedy and Al Johnson, and you just took
6      the percentages of how they did.  And in
7      the case of Sue Bell Cobb, was -- she
8      defeated an incumbent; isn't that right?
9      A   Correct.
10     Q   Yeah.  And John -- and she won.  And John
11     England was an incumbent and he lost?
12     A   He was not an incumbent in 2006.
13     Q   I am sorry.  I take that back.  And then
14     the same was true with Gwendolyn Kennedy?
15     A   She was not an incumbent.
16     Q   Yeah.  And Al Johnson?
17     A   Was not an incumbent.
18     Q   Okay.  And so the, -- in this set of four
19     races that you discussed in paragraph 23,
20     the -- one candidate won, and it was a
21     white candidate; it was Sue Bell Cobb?
22     A   A white female candidate, correct.
23     Q   That's right.  So, would you conclude

---

Page 36

1      from that that, at least in this
2      particular race, the only winner was a
3      white candidate, so it looks like there
4      is an average for white Democratic
5      candidates over black?
6      A   The only winning Democratic candidate was
7      a white female Democratic candidate.
8      Q   And she was of the same party as the
9      losing black candidates; isn't that
10     right?
11     A   Correct.  And the losing black candidates
12     performed better than the white
13     Democratic candidate -- white male
14     Democratic candidate.
15     Q   Yeah.  But not as well as Mrs. Cobb, who
16     is a white Democratic candidate?
17     A   True.
18     Q   So, in this particular instance, you
19     could say that it looks like the
20     differential between winning and losing
21     was not the party, because they were all
22     from the same party, but the one white
23     candidate won and the blacks lost?

---

9 (Pages 33 to 36)

CHRIS BONNEAU

4/20/2018
2:16-cv-731-WKW-CSC

Page 37

1      MR. DAVIS:  Object to the form.  I
2          have lodged an objection to
3          form.
4      MR. SCHWARTZ:  Okay.
5      MR. DAVIS:  If you can understand
6          the question, you are free
7          and should respond to it.  If
8          there is any part of the
9          question you don't
10         understand, I'm sure
11         Mr. Schwartz would be happy
12         to clarify.
13  Q   And that's true.  I will clarify it if
14      you don't understand it.
15  A   Well, go ahead.
16  Q   Yeah.  We have -- You have an example of
17      race where there are four candidates.
18      They -- two whites, two blacks.  The only
19      one that won was white.  And the question
20      is:  Does that -- taken in isolation,
21      does that suggest that the differential
22      in that particular race was not party
23      because they were in the same party, but

Page 38

1      the differentiator or one differentiator
2      was race?
3  A   I don't think we have enough information
4      to conclude that.  The differentiator
5      could have been any number of things
6      about the specific candidates.
7          And so, when we are dealing
8      with a small number of elections, many of
9      which can be decided on idiosyncratic
10     factors, I don't think we can -- we can
11     make any kind of conclusion like that.
12  Q   So, that would be true as well for, for
13      example, for John England and Gwendolyn
14      Kennedy doing better than Al Johnson?  We
15      don't really know how qualified Al
16      Johnson was?
17  A   I don't know how qualified Al Johnson
18      was.  I think that that is something that
19      is knowable, though.
20  Q   Yes, knowable, but you didn't take that
21      into account when you drafted paragraph
22      23?
23  A   I did not.

Page 39

1  Q   Now, I would like to go to paragraph 24
2      of your report, and you talk about
3      spending of African-American candidates
4      and the fact that they spent less than
5      their opponents.  And you detail the
6      figures for Ralph Cook and Lyn Stewart in
7      2000; John England and Tom Woodall in
8      2000; Gwendolyn Kennedy and Tom Woodall
9      in 2006.  And in each case, the black
10     candidates spent considerably less.  It
11     looks like roughly half or less than the
12     white candidate; is that a fair
13     characterization?
14  A   With the exception of the 2006 Murdock/
15     England race where England, you know,
16     performed significantly better than
17     others.  That is -- yes, that is fair.
18  Q   Yeah.  And the -- did you -- Do you know
19      whether they spent all or most of what
20      they raised?
21  A   I don't know that.  Usually they do, but
22      I don't know that in these cases.
23  Q   Yeah.  I was going to ask you, is that --

Page 40

1      based on your experience, is that
2      generally the case?
3  A   Generally there is a very high
4      correlation between raised and spent,
5      yes.
6  Q   So, could it be that the limiting factor
7      or rather a limiting factor for these
8      candidates was their ability to raise
9      money?
10  A   Yes.
11  Q   All right.  Then in paragraph 27 of your
12      report, again you're talking about
13      intermediate appellate courts.  You talk
14      about losing African-American candidates
15      where their opponent gets about
16      56 percent of the vote versus losing
17      white candidates, in both cases
18      Democrats, where the winner gets about
19      53 percent of the votes; do you see that?
20  A   I do.
21  Q   Could you tell us which races you were
22      looking at?
23  A   So, this data comes from Frederick and

10  (Pages 37 to 40)

CHRIS BONNEAU

4/20/2018
2:16-cv-731-WKW-CSC

Page 41

1    Streb.  And so, I am looking at all
2    intermediate appellate court elections in
3    Alabama.  I believe the data set goes
4    from 2000 through 2010 or '12, but I am
5    not sure off the top of my head.
6  Q   And in terms of which elections were
7    included, can you --
8  A   I believe that's in Appendix B.  And
9    Appendix B has all of the Alabama
10    intermediate appellate court elections.
11    So, I used data from 2000 to 2016.
12  Q   So, Appendix B details the elections you
13    used to get the figures in paragraph 27?
14  A   Correct.
15  Q   Then in paragraph 28, you are also
16    talking now about fundraising and
17    spending.  And you indicate that overall
18    I assume, on average, losing candidates
19    spend about $285,000 in intermediate
20    appellate court races?
21  A   That's what -- yes.  That's what it says.
22  Q   Yeah.  And then you contrast that with
23    African-American losing candidates, and

Page 42

1    they spent about $54,000 on average in
2    those races; is that correct?
3  A   Yeah.  About $55,000, yes.
4  Q   Okay.  And the first question is:  Which
5    races are we talking about here?
6  A   The races that are referred to in
7    Appendix B.
8  Q   Okay.
9  A   So, starting with paragraph 26, when we
10    are talking about intermediate appeals
11    court races, all those same paragraphs,
12    27 and 28, used the same data as
13    paragraph 26.
14  Q   Yeah.  And in Appendix B, I don't see
15    figures on spending.  So, do you have
16    that somewhere else?
17  A   I have that, yes.  I got that from the
18    State of Alabama websites.
19  Q   Okay.  So, I will again ask Mr. Davis
20    if --
21    MR. DAVIS:  After the deposition,
22    you tell me what you are
23    asking for, and we'll make

Page 43

1    sure we got it.  I know some
2    of the stuff that you have
3    asked for has been provided
4    to you already, I understand,
5    from Mrs. Messick.  But we
6    will --
7    MR. SCHWARTZ:  Okay.
8    MR. DAVIS:  We will talk about
9    that, and we will address
10    your request.
11    MR. SCHWARTZ:  All right.  Well,
12    thank you.
13  BY MR. SCHWARTZ:
14  Q   Now, these are all general elections?
15  A   I believe that's the case, yes.  It
16    should say s title, yes, "Intermediate
17    Appellate Court General Elections."
18  Q   And so the -- and so, in each case, I
19    assume that you, with perhaps with the
20    exception of Mrs. Cobb, if she is in
21    here, the losing candidate was a
22    Democrat?
23  A   Correct.  And Mrs. Cobb is in there.

Page 44

1  Q   And the differential, then, between
2    spending by African-Americans and whites
3    is not related to party; is that right,
4    because it's all the same party?
5  A   With the exception of Mrs. Cobb, yes.
6  Q   Yes.
7  A   Judge Cobb.
8  Q   Then going to paragraph 29, you talk
9    about Lisa Handley focusing only on races
10    with African-American candidates.  And
11    you say that that doesn't show whether
12    African-American voters vote similarly
13    for white candidates in which case their
14    are -- their preferences isn't based on
15    race; is that an accurate
16    characterization of what you are saying
17    there?
18  A   Yes.
19  Q   Okay.  So, then the first question I have
20    is, when you say vote similarly for white
21    candidates, what are you referring to?
22  A   So, if we want to see whether or not
23    African-Americans are voting differently

11  (Pages 41 to 44)

CHRIS BONNEAU

4/20/2018
2:16-cv-731-WKW-CSC

Page 45

1  than whites, we can't just look at races
2  that only involve African-American
3  candidates.  We have to compare them to
4  races that also involve just whites.
5  Because if it's the same -- if African-
6  American behavior is the same regardless
7  of whether or not there is a white
8  candidate in their party running, then
9  it's hard to say that they are voting
10  differently based on race.
11  Q   Well, let's suppose that African-American
12      voters prefer Democrats to Republicans.
13      Do you know whether that is the case?
14  A   That -- it's absolutely the case.
15  Q   Okay.  And so, if -- if you had two
16      races, let's say, sequential, in one case
17      the Democrats nominated and the voters
18      favored an African-American and that
19      candidate lost to a white Republican --
20  A   Uh-huh (positive response).
21  Q   -- and then, in the next race, the
22      African-Americans favored a white
23      Democratic candidate who then lost to a

Page 46

1  white Republican candidate, would that
2  factor disprove racially polarized
3  voting?
4  A   It would suggest to me, based on the
5      hypothetical you gave, that race was not
6      the motivating factor in the vote.
7  Q   Not the motivating factor in whose vote?
8  A   In the vote of the African-Americans.
9      That would be party, and not race.
10  Q   Yeah.  And so, in each case, isn't it a
11      fact that in this type hypothetical, the
12      African-Americans favored the Democratic
13      candidate and the Democratic candidate
14      was then defeated by a white Republican
15      candidate?
16  A   In your hypothetical, yes.
17  Q   Yeah.  And if that were the case,
18      wouldn't that be consistent with racially
19      polarized voting?
20  A   That would be consistent with polarized
21      voting, not necessarily racially
22      polarized voting.
23  Q   In each of these cases, let's assume

Page 47

1  that -- and hypothesize -- that the
2  African-Americans favored the Democratic
3  candidate --
4  A   Uh-huh (positive response).
5  Q   -- and that Democratic candidate was
6      defeated by white voters voting for a
7      Republican candidate --
8  A   Uh-huh (positive response).
9  Q   -- is that not racially polarized voting?
10  A   That's polarized voting.  But the
11      African-Americans voted for the
12      African-American Democratic candidate the
13      same that if they voted for the white
14      Democratic candidate.  So, they are
15      voting based on party, not based on the
16      race of the candidate.
17  Q   And in both cases, the preferred
18      candidate of the African-Americans lost;
19      isn't that correct?
20  A   In your hypothetical, African-Americans
21      preferred the Democrat in both cases,
22      yes, regardless of the race of the
23      candidate.

Page 48

1  Q   Yeah.  And that candidate was lost --
2      that candidate lost?
3  A   In your hypothetical, yes.
4  Q   Yes.  Then I want to go to paragraph 31,
5      where you talk about a bivariate
6      correlation --
7  A   Correct.
8  Q   -- between the percent of voters who are
9      African-American and the percent of votes
10      received by the Democratic candidate, and
11      you give a correlation factor.  And the
12      first question I have is:  Where do the
13      numbers come from for the correlation?
14  A   I received that data from the State of
15      Alabama in their official -- this was the
16      same data that I received -- yeah, on the
17      county level voting website.
18          MR. SCHWARTZ:  And, again, I will
19          request Mr. Davis for a copy
20          of that data.
21          MR. DAVIS:  You are going to have
22          to tell me all of these
23          things that you want after

12  (Pages 45 to 48)

CHRIS BONNEAU

4/20/2018
2:16-cv-731-WKW-CSC

---

Page 49

1    the deposition or at some
2    other time, because I can't
3    keep up with it.  And we will
4    talk about what you have
5    already been provided and
6    what's on the Secretary of
7    State's website and whatever
8    response that we have.
9        MR. SCHWARTZ:  Yeah.  I think
10       aside from being provided,
11       it's helpful for us to know
12       what Mr. Bonneau based
13       paragraph 31 on.
14       MR. DAVIS:  You are certainly free
15       to ask those questions.  I'm
16       just saying, in terms of any
17       request you make of me, we
18       are going to need to talk
19       about it to make sure that I
20       have got it all down.
21   BY MR. SCHWARTZ:
22   Q    Okay.  And in that -- In that
23        correlation, you broke it out for all

---

Page 50

1    counties in Alabama, for Black Belt
2    counties in Alabama, and for urban
3    counties in Alabama?
4    A    Correct.
5    Q    And I am curious what the significance of
6         that breakdown is.
7    A    Well, I use the Black Belt distinction
8         because one of the Plaintiffs' experts
9         made a claim about Black Belt counties
10        being overwhelmingly African-American, so
11        I thought that would be useful to look
12        at.  The same thing is true with urban
13        counties.  Urban counties tend to be more
14        African-American -- of a higher
15        African-American population than rural
16        counties.
17   Q    And so, in -- the conclusion from this, I
18        take it, is that at least in two of the
19        cases for all and for Black Belt
20        counties, the conclusion is that
21        African-Americans tend to vote
22        Democratic; is that right?
23   A    Correct.

---

Page 51

1    Q    And I take it that -- let me ask:
2         Does it also lead to the conclusion that
3         Democrats tend to be African-Americans?
4    A    I don't know the answer to that.
5    Q    Okay.  So, you are not sure about the
6         second one; your conclusion really is
7         that it shows that African-Americans vote
8         Democratic?
9    A    Correct.
10   Q    And then I wanted to ask you about the
11        correlation that came out to .42?
12   A    Correct.
13   Q    And what does that show?
14   A    That shows a -- as I state later on, that
15        any correlation above .5 is a moderate
16        relationship.  So, I would say a
17        correlation of .4 is a weak relationship
18        between the percentage of registered
19        votes for African-American and the
20        percentage of the vote received by the
21        Democrats in urban counties.
22   Q    And so the -- but the purpose of that
23        correlation is to show that

---

Page 52

1    African-Americans tend to vote
2    Democratic?
3    A    Correct, if you look at a bivariate
4         correlation, which, in measuring, is the
5         extent to which both of these variables
6         occur together.
7             And so, a positive one, which
8         is the highest it can be, means that when
9         one variable goes up, the other always
10        goes up.  And, likewise, if one goes
11        down, the other goes down.
12            A correlation of negative one,
13        which is the other bound of it, means
14        that as one variable goes up, the other
15        always goes down.  And a correlation of
16        zero is no relationship between the two
17        variables.
18   Q    Yeah.  Isn't there -- or aren't there
19        other data that show that African-
20        Americans overwhelming vote for
21        Democratic candidates in Alabama?
22   A    I did not look at that for the purposes
23        of this report, but...

---

13 (Pages 49 to 52)

CHRIS BONNEAU

4/20/2018
2:16-cv-731-WKW-CSC

Page 53

1       MR. DAVIS: Object to the form of
2       the previous question. Go
3       ahead.
4   Q   So, you -- with respect to this, you
5       didn't look at it after your data about
6       how African-Americans vote?
7   A   No. For the purposes of this report,
8       what I did, I looked at the percentage of
9       registered voters who are African-
10      American and the percentage of the vote
11      received by the Democratic candidate.
12  Q   Do you know whether that correlates well
13      with other information about how
14      African-Americans vote?
15  A   In Alabama or in general?
16  Q   In Alabama.
17  A   I do not.
18  Q   And in paragraph 32 of your report, you
19      talk about elections between 2000 and
20      2016. And, again, I would ask you which
21      races are included in the analysis in
22      paragraph 22.
23  A   That would be the races in Appendix A,

Page 54

1       and we are talking about State Supreme
2       Court. I believe -- this is for State
3       Supreme Court.
4           So, I believe it is the -- the
5       races that are listed in Appendix A, the
6       State Supreme Court races in Appendix A.
7           And -- sorry, let me clarify.
8       It's all the races in Appendix A and
9       Appendix B, because I am excluding Sue
10      Bell Cobb in both of those cases, and she
11      is in both data sets.
12  Q   And the result you came out with was that
13      African-American Democrats got about one,
14      it looks like, almost two percent higher
15      vote totals than white Democratic
16      candidates?
17  A   Correct.
18  Q   Both of them below 50 percent, but
19      African-Americans slightly higher?
20  A   Correct.
21  Q   Yeah. And you excluded Sue Bell Cobb
22      from this analysis?
23  A   Correct.

Page 55

1   Q   Why did you exclude Sue Bell Cobb?
2   A   I excluded her because she was the only
3       Democrat to win statewide, which
4       depend -- no matter of the race of the
5       candidate, the only person to win
6       statewide between 2000 and 2016 was Sue
7       Bell Cobb, which suggests to me that
8       there is something about Judge Cobb. I
9       am not sure what it is.
10          But so, I excluded that so that
11      we are comparing all the people who lost.
12      So, we are comparing white losers with
13      African-American losers for these races.
14  Q   And so, if there had been a lot of white
15      winners, that would have changed this
16      sort of analysis; is that correct?
17  A   Correct.
18  Q   And do you know what affect excluding Sue
19      Bell Cobb had on your conclusions?
20  A   I don't over the top of my head.
21  Q   And in -- You note that in the Black
22      Belt, African-American Democratic
23      candidates performed slightly worse than

Page 56

1       white Democratic candidates; is that
2       right?
3   A   That is correct.
4   Q   Does that -- Well, I will you ask you:
5       What does that suggest?
6   A   You know, I don't know what it suggests.
7       The Black Belt has a higher concentration
8       of African-American voters than the state
9       as a whole.
10  Q   And so, assume for the moment that, in
11      this sort of analysis, that losing white
12      and losing black candidates got roughly
13      the same percentage of the vote.
14  A   Uh-huh (positive response).
15  Q   Does that somehow disprove the fact that
16      there is racially polarized voting?
17  A   That would suggest to me that candidates
18      are not penalized based on their race.
19      The candidates are penalized based on
20      their political party.
21  Q   Well, when you are looking at racially
22      polarized voting, aren't you looking at
23      the preference of the voters as opposed

14 (Pages 53 to 56)

CHRIS BONNEAU

4/20/2018
2:16-cv-731-WKW-CSC

Page 57

1    to the victories of the candidates?
2    Because isn't it possible that a --
3    African-American voters could actually
4    favor a white candidate?
5  A   Yes, it's possible.  When you looking at
6    racially polarized voting, you have to
7    look at the reasons why people are voting
8    the way they are voting, not just how
9    they are voting.
10 Q   And so, the -- and, again, in the example
11    I have given you, if the African-American
12    voters favored a white candidate and the
13    white candidate lost to a Republican,
14    wouldn't it be the case that the
15    African-American voter's preference was
16    not elected?
17 A   Well, by definition it would be.
18 Q   So, that -- again, take a hypothetical
19    where you have got the sequential
20    elections.  White Democrat loses, black
21    Democrat loses.  African-Americans favor
22    both; and in each case, they are defeated
23    by white Republicans.

Page 58

1        Based on that information, can
2    you rule out racially polarized voting?
3  A   Based on that information, you can't make
4    any conclusions, because in order to show
5    this, you would need to have the
6    preferences of individual level voters,
7    not just aggregate election results.
8  Q   Do you need the preference of individual
9    voters or some of the aggregate
10    preference of the group?
11 A   Well, aggregate preferences the group
12    doesn't tell you why the group is voting
13    that way.
14 Q   So, you're saying that -- or let me ask
15    you if it's true -- that in the
16    hypothetical I have just been discussing
17    where a white Democrat loses, a black
18    Democrat loses, African-Americans favor
19    the -- favor both and they both lose, are
20    you saying that to determine whether
21    voting is racially polarized you need to
22    know something about the reason for the
23    preference?

Page 59

1  A   Yes.
2  Q   So, it could be racially polarized, but
3    you are suggesting there may be another
4    explanation?
5  A   Yes.
6  Q   Okay.  And so, where would you find
7    the -- what are the factors that would
8    allow you to make that interpretation?
9  A   So, one of the things I would look at is
10    our African -- so, you have no
11    African-American Republicans in
12    Alabama -- candidates.
13        So, looking at -- looking
14    across, all right, at general elections
15    doesn't give us any information.  Right?
16    It would be great if we had some
17    African-American Republican candidates
18    because then we could really get a hold
19    of this, but we don't.  So, we have to
20    look within the Democratic party, because
21    that is where the African-American
22    candidates are.
23        So, if we were seeing racially

Page 60

1    polarized voting within the Democratic --
2    within the Democratic party, the only
3    place where you have white candidates and
4    African-American candidates, you should
5    see African-American candidates
6    performing worse than white candidates.
7  Q   When you -- the -- but in terms, again,
8    of the preference that we are looking for
9    racially polarized voting, if
10    African-American candidates prefer a
11    white Democratic candidate over an
12    African-American candidate, that would be
13    the preference that you would be
14    concerned about, isn't it?
15        MR. DAVIS:  Object to the form.
16 A   Yeah.  Can you restate?
17 Q   Okay.  So, again, we are looking at the
18    phenomenon of racially polarized
19    voting --
20 A   Uh-huh (positive response).
21 Q    -- or the subject of racially polarized
22    voting.  And I am asking, in the analysis
23    of that, isn't the important criterion

15 (Pages 57 to 60)

Boggs Reporting & Video LLC

CHRIS BONNEAU

4/20/2018
2:16-cv-731-WKW-CSC

Page 61

1  the preference of the voter as opposed to
2  the race of the candidate?
3  A   The important criteria -- The important
4  issue is the reasons why voters prefer
5  certain candidates.  There are multiple
6  reasons why an African-American voter
7  would choose to vote for a white
8  candidate or prefer a white candidate
9  over an African-American candidate.
10 There are multiple reasons why a white
11 voter would prefer a white candidate over
12 an African-American candidate.
13       We need to figure -- right.
14 For racially polarized -- for voting to
15 be racially polarized, the reasons for
16 that have to be related to the race of
17 the candidate and the race, right, and
18 how race affects the electoral results.
19 Q   But isn't the determining factor the
20 preference of the voter as opposed to the
21 race of the candidate?
22 A   The determining thing is the reasons for
23 the preference of the voter.

Page 62

1  Q   So, the example I am giving you is a
2  situation where the preference of the
3  African-American voter is not based on
4  race, which we know has happened
5  sometimes --
6  A   Uh-huh (positive response).
7  Q   -- because it happened with respect to
8  Sue Bell Cobb.
9  A   Uh-huh (positive response).
10 Q   And I am asking you if the preference of
11 the African-American voter is not based
12 on race but is based on some other
13 factor, and that -- that candidate is
14 nominated and then loses in a general
15 election to a candidate preferred by the
16 white Republican majority, wouldn't that
17 be an example of racially polarized
18 voting?
19 A   I would not consider that racially
20 polarized voting.  I would consider that
21 polarized voting.
22 Q   Okay.  And I just take you, then, to
23 paragraph 33, and it a talks about the

Page 63

1  percentage of the vote obtained by
2  African-American losing candidates versus
3  white losing candidates.  And you
4  indicate that percentage is about the
5  same; is that right?
6  A   No.  I conclude that African-American
7  losing candidates performed about two
8  points better than their white
9  counterparts.
10 Q   All right.  Let's look at -- But you also
11 include -- conclude that in the Black
12 Belt counties the relationship is
13 reversed?
14 A   Correct, if we look just at the Black
15 Belt counties.  But that relationship is
16 not statistically significant.
17 Q   You say there is -- also there is no
18 statistically significant relationship in
19 urban counties?
20 A   Correct.
21 Q   Yeah.  So, when you break out, in this
22 paragraph, Black Belt and urban counties,
23 what is the purpose of breaking them out?

Page 64

1  A   To see whether or not there is any
2  difference in the counties where the
3  population is more heavily
4  African-American than in the rest of the
5  state.
6  Q   And, again, I ask you to which races are
7  included in paragraph 33?
8  A   The same that are in paragraph 32.
9  Q   All right.  And so, in paragraph 33, you
10 did a linear regression; is that right?
11 A   That's correct.
12 Q   Yeah.  So, why did you do that?
13 A   Well, because it gives you more -- more
14 control over the -- over other possible
15 confounds.  And so, it allows us to see
16 whether or not the dependent variable,
17 which, in this case, is the losing
18 candidate's percentage of the vote if we
19 can predict that by the presence of the
20 independent variable right here, whether
21 or not the losing candidate was African-
22 American.
23 Q   Yeah.  And then in paragraph 34, you make

16  (Pages 61 to 64)

CHRIS BONNEAU

4/20/2018
2:16-cv-731-WKW-CSC

Page 65

1    another correlation.  This is between the
2    percentage of voters who are African-
3    American and a percent of the vote
4    received by an African-American Democrat
5    versus a white Democrat?
6    A   Uh-huh (positive response).
7    Q   And so the, again, the first question is
8        the same one:  Which races are included
9        in this analysis?
10   A   The same as in the previous paragraph.
11   Q   And I take it you conclude from this --
12       and I am looking at paragraph 35 -- is
13       that mostly African-Americans vote for
14       Democrats?
15   A   Correct.  I conclude that a one-unit
16       increase in the percentage of registered
17       voters who are African-American leads to
18       about a half-a-point percentage increase
19       in the percentage of the vote received by
20       a Democratic candidate.
21   Q   Okay.  And so, what does this tell you?
22   A   Well, as I say, it says if the percentage
23       of African-American voters increased by

Page 66

1    one percent, Democratic candidates would
2    perform about half-a-point better, more
3    or less; other things being equal.
4    Q   Yeah.  Now, for these paragraphs, I think
5        33 and 34 at least, did you have a
6        database that you analyzed?
7    A   Yes.
8        MR. SCHWARTZ:  I will ask Jim
9            Davis to provide us with that
10           database.
11       MR. DAVIS:  I look forward to the
12           list of the things that you
13           are requesting, so I can make
14           sure that I address it
15           completely and accurately.
16       MR. SCHWARTZ:  Yeah.  I appreciate
17           your concern.  Yeah.
18   BY MR. SCHWARTZ:
19   Q   Yeah.  And then with respect to that
20       database, when you worked with that
21       material, did you analyze each election
22       separately?
23   A   No.

Page 67

1    Q   No?  You just aggregated the data?
2    A   Correct.  Well, let me -- I want to be
3        clear on this because -- So, you
4        say analyze each election separately.
5        I -- In the data set, each election is
6        its own entry, is its own line and data
7        set.  But here we are talking about
8        average effects.  So, when you look at
9        the data set, you will see each election
10       that's in there.  So, it is in there
11       separately.  But for the purposes of
12       doing -- I didn't do a regression for
13       every single election that's in there.  I
14       did a regression over all the elections.
15   Q   Okay.  Then going to paragraph 36, you
16       refer to the percentage of the registered
17       black population compared with whether
18       the losing candidate was black, I
19       believe.
20   A   Uh-huh (positive response).
21   Q   And when you refer to the percentage of
22       the registered black population, were you
23       referring to the percent that's

Page 68

1    registered or simply the percent of
2    registered voters?
3    A   Percent of the registered voters.
4    Q   Okay.  And then you go on to say that, in
5        this comparison, that African-Americans
6        performed one-point-four (1.4%) percent
7        better, again, excluding Sue Bell Cobb?
8    A   No.
9    Q   I am sorry.
10   A   One-point-four (1/4%) percentage points
11       better with her.
12   Q   With Sue Bell Cobb.  Two-point-one (2.1)
13       without Sue Bell Cobb?
14   A   Two-point-one (2.1%) percentage points
15       better without Sue Bell Cobb.
16   Q   Yeah.  So, when you talk about the
17       percentage points, the question is:
18       Percentage of what?
19   A   Of the vote.  Dependent on what year is
20       the percentage of the vote for losing
21       candidates for Democratic -- yeah, for
22       losing candidates.
23   Q   So, what does this tell you about whether

17 (Pages 65 to 68)

Page 69

1     there is racially polarized voting in
2     Alabama?
3     A   This tells me that American-American
4     candidates -- So, of all the losing
5     candidates in Alabama, in judicial races,
6     African-American candidates performed
7     better than white candidates.
8     Q   And so, to then follow up, what does that
9     tell you about whether there is racially
10    polarized voting?
11    A   It suggests that African-Americans are
12    not losing races because of their race.
13    Q   But in both instances, I take it, in
14    Alabama, the -- both the African-American
15    candidates and the white Democratic
16    candidates are losing consistently,
17    except for Sue Bell Cobb?
18    A   All Democrats, except for Sue Bell Cobb,
19    are losing in Alabama.
20    Q   Is it true that based on what you've seen
21    that African-Americans, as a voting
22    group, cohesively vote for Democratic
23    candidates in Alabama?

Page 70

1     A   I am trying to think if I looked at that
2     for the purposes of my report.  Can you
3     repeat the question?
4     Q   Yeah.
5         MR. SCHWARTZ:  Could you read it
6         back?
7         (At which time, the Reporter
8         read the requested portion.)
9     A   I can't answer that, because I don't
10    know.  We don't know the vote choice of
11    voters.  Alabama does not register voters
12    by political party, and we don't know the
13    vote choice of individual voters when
14    they go into the voting booth.
15    Q   Yeah.  So, in the situation we have in
16    Alabama, how would you go about
17    identifying whether there is racially
18    polarized voting?
19    A   Well, we would need to do some kind of
20    individual level data work to figure out
21    the preferences of voters and see whether
22    or not the voters are choosing their
23    preferences based on things such as party

Page 71

1     ID or policy positions or views on any
2     number of issues or if it's motivated by
3     race and racial preferences.
4         MR. DAVIS:  Rich, when it's
5         convenient, I think a brief
6         recess would be nice.
7         MR. SCHWARTZ:  That would be fine.
8         Because I'm going along
9         pretty quickly.  So...
10        (At which time, a recess was
11        taken).
12    BY MR. SCHWARTZ:
13    Q   Okay.  With respect to page -- rather to
14    paragraph 38, I have similar questions to
15    the one I asked before; and that is, what
16    database did you use, and what did you
17    do?
18    A   Paragraph 38?
19    Q   Thirty-eight.
20    A   Paragraph 38, I am just simply discussing
21    the data that I presented in paragraphs
22    36 and 37.  And so, it's the same
23    multi-regression model that includes both

Page 72

1     the percentage of the registered black
2     population and whether or not the losing
3     candidate was black as the independent
4     variables.
5         So, it's a continuation of the
6         argument in the previous paragraphs.
7     Q   And you aggregated the data?
8     A   Did the same way, yes.
9     Q   Okay.  Yeah, in respect to both the
10    African-American and the white Democratic
11    candidates, is there anything in your
12    analysis that goes to the preference of
13    the black voters in those races?
14    A   No.  I don't think we have any way to
15    know the preferences of the black voters
16    in those as races.
17    Q   Okay.  Then I want to go to paragraph 39,
18    and here you're talking about Lisa
19    Handley's evidence.  And you say that her
20    evidence of racially polarized voting in
21    primaries is further evidence that the
22    true issue is political party and not
23    race.  And what I would like you to do is

                              18  (Pages 69 to 72)

CHRIS BONNEAU

4/20/2018
2:16-cv-731-WKW-CSC

---

Page 73

1    explain the basis for your conclusion.
2    A   Sure.  So, I conclude that because, as I
3    mentioned earlier, there are no
4    African-American Republican candidates.
5    And so, the only African-American
6    candidates are in the Democratic party.
7    So, when you look within the Democratic
8    party primary elections and the elections
9    she chose where there was at least one
10   African-American candidate and one white
11   candidate, she did not find strong
12   evidence of racially polarized voting.
13   And then the one time where she found
14   polarized voting, the African-American
15   candidate won anyway.
16   Q   Yeah.  And so, these were primary
17   elections; is that right?
18   A   Correct.
19   Q   So, with respect to those candidates,
20   what happened in the general elections?
21   A   Well, if they were Democrats, they lost.
22   Q   Whether they were white or black?
23   A   Democrats lose except for -- unless their

---

Page 74

1    name is Sue Bell Cobb.
2    Q   And do you have any information about
3    the -- and maybe you have already
4    answered this; and if so, I apologize --
5    about the preference of black voters with
6    respect to each of those candidates that
7    Lisa Handley looked at in the primary?
8    A   I do not.
9    Q   Now, on paragraph 41, you switch
10   subjects, and you go to districting.  And
11   in paragraph 41, you refer to the number
12   of people in -- under five-, eight- and
13   nine-district plans, and you give certain
14   numbers.  Could you explain what those
15   numbers mean?
16   A   Sure.  Well, in paragraph 40, I used the
17   2016 estimates in the Couper expert
18   report.  And so, he used the population
19   of 4.8 million in Alabama.  So, if you
20   are going to have five districts, I
21   divide 4.8 whatever by five, and divide
22   by eight for eight districts, and divide
23   by nine for nine districts.  The same is

---

Page 75

1    true with the number of African-Americans
2    that would need to be in each district.
3    Q   Now, with to districting and how
4    districts are devised, I want to ask you
5    the -- similar questions to what I asked
6    about racially polarized voting, and that
7    is:  Have you ever taught districting and
8    how it should be done in the classroom?
9    A   In the context of my, yeah, American --
10   Introduction to American Politics class,
11   yes.
12   Q   Yeah.  And in general, can you describe
13   what you were teaching?
14   A   Sure.  I talked about the principles of
15   districting, about contiguity,
16   compactness.  I talked about how
17   districting is a political thing, and --
18   particularly in Pennsylvania now since we
19   just had all of our districts thrown
20   out -- congressional districts; it was
21   very timely this semester.  And so, we
22   talk about some principles of
23   redistricting and how it's been done, and

---

Page 76

1    so on.
2    Q   Okay.  Have you ever written anything
3    about the principles of districting?
4    A   I have not.
5    Q   All right.  Have you lectured about that
6    subject?
7    A   In my class.  So, I also teach civil
8    rights/civil liberties classes; and in
9    those, we talk about voting and
10   districting and some of the
11   gerrymandering cases that the Supreme
12   Court has heard and the decisions in
13   those cases.
14   Q   Aside from classroom lectures, have you
15   ever spoken on that subject?
16   A   I have not.
17   Q   Have you ever advised a client about that
18   subject?
19   A   I have not.
20   Q   Yeah.  Or served as an expert in
21   litigation on that subject?
22   A   Not until today.
23   Q   Then I would like to go to paragraph 46

---

19 (Pages 73 to 76)

Page 77

1    of your report.  And you talk about
2    Shugerman's book entitled "The People's
3    Courts" that was published in 2012.
4    A   Uh-huh (positive response).
5    Q   And I was wondering what Shugerman says
6    specifically, if anything, about judicial
7    elections in the State of Alabama?
8    A   To my recollection -- it's a long book.
9    To my recollection, he does not mention
10   the State of Alabama.  He talks about the
11   move from appointed systems -- tracing
12   the history of appointed systems to
13   elected systems over time.  But he talks
14   about the general trends.
15          And there may be something in
16   there about Alabama, but I can't tell you
17   what it is right now.
18   Q   And then in paragraph 47 of your report,
19   you state that State Supreme Court judges
20   are policymaking judges.  Do you see
21   that?
22   A   I do.
23   Q   And so the obvious question is:  Is there

Page 78

1    any advantage in policymaking judges on
2    panels broadly reflecting the
3    perspectives within the state where they
4    serve?
5    A   Well, there are advantages.  I mean --
6    yes, there are advantages.
7    Q   Yeah.  So, what are they?
8    A   Well, some of the advantages are that the
9    policy they are making is for the entire
10   state.  And so, much like other statewide
11   offices, like governor and attorney
12   general that are setting policy
13   throughout the entire state, judges are
14   doing the same thing.
15   Q   And so, is there any advantage in having
16   a panel that includes judges that
17   represent minority interests?
18   A   Sure.
19   Q   So, what's the advantage?
20   A   Well, we know from long literature, both
21   in political science and in psychology
22   and everything else, that diversity
23   matters.  And diversity matters in terms

Page 79

1    of the experiences people bring and the
2    way they look at cases and the way they
3    look at the law and they look at the
4    facts, and so on.  There is no dispute
5    about that in either the judicial
6    literature, which looks at diversity of
7    experiences judges bring or in anything
8    else.
9    Q   Now, I want to turn to your conclusions,
10   and I am going to paragraph 51.
11   A   Okay.
12   Q   You observe that African-American
13   candidates perform worse than whites in
14   Black Belt counties.
15   A   Uh-huh (positive response).
16   Q   And you conclude that, therefore, those
17   districts may not lead to African-
18   American judges?
19   A   I say it's far from clear that mandate --
20   yes, that's right.
21   Q   Yeah.  Suppose they don't.  Might they,
22   nonetheless, lead to judges who are
23   preferred by those African-American

Page 80

1    voters?
2    A   They might.
3    Q   And, in fact, if they are African-
4    American majority, wouldn't you expect
5    that whoever was elected in those
6    districts would be preferred by
7    African-American voters?
8    A   It's unclear.  I mean, so much of these
9    elections -- it depends on how the
10   elections were structured.  It depends
11   upon when they occurred.  A lot of these
12   things are very heavily dependent on
13   turnout and other factors that are going
14   on.
15          So, I -- you know, I can't say
16   for certain.
17   Q   But I take it at least there would be an
18   opportunity for African-American voters
19   to elect the judges they prefer, white or
20   black; isn't that right?
21   A   It's not clear there would be a greater
22   opportunity than the current system in
23   place.

20  (Pages 77 to 80)

CHRIS BONNEAU

4/20/2018
2:16-cv-731-WKW-CSC

Page 81

1   Q   Well, in the current system in place, how
2       many African-American judges are elected?
3   A   Since 2000?
4   Q   Since 2000.
5   A   Zero since 2000.  Prior to 2000, though,
6       there were four, I believe.
7   Q   Yeah, and in any event, for the last 18
8       years the number is zero?
9   A   Correct.
10  Q   Yeah.  And so, if you had a district that
11      was majority African-American, as a
12      political scientist, would you conclude
13      that there was a greater chance that the
14      preference of those African-American
15      voters would result in an elected judge?
16  A   Based on the scholarly literature in
17      political science, yes.
18  Q   Then in paragraph 52 of your report --
19  A   Uh-huh (positive response).
20  Q   -- you say that district-based elections
21      would throw courts into turmoil.  And I
22      wanted to find out about the basis for
23      your conclusions in paragraph 52?

Page 82

1   A   Sure.  Now, I say it's a point to note
2       depending on how it is done.  So, if you
3       have members of the Court that would be
4       running against each other to keep their
5       seats on the Court, you would have these
6       judges trying to raise money from the
7       same people, these judges running against
8       each other.  This could lead to a decline
9       in collegiality and comity on the Court.
10      It could -- If all the judges are running
11      at once, it could impede the ability of
12      the judges to get their work done and
13      process cases, you know, efficiently and
14      expeditiously.
15          And so, there are a lot of
16      external factors that could happen
17      depending upon how the change was made.
18  Q   Yeah.  And in paragraph 52, you refer to
19      it, in a sense, in a -- as a subjective
20      statement; in other words, this could
21      happen?
22  A   Correct.  That's correct.  The basis for
23      that is what we know about judges who

Page 83

1       have to run for reelection more often and
2       what happens, for example, when a sitting
3       justice challenges a chief justice on the
4       Court, and situations like that.
5   Q   Yeah.  With respect to moving from
6       statewide election to districts, have you
7       ever seen examples of this turmoil?
8   A   I have never seen a state move from
9       statewide to districts, and that
10      certainly hasn't happened in the recent
11      years -- in any kind of recent years.
12  Q   Yeah.  Have you looked at what has
13      happened in Louisiana?
14  A   As part of my general work on state
15      supreme court elections, yes.
16  Q   Yeah.  Have you seen turmoil resulting
17      from the change from districts -- rather
18      from statewide elections to districts?
19  A   Well, Louisiana is an odd case because of
20      the way they do their primaries, with the
21      top two primaries and the primaries in
22      other.  So, in -- and civil law versus
23      common law, in many ways, Louisiana is

Page 84

1       kind of sui generis when it comes to --
2       when it comes to these things.
3   Q   But I take it, as they move to either
4       districts or to smaller districts, you
5       haven't seen examples of the turmoil that
6       you are referring to in paragraph 52?
7   A   Well, those changes -- those changes
8       happened prior to -- so, most of my
9       works, my study becomes -- starts in 1990
10      when a lot of these elections started
11      becoming much more contentious and high
12      spending, and so on.  That change was
13      made prior to that.
14          So, I haven't looked at
15      anything as to what happened in Louisiana
16      at the time they made that change, or
17      anything else.
18  Q   Yeah.  And in your analysis of the
19      situation, you indicate that -- that the
20      incumbents running against each other is
21      a phenomenon you would expect to see in
22      the initial set of elections in the
23      conversion from statewide to districts?

21 (Pages 81 to 84)

Boggs Reporting & Video LLC

Page 85

1  A   Well, correct.  Because after that, then
2      you wouldn't have multiple incumbents
3      anymore.
4  Q   Yeah.  And so, you would be going back to
5      the status quo in the sense of their
6      relationship with the judges?
7  A   That could be the case.  I mean, it's
8      unclear, if there is any, like, lingering
9      hard feelings between people who lost
10     friends to other -- and so on.  And it
11     also depends on how this change was made,
12     if it would last a few years or would
13     roll out over a series of years, in which
14     case you could have this kind of
15     disruption for an nontrivial amount of
16     time.
17 Q   With respect to the seats up for
18     reelection?
19 A   Correct.
20 Q   So, if you did it all at once, then it
21     would be over after that first set of
22     elections?
23 A   The lingering effects, and, again, I

Page 86

1      don't have evidence for this, because I
2      have not seen it.  I suspect the
3      lingering effects would be -- would
4      dissipate faster, much like when you take
5      off a Band-Aid.
6  Q   If you rip it off, it hurts for a while,
7      but then it's gone?
8  A   It gets better quicker.
9  Q   Yeah.  The -- and you also refer to
10     the -- a slowdown of judicial
11     decision-making.
12 A   Uh-huh (positive response).
13 Q   And I was wondering if you could explain
14     what you meant by that.
15 A   Well, if you have all nine seats up at
16     once, it means -- or however many seats
17     or however it's done -- if it's done all
18     at once, what happens then is you have,
19     instead of having the court staggered
20     over a period of time where only one or
21     two justices are up for election, you
22     have everybody out raising money,
23     campaigning, competing for election at

Page 87

1      the same time, which can lead to a
2      slowdown of processing cases, because the
3      judges are concerned with making sure
4      they get reelected, with making sure they
5      are out there campaigning, and so on, and
6      so that could lead to a slowdown of
7      output.
8  Q   Yeah.  But couldn't that investment of
9      time and money and campaigning also occur
10     with respect to statewide elections?
11 A   But you only have a few judges up at any
12     one time.  And so, those judges might
13     write fewer campaigns, for example, in
14     that year, or those judges might, you
15     know, carry less of a burden in the year
16     they are up for election.  But you have
17     other judges who can pick up the slack.
18 Q   So, if you staggered district elections
19     in the same way you staggered statewide
20     elections, it sounds like the drain of
21     resources from campaigning would be
22     roughly the same; is that right?
23 A   Correct.  And that's why I -- I say in

Page 88

1      paragraph 52, depending upon how it is
2      done.
3  Q   And you also refer to a loss of
4      expertise.  And, again, I would like you
5      to explain what's behind that conclusion.
6  A   Sure.  Well, judges who serve for long
7      periods of time generate certain
8      expertise.  There are certain -- they
9      have efficiences.  They have collegial
10     relationships and everything else.  If
11     you move to a district-based election,
12     depending on how it is done, you could
13     lose a lot of expertise on the courts.
14         So, you could have multiple
15     judges losing at the same time, not
16     because they are not preferred by voters,
17     but simply because they have been
18     districted out, and they have to run
19     against another incumbent.
20         And so, you could have a court
21     of four or five new judges in a short
22     period of time, which results in a, you
23     know, in a certain loss of judicial

22 (Pages 85 to 88)

CHRIS BONNEAU

4/20/2018
2:16-cv-731-WKW-CSC

Page 89

1       expertise.
2    Q   So, the basis for your conclusion would
3        be turnover?
4    A   Correct.
5    Q   And then in paragraph 53, you refer to
6        the fact that there might be more
7        qualified candidates in some districts
8        than others, an election could be based
9        on residence as opposed to
10       qualifications; do you see that?
11   A   Correct.
12   Q   And my question is whether you have
13       looked at that phenomenon specifically
14       with respect to Alabama.
15   A   I have look at -- So, I know in Alabama
16       lawyers are not evenly distributed or
17       even remotely evenly distributed across
18       all the counties, but I have not --
19       because there were so many district plans
20       that were proposed, I did not look and
21       aggregate out, like, how many lawyers
22       would be in each district under any one
23       of these conceivable plans.

Page 90

1    Q   Okay.  And then just a -- actually a few
2        cleanup questions.  And just to get some
3        clarity about voter preference, in your
4        view, is voting racially polarized only
5        if the black voter's preference is for a
6        black candidate?
7    A   No.  My view is that voting is racially
8        polarized if voters aren't voting for
9        candidates because of the race of those
10       candidates.
11           So, if African-American
12       candidates are losing elections because
13       whites are motivated by racial animus or
14       some kind of racial factor, then that is
15       racially polarized voting.  If they are
16       losing simply because white voters are
17       more conservative or have certain
18       issues -- specific issues that they
19       prefer when they are candidates, like
20       abortion or gun control, some of these
21       other issues that are nonracial issues,
22       then it shows that it's polarized voting
23       between Democrats and Republicans, but

Page 91

1        the source of that polarized voting is
2        not racial animus.
3    Q   Yeah.  What if the source of the
4        difference is simply different concerns
5        by different groups, by white groups and
6        black groups?  In other words, suppose
7        that blacks are more concerned about
8        welfare issues, or -- they are more
9        concerned about education, or they are
10       more concerned about some other issue as
11       a group that whites feel differently
12       about, and that results in the voter
13       preference.  Would that not be racially
14       polarized voting?
15   A   If we had a situation like that, we
16       wouldn't see the patterns we are seeing
17       with African-American candidates and
18       white candidates within the Democratic
19       primary.
20   Q   Yeah.  Again, let me just -- I am -- in
21       this case, the question is one of
22       principle --
23   A   Okay.

Page 92

1    Q   -- in terms of how we define the term,
2        how we analyze it, as opposed to what we
3        see in Alabama.
4           And so, my question in this
5        case is:  Suppose black candidates on
6        many of these issues -- or rather, black
7        voters on many of these issues have
8        different preferences; for example, death
9        penalty.
10   A   Uh-huh (positive response).
11   Q   Suppose black voters are -- tend to be
12       opposed to the death penalty, and white
13       voters tend to favor it.  And so, that
14       results in preference for different
15       candidates.  Would that be a phenomenon
16       that you would call racially polarized
17       voting?
18   A   It would depend on whether or not one
19       considered the death penalty to be an
20       issue involving race.  Right?
21           And so, if the reason why
22       African-Americans have this preference on
23       the death penalty, has to do with the

23 (Pages 89 to 92)

CHRIS BONNEAU

4/20/2018
2:16-cv-731-WKW-CSC

Page 93

1    fact that African- Americans are
2    overwhelmingly sentenced to death higher
3    than whites for the same crime and some
4    of these other issues, that could be a
5    racial issue.  Right?
6         And that -- In your
7    hypothetical, given that that was a
8    racial issue, and that these preferences
9    were driven, right, by race, that's a
10   possibility.
11   Q   Okay.  Then going back to your report and
12   just what you covered in your analysis,
13   is there anywhere in your report where
14   you evaluate the degree to which black
15   voters supported certain candidates?
16   A   Well, there is.  When I look at how
17   the -- how black voters -- well, no,
18   because we don't know how black voters
19   voted.  We don't know how -- We don't
20   know how people vote when they go into
21   the voting booth.
22   Q   Yeah.  Is there anything in your report
23   that evaluates voter turnout in Alabama,

Page 94

1    white versus black lines?
2    A   No.
3    Q   And what may be my last question is:
4    Going back to your experience, have you
5    ever served as an expert on racially
6    polarized voting in any other case?
7    A   I have not.
8         MR. SCHWARTZ:  Can we --
9         MR. DAVIS:  I have got a question.
10        Do you want us to take a few
11        minutes before you wrap up?
12        MR. SCHWARTZ:  Yeah, I suppose.
13        (At which time, a recess was
14        taken).
15        MR. SCHWARTZ:  All right.  We have
16        no more questions.
17        CROSS-EXAMINATION
18   BY MR. DAVIS:
19   Q   I do have some follow-ups, Dr. Bonneau.
20   How long have you studied judicial
21   elections?
22   A   Well, since I started graduate school in
23   1998.

Page 95

1    Q   What drew you to judicial elections as a
2    political scientist?
3    A   I wish I had a great story.  When I got
4    to graduate school, I was interested in
5    courts and the judicial process, and I
6    was assigned to do research with Melinda
7    Gann Hall, who had studied judicial
8    elections, who ended up being my adviser.
9    And it was around the time that states
10   started to have a lot of data available,
11   and no one had done anything about it.
12   And there were a lot of states that were
13   considering switching methods of
14   selection, and so on.
15        And so, I kind of got bitten by
16   the bug and started doing that and have
17   continued.
18   Q   And you have studied -- well, how much of
19   your political career -- I don't mean in
20   terms of years.  I mean, but how much of
21   your time is spent focused on judicial
22   elections specifically?
23   A   Oh, up until about two years ago, it was

Page 96

1    about a hundred percent.
2    Q   Really?
3    A   Now it's probably about 90 percent --
4    Q   Okay.
5    A   -- in terms of my research time.  Yes.
6    Q   And what type of issues have you
7    researched in relation to judicial
8    elections?
9    A   I have done everything from examining,
10   yeah, do voters know who they are voting
11   for when they make decisions, to what
12   factors impact turnout in these
13   elections, what effect does campaign
14   spending have, what effect does campaign
15   finance reform have on campaign spending,
16   to what causes incumbents to lose their
17   jobs or not.
18        I have done some individual
19   survey work on whether or not voters can
20   actually identify their co-partisans, so
21   people in the same party in nonpartisan
22   elections.  So, the whole gamut of things
23   involving judicial elections.

24  (Pages 93 to 96)

Boggs Reporting & Video LLC

CHRIS BONNEAU

4/20/2018
2:16-cv-731-WKW-CSC

---

Page 97

1    Q   Okay.  And as part of that research and
2        other research that you do as a political
3        scientist, is understanding and studying
4        statistics and drawing conclusions from
5        statistics a regular part of your job?
6    A   Well, it's exclusively what I do.  I work
7        with empirical data.
8    Q   Sure.  Does that include the type of
9        analyses that's typically used in the
10       study of polarized voting?
11   A   Yes.  I have never used it myself, but I
12       am able to read and understand what was
13       done and interpret the -- those results,
14       yes.
15   Q   On polarized voting -- Do you dispute
16       that black voters and white voters in
17       Alabama tend to prefer different
18       candidates?
19   A   That seems fair based on the aggregate
20       level data that's been presented.
21   Q   Okay.  Is it your understanding of
22       racially polarized voting that racial
23       bias on the part of the electorate is

---

Page 98

1        part of that analysis?
2    A   Part of that analysis?  No.
3    Q   Let me rephrase.  As you understand
4        racially polarized voting --
5    A   Uh-huh (positive response).
6    Q   -- in order for there to be racially
7        polarized voting as opposed to simply
8        polarized voting, is it your
9        understanding that there needs to be some
10       racial bias behind the choice of voters?
11   A   Correct.
12   Q   Okay.  Whether that's part of the
13       definition of racially polarized voting
14       or not, is it your understanding that
15       that's part of what plaintiffs show or
16       need to show in voting rights cases of
17       this sort?
18   A   Correct.  If you want to show voting is
19       racially polarized, there has to be a
20       racial reason for the polarization.
21   Q   Now, you are not a lawyer?
22   A   Correct.  Thankfully not.
23   Q   Well, you don't have to be thankful.

---

Page 99

1        Did you have the -- wait, no.
2        MR. DAVIS:  I withdraw that.
3    Q   Do you see any evidence from Alabama
4        judicial elections that white voters in
5        Alabama are rejecting candidates because
6        the candidates are African-American?
7    A   I don't see any evidence of that in this
8        case.
9    Q   Do you see any evidence that white voters
10       in Alabama are rejecting candidates
11       because that candidate happens to be the
12       preference of black voters?
13   A   I don't see any evidence of that in this
14       case.
15       MR. DAVIS:  One minute.  Give me
16           one second, if you would.
17           Keep your seat.
18       MR. SCHWARTZ:  Should we go off
19           the record?
20       MR. DAVIS:  Yes.  Let's do.
21           (At which time, a recess was
22           taken).
23

---

Page 100

1    BY MR. DAVIS:
2    Q   Dr. Bonneau, when you were looking at the
3        elections in which Justices Cook and
4        England were unsuccessful, you testified
5        earlier that you didn't take incumbency
6        into account when you were comparing the
7        results of that election to other
8        candidates who lost in that election?
9    A   Correct.
10   Q   Do you recall that testimony?
11   A   I do.
12   Q   With or without incumbency, can you still
13       look at it and tell that white voters are
14       not rejecting Cook and England on account
15       of race, or they are not running away
16       from these particular candidates?
17   A   Well, given how Cook and England
18       performed better than their white
19       counterparts, that -- it would be hard to
20       say that the whites are running away from
21       those two candidates because of their
22       race.
23   Q   Okay.  And when you look at Mr. Coopers'

25 (Pages 97 to 100)

Page 101

```
 1      plans --
 2   A   Uh-huh (positive response).
 3   Q   -- the testimony that you have offered in
 4       your report, or the opinions that you
 5       offered in your report, really that's
 6       based on simply observing that those
 7       plans put more African-American voters
 8       outside of the black majority district
 9       than inside the black majority district;
10       is that correct?
11   A   Correct.  That's solely based on my
12       reading of his report and the tables in
13       his report.
14   Q   Okay.  And if you don't mind a personal
15       question:  Do you happen to be Republican
16       or Democrat?
17   A   I am a Democrat.
18   Q   Thank you, Dr. Bonneau.
19           MR. SCHWARTZ:  Thank you.  We have
20       no more questions.
21           (Deposition concluded at
22       approximately 1:45 p.m.)
23       *   *   *   *   *
```

Page 103

```
 1   that the reading and signing of said deposition was
 2   reserved by witness and counsel for the parties.
 3       I further certify that I am neither of
 4   relative, employee, attorney or counsel of any of
 5   the parties, nor am I a relative or employee of such
 6   attorney or counsel, nor am I financially interested
 7   in the results thereof.  All rates charged are usual
 8   and customary.
 9       I further certify that I am duly licensed
10   by the Alabama Board of Court Reporting as a
11   Certified Court Reporter as evidenced by the ABCR
12   number following my name found below.
13       This the 25th day of April, 2018, in the
14   year of our Lord.
15
16
17       _____
         Jeana S. Boggs, CCR
18       ACCR NO. 7, 9/30/2018
         Certified Court Reporter and
19       Notary Public
         Commission expires: 8/6/2018
20
21   (C) Copyright 2018, Boggs Reporting & Video, LLC.
     All rights reserved.  No portion of this document
22   may be reproduced without written consent of Boggs
     Reporting & Video, LLC.
23
```

Page 102

```
 1   R E P O R T E R'S   C E R T I F I C A T E
 2   STATE OF ALABAMA )
 3   ELMORE COUNTY )
 4       I, Jeana S. Boggs, Certified Professional
 5   Reporter and Notary Public in and for the State of
 6   Alabama at Large, do hereby certify on Friday, April
 7   20th, 2018, that pursuant to notice and stipulation
 8   on behalf of the Plaintiffs, I reported the
 9   deposition of DR. CHRIS BONNEAU, who was first duly
10   sworn by me to speak the truth, the whole truth, and
11   nothing but the truth, in the matter of ALABAMA
12   STATE CONFERENCE OF THE N.A.A.C.P., et al.,
13   Plaintiffs, versus HON. JOHN H. MERRILL, IN HIS
14   CAPACITY AS SECRETARY OF STATE, et al., Defendant,
15   Case Action No. 2:16-cv-731-WKW-CSC, now pending in
16   the United States District Court for the Middle
17   District, Northern Division of Alabama; that the
18   foregoing colloquies, statements, questions and
19   answers thereto were reduced to 101 typewritten
20   pages under my direction and supervision; that the
21   deposition is a true and accurate transcription of
22   the testimony/evidence of the examination of said
23   witness by counsel for the parties set out herein;
```

Page 104

```
 1   E R R A T A   S H E E T
 2       I, DR. CHRIS BONNEAU, the witness herein,
     have read the transcript of my testimony and the
 3   same is true and correct, to the best of my
     knowledge, with the exception of the following
 4   changes noted below, if any:
 5   Page / Line /     Change      / Reason
 6   _____  _____ _____
 7   _____  _____ _____
 8   _____  _____ _____
 9   _____  _____ _____
10   _____  _____ _____
11   _____  _____ _____
12   _____  _____ _____
13   _____  _____ _____
14   _____  _____ _____
15   _____  _____ _____
16       _____
17           DR. CHRIS BONNEAU
18   Sworn to and subscribed before me,
     this the _____ day of _____, 2018.
19
20       _____
21       Notary Public
         My commission expires:_____
22
23
```

CHRIS BONNEAU

4/20/2018
2:16-cv-731-WKW-CSC

Page 105

| **A** | | | | |
|---|---|---|---|---|
| **a.m** 1:21 | 44:10,12 45:2 | 38:15,17 | 60:22 65:9 | 76:14 |
| **ABCR** 103:11 | 45:11,18 47:12 | 102:12,14 | 72:12 84:18 | **asked** 7:19 30:4 |
| **ability** 21:13 | 48:9 50:10,14 | **Alabama** 1:2,6 | 93:12 98:1,2 | 43:3 71:15 |
| 22:15 23:1,3 | 50:15 51:19 | 2:23 4:11 6:12 | **analyze** 66:21 | 75:5 |
| 24:10 30:23 | 54:13 55:13,22 | 6:14 7:21 | 67:4 92:2 | **asking** 6:20 7:10 |
| 40:8 82:11 | 56:8 57:3,11 | 27:14 28:4,9 | **analyzed** 66:6 | 32:18,20,21 |
| **able** 22:3,10 | 57:15 59:11,17 | 28:11 29:3 | **animus** 90:13 | 42:23 60:22 |
| 31:18 32:6 | 59:21 60:4,5 | 41:3,9 42:18 | 91:2 | 62:10 |
| 97:12 | 60:10,12 61:6 | 48:15 50:1,2,3 | **answer** 29:10 | **aspect** 30:21,23 |
| **abortion** 90:20 | 61:9,12 62:3 | 52:21 53:15,16 | 51:4 70:9 | 31:2 |
| **absolutely** 45:14 | 62:11 63:2,6 | 59:12 69:2,5 | **answered** 74:4 | **aspects** 9:21 |
| **academic** 11:2 | 64:4 65:4,17 | 69:14,19,23 | **answering** 7:11 | 30:20 31:3 |
| **access** 28:6 | 65:23 69:6,14 | 70:11,16 74:19 | **answers** 102:19 | **assigned** 95:6 |
| **account** 34:9,11 | 72:10 73:4,5 | 77:7,10,16 | **anymore** 85:3 | **assume** 41:18 |
| 38:21 100:6,14 | 73:10,14 79:12 | 89:14,15 92:3 | **anyway** 73:15 | 43:19 46:23 |
| **ACCR** 103:17 | 79:23 80:7,18 | 93:23 97:17 | **apologize** 74:4 | 56:10 |
| **accurate** 44:15 | 81:2,11,14 | 99:3,5,10 | **appeals** 42:10 | **attorney** 2:21 |
| 102:21 | 90:11 91:17 | 102:2,6,11,17 | **APPEARAN...** | 29:5 78:11 |
| **accurately** 66:15 | 99:6 101:7 | 103:10 | 2:1 | 103:4,6 |
| **Action** 1:8 | **African-Amer...** | **allow** 59:8 | **appellate** 24:5 | **Attorneys** 2:20 |
| 102:15 | 10:13,15 33:19 | **allows** 64:15 | 25:5 40:13 | **available** 29:9 |
| **Acton** 2:13 | 34:13 44:2,23 | **American** 8:13 | 41:2,10,20 | 95:10 |
| **address** 30:1 | 45:22 46:8,12 | 8:17,21 45:6 | 43:17 | **Ave** 2:13 |
| 43:9 66:14 | 47:2,11,18,20 | 53:10 64:22 | **Appendix** 41:8,9 | **Avenue** 2:6,22 |
| **advantage** 32:4 | 50:21 51:3,7 | 65:3 75:9,10 | 41:12 42:7,14 | **average** 15:9,20 |
| 32:8 78:1,15 | 52:1 53:6,14 | 79:18 80:4 | 53:23 54:5,6,8 | 16:2,15,21,21 |
| 78:19 | 54:19 57:21 | **American-Am...** | 54:9 | 17:7 18:3,10 |
| **advantages** 78:5 | 58:18 65:13 | 69:3 | **applied** 11:22 | 20:5,6 26:14 |
| 78:6,8 | 68:5 69:11,21 | **Americans** | **appointed** 77:11 | 27:2 36:4 |
| **advised** 76:17 | 75:1 92:22 | 52:20 93:1 | 77:12 | 41:18 42:1 |
| **adviser** 95:8 | **age** 6:2 | **amount** 14:9,11 | **appreciate** | 67:8 |
| **affect** 23:15 | **aggregate** 10:12 | 14:16 16:3,8 | 66:16 | |
| 55:18 | 23:12 58:7,9 | 16:13,22 18:3 | **approximately** | **B** |
| **African** 59:10 | 58:11 89:21 | 18:14,20,22 | 1:21 101:22 | **B** 19:10,11,16 |
| **African-** 45:5 | 97:19 | 19:13,23 20:2 | **April** 1:22 102:6 | 20:4 41:8,9,12 |
| 52:19 53:9 | **aggregated** 67:1 | 26:7,23 85:15 | 103:13 | 42:7,14 54:9 |
| 64:21 65:2 | 72:7 | **amounts** 26:11 | **areas** 28:21 | **back** 26:15 |
| 79:17 80:3 | **ago** 25:21 95:23 | **analyses** 11:5 | **argument** 72:6 | 35:13 70:6 |
| 93:1 | **agreed** 4:3,19 | 97:9 | **arrange** 7:16 | 85:4 93:11 |
| **African-Amer...** | 5:4 | **analysis** 11:14 | **article** 21:23 | 94:4 |
| 28:18 33:14 | **ahead** 37:15 | 14:8 15:1 | 23:5 25:15 | **background** 8:2 |
| 34:20 39:3 | 53:3 | 25:17 29:13 | 26:3 27:3,10 | **Band-Aid** 86:5 |
| 40:14 41:23 | **al** 1:6,11 2:14 | 53:21 54:22 | **articles** 10:17 | **based** 12:10 |
| | 35:5,16 38:14 | 55:16 56:11 | **aside** 11:4 49:10 | 19:18 20:20 |

21:17,18 22:10
25:12,14 40:1
44:14 45:10
46:4 47:15,15
49:12 56:18,19
58:1,3 62:3,11
62:12 69:20
70:23 81:16
89:8 97:19
101:6,11
**basically** 26:1
**basis** 21:1 73:1
81:22 82:22
89:2
**becoming** 84:11
**behalf** 1:17 4:6
102:8
**behavior** 45:6
**believe** 21:19,20
23:7 24:7 34:6
41:3,8 43:15
54:2,4 67:19
81:6
**Bell** 35:4,7,21
54:10,21 55:1
55:7,19 62:8
68:7,12,13,15
69:17,18 74:1
**Belt** 28:21 50:1
50:7,9,19
55:22 56:7
63:12,15,22
79:14
**best** 104:3
**better** 18:19
32:15 36:12
38:14 39:16
63:8 66:2 68:7
68:11,15 69:7
86:8 100:18
**beyond** 31:9
**bias** 97:23 98:10
**Birmingham**
2:14

**bit** 8:4 30:11
**bitten** 95:15
**bivariate** 48:5
52:3
**black** 28:20
34:14,17 36:5
36:9,11 39:9
50:1,7,9,19
55:21 56:7,12
57:20 58:17
63:11,14,22
67:17,18,22
72:1,3,13,15
73:22 74:5
79:14 80:20
90:5,6 91:6
92:5,6,11
93:14,17,18
94:1 97:16
99:12 101:8,9
**blacks** 36:23
37:18 91:7
**board** 12:20
103:10
**Boggs** 1:19 4:9
102:4 103:17
103:21,22
**Bonneau** 1:16
4:5,22 6:1,9,10
13:9 30:6
49:12 94:19
100:2 101:18
102:9 104:2,17
**book** 31:5 77:2,8
**books** 13:1
**booth** 70:14
93:21
**bound** 52:13
**break** 7:15
13:10 63:21
**breakdown** 50:6
**breaking** 63:23
**brief** 71:5
**bring** 79:1,7

**broader** 23:17
**broadly** 78:2
**broke** 28:20
49:23
**bug** 95:16
**burden** 87:15

**C**

**C** 102:1,1
103:21
**call** 92:16
**called** 31:16
**campaign** 13:20
14:6 96:13,14
96:15
**campaigning**
30:22 32:5
86:23 87:5,9
87:21
**candidate** 14:12
14:14,16,19
31:6,16 35:20
35:21,22 36:3
36:6,7,13,14
36:16,23 39:12
43:21 45:8,19
45:23 46:1,13
46:13,15 47:3
47:5,7,12,14
47:16,18,23
48:1,2,10
53:11 55:5
57:4,12,13
60:11,12 61:2
61:8,8,9,11,12
61:17,21 62:13
62:15 64:21
65:20 67:18
72:3 73:10,11
73:15 90:6
99:11
**candidate's**
64:18
**candidates** 9:12

9:14,19 14:10
15:11,13 34:15
34:16,17,20,23
35:3 36:5,9,11
37:17 38:6
39:3,10 40:8
40:14,17 41:18
41:23 44:10,13
44:21 45:3
52:21 54:16
55:23 56:1,12
56:17,19 57:1
59:12,17,22
60:3,4,5,6,10
61:5 63:2,3,7
66:1 68:21,22
69:4,5,6,7,15
69:16,23 72:11
73:4,6,19 74:6
79:13 89:7
90:9,10,12,19
91:17,18 92:5
92:15 93:15
97:18 99:5,6
99:10 100:8,16
100:21
**Cans** 21:19
**CAPACITY**
1:10 102:14
**capita** 14:1
**captioned** 6:12
**care** 29:18
**career** 95:19
**carry** 87:15
**case** 4:21,23
6:16,18 7:8
11:5,11 20:12
35:7 39:9 40:2
43:15,18 44:13
45:13,14,16
46:10,17 57:14
57:22 64:17
83:19 85:7,14
91:21 92:5

94:6 99:8,14
102:15
**cases** 39:22
40:17 46:23
47:17,21 50:19
54:10 76:11,13
79:2 82:13
87:2 98:16
**causes** 96:16
**CCR** 103:17
**certain** 61:5
74:13 80:16
88:7,8,23
90:17 93:15
**certainly** 23:13
23:14 32:3
49:14 83:10
**Certified** 1:19
4:10 102:4
103:11,18
**certify** 102:6
103:3,9
**challenge** 22:4
**challengers**
21:13 22:2,7,9
22:15 23:3
32:15,18,22
33:1
**challenges** 83:3
**chance** 81:13
**change** 82:17
83:17 84:12,16
85:11 104:5
**changed** 55:15
**changes** 84:7,7
104:4
**characterizati...**
39:13 44:16
**charged** 103:7
**chief** 83:3
**choice** 70:10,13
98:10
**choices** 10:2
**choose** 61:7

choosing 70:22
chose 73:9
Chris 1:16 4:5
    4:21 6:1,9
    102:9 104:2,17
cite 19:19
cited 14:21
civil 1:8 4:18
    76:7 83:22
claim 50:9
clarify 37:12,13
    54:7
clarity 90:3
class 8:14,15,17
    8:20 9:7 75:10
    76:7
classes 76:8
classroom 75:8
    76:14
clean 17:14
cleanup 90:2
clear 10:12 67:3
    79:19 80:21
client 76:17
co-partisans
    96:20
Cobb 35:4,7,21
    36:15 43:20,23
    44:5,7 54:10
    54:21 55:1,7,8
    55:19 62:8
    68:7,12,13,15
    69:17,18 74:1
cohesively 69:22
collected 12:17
collegial 88:9
collegiality 82:9
colloquies
    102:18
come 31:16,17
    48:13
comes 40:23
    84:1,2
comity 82:9

commencing
    1:21
commission
    4:12 103:19
    104:21
common 83:23
communicate
    31:1
communicating
    32:9
compactness
    75:16
compare 15:23
    16:2 19:3,12
    19:16 23:10
    45:3
compared 26:3
    32:18,22 33:9
    34:14,22 67:17
comparing
    18:20 20:13
    26:9 32:16
    55:11,12 100:6
comparison
    20:15,16 68:5
competing 86:23
competitive
    24:19 25:1
compiled 12:22
completely
    66:15
complicated
    30:17
component 32:8
conceivable
    89:23
concentration
    56:7
concern 66:17
concerned 60:14
    87:3 91:7,9,10
concerns 91:4
conclude 24:7
    35:23 38:4

63:6,11 65:11
    65:15 73:2
    79:16 81:12
concluded 24:16
    33:18,21
    101:21
conclusion
    21:17 24:18
    34:8 38:11
    50:17,20 51:2
    51:6 73:1 88:5
    89:2
conclusions
    55:19 58:4
    79:9 81:23
    97:4
Conference 1:6
    6:13 102:12
confounds 64:15
congress 33:9
congressional
    31:12 75:20
consent 103:22
conservative
    90:17
consider 62:19
    62:20
considerably
    39:10
considered
    92:19
considering
    95:13
consistent 46:18
    46:20
consistently
    69:16
contentious
    84:11
contested 20:11
    20:21 24:22
    25:3
context 33:8
    75:9

contiguity 75:15
continuation
    72:5
continued 95:17
contrast 41:22
control 64:14
    90:20
controlling
    14:18 19:6
convenient 71:5
conversion
    84:23
Cook 33:15 34:1
    39:6 100:3,14
    100:17
Coopers' 100:23
copy 1:14 6:23
    7:5 29:12
    48:19
Copyright
    103:21
correct 7:22,23
    10:9 12:10,14
    18:17 21:10,15
    22:13,17,22
    24:3 26:12,14
    28:2 30:15
    33:7 35:9,22
    36:11 41:14
    42:2 43:23
    47:19 48:7
    50:4,23 51:9
    51:12 52:3
    54:17,20,23
    55:16,17 56:3
    63:14,20 64:11
    65:15 67:2
    73:18 81:9
    82:22,22 85:1
    85:19 87:23
    89:4,11 98:11
    98:18,22 100:9
    101:10,11
    104:3

correlates 53:12
correlation 40:4
    48:6,11,13
    49:23 51:11,15
    51:17,23 52:4
    52:12,15 65:1
corroborate
    27:17
cost 25:9 27:5
costs 20:3
counsel 2:1 4:4
    4:20 102:23
    103:2,4,6
counterparts
    63:9 100:19
counties 50:1,2
    50:3,9,13,13
    50:16,20 51:21
    63:12,15,19,22
    64:2 79:14
    89:18
county 48:17
    102:3
Couper 74:17
course 8:11,12
    9:3
courses 8:8,9
court 1:1,19 7:5
    12:5,12 14:7
    20:10 21:3
    24:6 25:5
    32:10 41:2,10
    41:20 42:11
    43:17 54:2,3,6
    76:12 77:19
    82:3,5,9 83:4
    83:15 86:19
    88:20 102:16
    103:10,11,18
courts 40:13
    77:3 81:21
    88:13 95:5
cover 8:13 9:10
    10:7

covered 93:12
crime 93:3
criteria 61:3
criterion 60:23
Cross-Examin...
  3:6 94:17
CROWELL 2:5
curious 11:12
  21:16 50:5
current 80:22
  81:1
customary
  103:8

**D**

Damon 21:19
data 10:13 12:17
  13:13,14 18:21
  21:19 23:6,16
  25:15 28:23
  29:6,9,12
  40:23 41:3,11
  42:12 48:14,16
  48:20 52:19
  53:5 54:11
  67:1,5,6,9
  70:20 71:21
  72:7 95:10
  97:7,20
database 21:2
  66:6,10,20
  71:16
Davis 2:18 3:6
  13:8 17:10,13
  17:17 29:15,21
  30:1,5 37:1,5
  42:19,21 43:8
  48:19,21 49:14
  53:1 60:15
  66:9,11 71:4
  94:9,18 99:2
  99:15,20 100:1
day 103:13
  104:18

DC 2:7
deal 12:3
dealing 38:7
death 92:8,12,19
  92:23 93:2
decided 38:9
decision-maki...
  86:11
decisions 76:12
  96:11
decline 82:8
decreased 14:2
defeat 22:16
defeated 35:8
  46:14 47:6
  57:22
Defendant
  102:14
Defendants 1:12
  2:17
define 92:1
definition 57:17
  98:13
degree 93:14
Democrat 43:22
  47:21 55:3
  57:20,21 58:17
  58:18 65:4,5
  101:16,17
Democratic
  27:19 28:5,10
  28:19 34:20,23
  35:3 36:4,6,7
  36:13,14,16
  45:23 46:12,13
  47:2,5,12,14
  48:10 50:22
  51:8 52:2,21
  53:11 54:15
  55:22 56:1
  59:20 60:1,2
  60:11 65:20
  66:1 68:21
  69:15,22 72:10

73:6,7 91:18
Democrats
  10:14,16 33:16
  34:4 40:18
  45:12,17 51:3
  51:21 54:13
  65:14 69:18
  73:21,23 90:23
depend 55:4
  92:18
dependent 64:16
  68:19 80:12
depending 82:2
  82:17 88:1,12
depends 25:1
  30:17 80:9,10
  85:11
deposition 1:16
  4:5,9,16,21,22
  5:6 29:19
  42:21 49:1
  101:21 102:9
  102:21 103:1
Deputy 2:20
describe 10:10
  12:8 75:12
detail 39:5
details 41:12
determine 10:1
  58:20
determining
  61:19,22
devised 75:4
DIANA 2:4
difference 14:22
  15:10,21,21
  16:4 17:2 18:5
  18:10 19:18
  22:23 23:23
  24:8 25:3 26:7
  64:2 91:4
differences 19:5
different 9:11
  9:12,13,14

16:16 23:7,9
  30:19 31:3
  91:4,5 92:8,14
  97:17
differential
  36:20 37:21
  44:1
differentiator
  38:1,1,4
differently
  44:23 45:10
  91:11
diminished 23:2
diminishing
  22:5
Direct 3:5 6:5
direction 9:16
  102:20
disadvantaged
  33:19,22 34:13
discussed 14:20
  25:13 35:19
discussing 58:16
  71:20
discussion 25:20
disprove 46:2
  56:15
dispute 79:4
  97:15
disruption
  85:15
dissipate 86:4
distinction 50:7
distributed
  89:16,17
district 1:1,2
  18:7 21:8
  22:21 24:8,18
  24:21 26:20
  27:6 75:2
  81:10 87:18
  89:19,22 101:8
  101:9 102:16
  102:17

district- 20:19
  22:9
district-based
  13:19 14:13,15
  18:8 19:20
  20:9,13,14,16
  22:2 24:2
  25:10 81:20
  88:11
districted 88:18
districting 74:10
  75:3,7,15,17
  76:3,10
districts 15:4,7
  15:12,16 16:1
  16:6 19:1,3,11
  21:12 26:4
  74:20,22,23
  75:4,19,20
  79:17 80:6
  83:6,9,17,18
  84:4,4,23 89:7
diversity 78:22
  78:23 79:6
divide 74:21,21
  74:22
Division 1:3
  102:17
document 7:2
  103:21
doing 38:14
  67:12 78:14
  95:16
Doug 28:15
Dr 1:16 4:5,21
  6:1 13:9 94:19
  100:2 101:18
  102:9 104:2,17
drafted 38:21
drain 87:20
drawing 97:4
drew 95:1
drill 8:4
driven 93:9

CHRIS BONNEAU

4/20/2018
2:16-cv-731-WKW-CSC

**duly** 6:2 102:9
103:9
**Dunbar** 1:20

**E**

**E** 102:1,1,1,1
104:1,1,1
**earlier** 25:13
73:3 100:5
**easier** 17:18
**ecological** 11:17
11:20
**education** 91:9
**EDWARD** 2:12
**effect** 22:5 23:18
30:13 96:13,14
**effects** 67:8
85:23 86:3
**efficiences** 88:9
**efficiently** 82:13
**eight** 19:8,9 20:7
74:22,22
**eight-** 74:12
**either** 5:1 79:5
84:3
**elect** 12:21 16:1
16:1 18:2
80:19
**elected** 26:17
57:16 77:13
80:5 81:2,15
**electing** 18:12
19:8
**election** 13:23
14:15,17 15:8
18:23 20:3
24:3 26:10
27:5 28:13,14
29:14 33:17
58:7 62:15
66:21 67:4,5,9
67:13 83:6
86:21,23 87:16
88:11 89:8

100:7,8
**elections** 7:21
9:11 12:5,12
12:20 13:19
14:12,13 15:5
15:15,19 16:4
16:12 18:8
19:1,2,21 20:1
20:9,14,15,17
20:18,20,22,23
21:4,8 22:2,10
22:12,20,21
23:4 24:6,9,18
24:20,21 25:9
25:10,11 26:4
26:5,8,19,20
27:7,14,16
30:12 31:12
33:13 35:2
38:8 41:2,6,10
41:12 43:14,17
53:19 57:20
59:14 67:14
73:8,8,17,20
77:7 80:9,10
81:20 83:15,18
84:10,22 85:22
87:10,18,20
90:12 94:21
95:1,8,22 96:8
96:13,22,23
99:4 100:3
**electoral** 61:18
**electorate** 97:23
**elects** 18:1,6
**ELMORE** 102:3
**empirical** 97:7
**employee** 103:4
103:5
**ended** 23:6 95:8
**England** 33:15
34:1 35:4,11
38:13 39:7,15
39:15 100:4,14

100:17
**entire** 78:9,13
**entirely** 21:21
**entitled** 77:2
**entry** 67:6
**equal** 66:3
**equivalent** 26:23
**ESQ** 2:3,4,12
**estimates** 74:17
**et** 1:6,11 102:12
102:14
**evaluate** 93:14
**evaluates** 93:23
**evenly** 89:16,17
**event** 81:7
**everybody** 86:22
**evidence** 4:16
33:20 72:19,20
72:21 73:12
86:1 99:3,7,9
99:13
**evidenced**
103:11
**exactly** 15:11
21:3 23:9
25:21
**examination** 3:5
6:5 102:22
**examined** 6:3
**examining** 96:9
**example** 15:16
37:16 38:13
57:10 62:1,17
83:2 87:13
92:8
**examples** 83:7
84:5
**exception** 39:14
43:20 44:5
104:3
**exclude** 55:1
**excluded** 54:21
55:2,10
**excluding** 54:9

55:18 68:7
**exclusively** 97:6
**Exhibit** 3:8 7:3
**expect** 80:4
84:21
**expeditiously**
82:14
**expensive** 25:11
**experience**
30:22 31:20
32:1 40:1 94:4
**experiences** 79:1
79:7
**expert** 6:15,22
11:11 74:17
76:20 94:5
**expertise** 88:4,8
88:13 89:1
**experts** 50:8
**expires** 103:19
104:21
**explain** 14:4
25:21 73:1
74:14 86:13
88:5
**explanation**
59:4
**extent** 52:5
**external** 82:16

**F**

**F** 102:1
**fact** 34:17 39:4
46:11 56:15
80:3 89:6 93:1
**factor** 34:16
40:6,7 46:2,6,7
48:11 61:19
62:13 90:14
**factors** 9:23
10:1 14:18
19:6 31:21
38:10 59:7
80:13 82:16

96:12
**facts** 79:4
**fair** 39:12,17
97:19
**familiar** 6:18
**far** 79:19
**faster** 86:4
**favor** 57:4,21
58:18,19 92:13
**favored** 45:18
45:22 46:12
47:2 57:12
**Federal** 4:17
**feel** 91:11
**feelings** 85:9
**female** 35:22
36:7
**fewer** 87:13
**figure** 61:13
70:20
**figures** 28:17
39:6 41:13
42:15
**FILE** 1:9
**filing** 4:21 5:3
**final** 11:19
**finance** 96:15
**financially**
103:6
**find** 22:1 27:10
28:22 59:6
73:11 81:22
**finding** 25:12
**fine** 13:11 71:7
**first** 6:2 8:8 12:2
14:5 42:4
44:19 48:12
65:7 85:21
102:9
**five** 12:6,7 26:17
26:19,20 33:6
74:20,21 88:21
**five-** 74:12
**focused** 95:21

focusing 44:9
follow 9:15 69:8
follow-ups
  94:19
following
  103:12 104:3
follows 6:3
fora 10:23
foregoing
  102:18
form 4:13 13:3
  29:4,7 37:1,3
  53:1 60:15
formalities 4:7
formality 4:12
forth 1:18
forward 66:11
found 15:9 25:7
  25:18,22,23
  26:3 30:16
  31:4,11 73:13
  103:12
four 15:3,6 18:2
  18:7 33:6 35:3
  35:18 37:17
  81:6 88:21
Frederick 25:6
  25:14 40:23
free 37:6 49:14
Friday 1:22
  102:6
friends 85:10
fundraising
  22:6 32:1
  41:16
further 4:19 5:4
  19:6 72:21
  103:3,9

**G**

gamut 96:22
Gann 95:7
gaps 10:4
gender 10:5

general 2:20,21
  43:14,17 53:15
  59:14 62:14
  73:20 75:12
  77:14 78:12
  83:14
General's 29:5
generally 40:2,3
generate 88:7
generis 84:1
gerrymanderi...
  76:11
give 7:5,19
  48:11 59:15
  74:13 99:15
given 6:15 8:1
  10:20 11:11
  25:19 28:17
  57:11 93:7
gives 64:13
giving 62:1
go 12:2 25:8
  37:15 39:1
  48:4 53:2 68:4
  70:14,16 72:17
  74:10 76:23
  93:20 99:18
goes 41:3 52:9
  52:10,10,11,14
  52:15 72:12
going 6:22 9:1
  12:1 17:13
  20:6 26:15
  33:11 35:1
  39:23 44:8
  48:21 49:18
  67:15 71:8
  74:20 79:10
  80:13 85:4
  93:11 94:1
good 17:14
government
  12:18

governor 33:9
  78:11
graduate 94:22
  95:4
great 59:16 95:3
greater 27:5
  80:21 81:13
group 58:10,11
  58:12 69:22
  91:11
groups 9:12,13
  26:9 91:5,5,6
gun 90:20
Gwendolyn 35:4
  35:14 38:13
  39:8

**H**

H 1:10 102:13
  104:1
half 27:20 39:11
half-a-point
  65:18 66:2
Hall 95:7
hand 6:23
Handley 11:10
  44:9 74:7
Handley's 72:19
happen 22:7
  82:16,21
  101:15
happened 62:4,7
  73:20 83:10,13
  84:8,15
happens 83:2
  86:18 99:11
happy 37:11
hard 45:9 85:9
  100:19
head 27:9 32:12
  41:5 55:20
heard 76:12
heavily 64:3
  80:12

helpful 49:11
hereto 5:1,5
high 40:3 84:11
higher 33:15
  50:14 54:14,19
  56:7 93:2
highest 52:8
history 77:12
hold 59:18
homogeneous
  11:13
HON 1:10
  102:13
hundred 96:1
hurting 21:12
hurts 86:6
hypothesize
  47:1
hypothetical
  26:17 46:5,11
  46:16 47:20
  48:3 57:18
  58:16 93:7

**I**

ID 71:1
identification
  7:4 10:3
identified 11:10
identify 9:4 11:6
  96:20
identifying
  70:17
idiosyncratic
  38:9
imagine 15:2
impact 10:8
  96:12
impede 22:15
  82:11
important 32:7
  60:23 61:3,3
include 63:11
  97:8

included 41:7
  53:21 64:7
  65:8
includes 71:23
  78:16
increase 31:7
  65:16,18
increased 14:2
  65:23
incumbency
  30:11,14,18,20
  30:20 31:3,5
  31:14,15 32:4
  32:8 34:9
  100:5,12
incumbent 22:4
  22:5 24:1 31:2
  31:7,17 33:3,3
  35:8,11,12,15
  35:17 88:19
incumbents 21:6
  22:16,19 24:10
  31:13 32:14,17
  32:21,23 33:5
  34:2,5,18
  84:20 85:2
  96:16
incumbents'
  85:2
independent
  64:20 72:3
indicate 41:17
  63:4 84:19
individual 23:14
  23:15 58:6,8
  70:13,20 96:18
inference 11:20
information 8:2
  12:16 28:7
  29:2 30:6 38:3
  53:13 58:1,3
  59:15 74:2
initial 84:22
inside 101:9

CHRIS BONNEAU

4/20/2018
2:16-cv-731-WKW-CSC

Page 111

instance 36:18
instances 69:13
interested 95:4
103:6
interests 78:17
intermediate
24:5 25:5
40:13 41:2,10
41:19 42:10
43:16
interpret 97:13
interpretation
59:8
introduced 4:23
introduction
8:13 75:10
investment 87:8
involve 45:2,4
involved 24:14
involving 92:20
96:23
isolation 37:20
issue 61:4 72:22
91:10 92:20
93:5,8
issues 10:3 71:2
90:18,18,21,21
91:8 92:6,7
93:4 96:6

**J**
Jackson 1:20
Jacobson 8:22
Jeana 1:18 4:9
17:18 102:4
103:17
JESCHKE 2:4
Jim 2:18 66:8
jimdavis@ago...
3:2
job 97:5
jobs 96:17
John 1:10 35:4
35:10,10 38:13

39:7 102:13
Johnson 35:5,16
38:14,16,17
Jones 28:16
judge 32:7,9
44:7 55:8
81:15
judges 18:6,13
19:9,9 26:17
33:13,14 77:19
77:20 78:1,13
78:16 79:7,18
79:22 80:19
81:2 82:6,7,10
82:12,23 85:6
87:3,11,12,14
87:17 88:6,15
88:21
judicial 7:21
23:4 30:12
32:20 69:5
77:6 79:5
86:10 88:23
94:20 95:1,5,7
95:21 96:7,23
99:4
justice 83:3,3
justices 86:21
100:3

**K**
keep 17:13 49:3
82:4 99:17
Kennedy 35:5
35:14 38:14
39:8
Kernell 8:22
kind 38:11
70:19 83:11
84:1 85:14
90:14 95:15
know 7:13 8:7
13:1 23:10
27:8 28:7,8

29:10 32:6
33:2 34:10
38:15,17 39:15
39:18,21,22
43:1 45:13
49:11 51:4
53:12 55:18
56:6,6 58:22
62:4 70:10,10
70:12 72:15
78:20 80:15
82:13,23 87:15
88:23 89:15
93:18,19,20
96:10
knowable 38:19
38:20
knowledge
104:3
Kousser 8:22

**L**
Large 4:11
102:6
larger 27:22
law 79:3 83:22
83:23
lawful 6:2
lawyer 98:21
lawyers 89:16
89:21
lead 10:4 24:17
51:2 79:17,22
82:8 87:1,6
leads 65:17
lectured 76:5
lectures 10:20
76:14
let's 17:8,23
18:1 45:11,16
46:23 63:10
99:20
level 23:12,14
24:19,20,22

25:6 48:17
58:6 70:20
97:20
liberties 76:8
licensed 103:9
likelihood 23:23
likewise 52:10
limiting 40:6,7
line 67:6 104:5
linear 64:10
lines 94:1
lingering 85:8
85:23 86:3
Lisa 44:9 72:18
74:7
list 31:22 66:12
listed 54:5
literature 24:15
25:18 78:20
79:6 81:16
litigation 76:21
little 8:4 17:11
17:19 30:11
LLC 103:21,22
lodged 37:2
Logic 8:21
long 77:8 78:20
88:6 94:20
look 10:12 24:23
45:1 50:11
52:3,22 53:5
57:7 59:9,20
63:10,14 66:11
67:8 73:7 79:2
79:3,3 89:15
89:20 93:16
100:13,23
looked 9:20
34:19 53:8
70:1 74:7
83:12 84:14
89:13
looking 12:6
14:11,23 16:15

16:17,20 27:15
40:22 41:1
56:21,22 57:5
59:13,13 60:8
60:17 65:12
100:2
looks 27:15 36:3
36:19 39:11
54:14 79:6
Lord 103:14
lose 58:19 73:23
88:13 96:16
losers 55:12,13
loses 57:20,21
58:17,18 62:14
losing 21:6
22:19 24:1
36:9,11,20
40:14,16 41:18
42:3 43:21
56:11,12 63:2
63:3,7 64:17
64:21 67:18
68:20,22 69:4
69:12,16,19
72:2 88:15
90:12,16
loss 88:3,23
lost 33:17 34:4
35:11 36:23
45:19,23 47:18
48:1,2 55:11
57:13 73:21
85:9 100:8
lot 8:1,8 17:18
31:2 55:14
80:11 82:15
84:10 88:13
95:10,12
Louisiana 83:13
83:19,23 84:15
low 33:9
Lyn 39:6

CHRIS BONNEAU

4/20/2018
2:16-cv-731-WKW-CSC

Page 112

**M**

majority 62:16
80:4 81:11
101:8,9
making 13:12
78:9 87:3,4
male 36:13
mandate 79:19
manner 5:1
margin 24:9
marginal 22:5
marked 7:2
material 66:21
materials 8:19
matter 31:13
55:4 102:11
matters 31:14
78:23,23
mean 9:17 14:4
16:17 23:13
25:19,23 30:18
32:5 34:10
74:15 78:5
80:8 85:7
95:19,20
means 26:16
52:8,13 86:16
meant 86:14
measure 25:1
measurement
9:6
measuring 52:4
meetings 11:1
Melinda 95:6
members 82:3
mention 77:9
mentioned
31:18,22 73:3
MERRILL 1:10
102:13
Messick 2:19
43:5
method 26:2
methods 11:9,20

95:13
**Middle** 1:2
102:16
**million** 74:19
**mind** 101:14
**minority** 78:17
**minute** 99:15
**minutes** 25:21
94:11
**Mississippi** 1:21
**MISTY** 2:19
**mmessick@ag...**
3:3
**model** 71:23
**moderate** 51:15
**moment** 56:10
**money** 14:10,11
14:16 16:3,8
16:13,22 17:6
18:14,21,22
19:23 20:3
21:14 22:3,11
23:1 26:8,21
26:23 31:19
40:9 82:6
86:22 87:9
**Montgomery**
2:23
**Moore** 28:16
**MORING** 2:5
**motivated** 71:2
90:13
**motivating** 46:6
46:7
**move** 77:11 83:8
84:3 88:11
**moving** 83:5
**multi-regressi...**
71:23
**multiple** 61:5,10
85:2 88:14
**Murdock/** 39:14

**N**

**N.A.A.C.P** 1:6
102:12
**NAACP** 6:13
**name** 6:7,10
30:21 32:3
74:1 103:12
**necessarily** 13:7
46:21
**need** 4:14 7:15
49:18 58:5,8
58:21 61:13
70:19 75:2
98:16
**needs** 98:9
**negative** 52:12
**neither** 103:3
**never** 83:8 97:11
**new** 88:21
**nice** 71:6
**nine** 21:5 22:18
23:6,21,22
74:23,23 86:15
**nine-district**
74:13
**nominated**
45:17 62:14
**nonpartisan**
12:4,11 20:14
96:21
**nonracial** 90:21
**nontrivial** 85:15
**northeasterners**
17:22
**Northern** 1:3
102:17
**Notary** 1:19
4:10 102:5
103:18 104:21
**note** 30:3 33:14
55:21 82:1
**noted** 104:4
**notes** 9:1
**notice** 4:6 102:7
**number** 16:12

18:12 28:17,17
38:5,8 71:2
74:11 75:1
81:8 103:12
numbers 48:13
74:14,15
nutshell 10:10
NW 2:6

**O**

**O** 102:1
**Oath** 7:11
**Object** 37:1 53:1
60:15
objection 37:2
objections 4:12
4:13
observe 79:12
observing 101:6
obtained 63:1
obvious 77:23
obviously 16:18
occur 52:6 87:9
occurred 80:11
odd 83:19
offered 4:16
101:3,5
office 2:21 29:5
offices 1:20
32:19,21 78:11
official 12:18,21
48:15
Oh 32:3 95:23
Okay 10:17 11:4
12:1 13:6,11
17:12,16 20:6
22:14 24:17
27:3 35:1,18
37:4 42:4,8,19
43:7 44:19
45:15 49:22
51:5 59:6
60:17 62:22
65:21 67:15

68:4 71:13
72:9,17 76:2
79:11 90:1
91:23 93:11
96:4 97:1,21
98:12 100:23
101:14
once 82:11
85:20 86:16,18
one-point-four
68:6,10
one-unit 65:15
ones 32:13
opinion 7:18,19
opinions 87:13
101:4
opponent 40:15
opponents 39:5
opportunity
80:18,22
opposed 56:23
61:1,20 89:9
92:2,12 98:7
order 58:4 98:6
output 87:7
outside 101:8
overall 13:21
14:3,6 15:17
15:22 23:16
41:17
overwhelming
10:14 52:20
overwhelmingly
10:15 50:10
93:2

**P**

P 102:1
p.m 101:22
page 71:13
104:5
pages 102:20
panel 78:16
panels 78:2

CHRIS BONNEAU

4/20/2018
2:16-cv-731-WKW-CSC

Page 113

paragraph 12:6
12:7 13:18
20:7 21:5,11
22:18 23:5,21
23:22 24:6
25:8 27:15
30:7 35:1,19
38:21 39:1
40:11 41:13,15
42:9,13 44:8
48:4 49:13
53:18,22 62:23
63:22 64:7,8,9
64:23 65:10,12
67:15 71:14,18
71:20 72:17
74:9,11,16
76:23 77:18
79:10 81:18,23
82:18 84:6
88:1 89:5
paragraphs
13:15 33:12
42:11 66:4
71:21 72:6
part 27:13 32:4
37:8 83:14
97:1,5,23 98:1
98:2,12,15
participation
24:11
particular 9:16
36:2,18 37:22
100:16
particularly
75:18
parties 4:4,20
5:5 102:23
103:2,5
partisan 12:4,11
20:9,13,17,18
20:20,22,23
21:7,7 24:1,2
party 5:1 10:3

28:12 31:9
36:8,21,22
37:22,23 44:3
44:4 45:8 46:9
47:15 56:20
59:20 60:2
70:12,23 72:22
73:6,8 96:21
patterns 91:16
PDF 29:8
penalized 56:18
56:19
penalty 92:9,12
92:19,23
pending 102:15
Pennsylvania
2:6 75:18
people 10:8
55:11 57:7
74:12 79:1
82:7 85:9
93:20 96:21
People's 77:2
percent 22:19
27:18 33:4
40:16,19 48:8
48:9 54:14,18
65:3 66:1
67:23 68:1,3,6
96:1,3
percentage 21:6
21:9 27:23
28:19 31:8
33:15 51:18,20
53:8,10 56:13
63:1,4 64:18
65:2,16,18,19
65:22 67:16,21
68:10,14,17,18
68:20 72:1
percentages
35:6
perform 66:2
79:13

performed
34:21 36:12
39:16 55:23
63:7 68:6 69:6
100:18
performing 60:6
period 21:20
86:20 88:22
periods 88:7
person 55:5
personal 101:14
perspectives
78:3
Phelps 1:20
phenomenon
60:18 84:21
89:13 92:15
pick 87:17
place 60:3 80:23
81:1
Plaintiff's 3:8
7:3
plaintiffs 1:7,17
2:2 4:7 6:12
98:15 102:8,13
Plaintiffs' 50:8
plans 74:13
89:19,23 101:1
101:7
please 6:8 7:13
18:17
point 82:1
points 63:8
68:10,14,17
polarization
7:20 98:20
polarized 8:6,10
9:5 10:18 11:3
11:6 46:2,19
46:20,22 47:9
47:10 56:16,22
57:6 58:2,21
59:2 60:1,9,18
60:21 61:14,15

62:17,20,21
69:1,10 70:18
72:20 73:12,14
75:6 90:4,8,15
90:22 91:1,14
92:16 94:6
97:10,15,22
98:4,7,8,13,19
policy 71:1 78:9
78:12
policymaking
77:20 78:1
political 8:3
28:12 31:9
56:20 70:12
72:22 75:17
78:21 81:12,17
95:2,19 97:2
Politics 8:14,17
8:21 75:10
population
50:15 64:3
67:17,22 72:2
74:18
portion 70:8
103:21
positions 71:1
positive 45:20
47:4,8 52:7
56:14 60:20
62:6,9 65:6
67:20 77:4
79:15 81:19
86:12 92:10
98:5 101:2
possibility 93:10
possible 23:12
57:2,5 64:14
precinct 11:13
predict 64:19
prefer 9:12,14
9:19,20 10:14
10:15 45:12
60:10 61:4,8

61:11 80:19
90:19 97:17
preference
56:23 57:15
58:8,10,23
60:8,13 61:1
61:20,23 62:2
62:10 72:12
74:5 81:14
90:3,5 91:13
92:14,22 99:12
preferences
44:14 58:6,11
70:21,23 71:3
72:15 92:8
93:8
preferred 47:17
47:21 62:15
79:23 80:6
88:16
presence 64:19
presented 71:21
97:20
pretty 71:9
previous 53:2
65:10 72:6
primaries 72:21
83:20,21,21
primary 28:20
73:8,16 74:7
91:19
principle 91:22
principles 75:14
75:22 76:3
prior 30:22
31:19 32:1
81:5 84:8,13
probably 16:19
96:3
procedural 4:8
Procedure 4:18
process 82:13
95:5
processing 87:2

CHRIS BONNEAU

4/20/2018
2:16-cv-731-WKW-CSC

Page 114

professional
4:10 11:1
102:4
proper 29:16
proposed 89:20
provide 13:4
66:9
provided 4:17
5:1 43:3 49:5
49:10
psychology
78:21
Public 1:19 4:10
102:5 103:18
104:21
publications
13:2
publicly 29:9
published 25:15
77:3
purpose 4:17
51:22 63:23
purposes 52:22
53:7 67:11
70:2
pursuant 1:17
4:6 102:7
put 18:16,17
33:7 101:7

──────────
Q
qualifications
89:10
qualified 38:15
38:17 89:7
quality 14:19
question 8:8
11:16,19,21
13:21 27:7
29:10 31:10
34:7 37:6,9,19
42:4 44:19
48:12 53:2
65:7 68:17

70:3 77:23
89:12 91:21
92:4 94:3,9
101:15
questions 4:13
4:14 6:21 7:10
7:12 49:15
71:14 75:5
90:2 94:16
101:20 102:18
quicker 86:8
quickly 71:9
quite 33:8
quo 85:5

──────────
R
R 102:1,1,1
104:1,1
R'S 102:1
race 10:5,8 14:7
16:10,10,11,22
17:3 23:15
24:2 26:18,21
33:22,23 36:2
37:17,22 38:2
39:15 44:15
45:10,21 46:5
46:9 47:16,22
55:4 56:18
61:2,16,17,18
61:21 62:4,12
69:12 71:3
72:23 90:9
92:20 93:9
100:15,22
races 16:12,18
17:5 18:2,4,11
33:8 35:19
40:21 41:20
42:2,5,6,11
44:9 45:1,4,16
53:21,23 54:5
54:6,8 55:13
64:6 65:8 69:5

69:12 72:13,16
racial 7:20 9:21
71:3 90:13,14
91:2 93:5,8
97:22 98:10,20
racially 8:6,10
9:4 10:18 11:3
11:6 46:2,18
46:21 47:9
56:16,21 57:6
58:2,21 59:2
59:23 60:9,18
60:21 61:14,15
62:17,19 69:1
69:9 70:17
72:20 73:12
75:6 90:4,7,15
91:13 92:16
94:5 97:22
98:4,6,13,19
raise 21:14 22:3
22:10 23:1
31:19 40:8
82:6
raised 14:10,11
39:20 40:4
raises 14:15
raising 86:22
Ralph 39:6
range 27:22
rate 33:4
rates 103:7
read 22:1 70:5,8
97:12 104:2
reading 101:12
103:1
really 38:15
51:6 59:18
96:2 101:5
reason 58:22
92:21 98:20
104:5
reasons 9:13
33:5 57:7 61:4

61:6,10,15,22
recall 100:10
received 29:2
48:10,14,16
51:20 53:11
65:4,19
recess 71:6,10
94:13 99:21
recognition
30:21 32:3
recollection 77:8
77:9
record 6:7 99:19
redistricting
75:23
reduce 13:20
reduced 102:19
reduction 19:22
reelect 32:7
reelected 87:4
reelection 33:4
83:1 85:18
refer 8:18 33:13
67:16,21 74:11
82:18 86:9
88:3 89:5
references 14:21
referred 23:5
42:6
referred- 7:1
referring 6:21
13:22 16:23
44:21 67:23
84:6
reflecting 78:2
reform 96:15
regardless 5:2
45:6 47:22
register 28:11
70:11
registered 51:18
53:9 65:16
67:16,22 68:1
68:2,3 72:1

regression 11:17
64:10 67:12,14
regular 97:5
rejecting 99:5
99:10 100:14
related 44:3
61:16
relates 11:20
relation 96:7
relationship
51:16,17 52:16
63:12,15,18
85:6
relationships
88:10
relative 103:4,5
relevant 14:18
remotely 89:17
repeat 70:3
rephrase 7:13
98:3
report 6:15,22
6:23 7:7,18
11:11 12:2,6
13:16 19:20
20:8 24:4
27:13 30:8
33:12 39:2
40:12 52:23
53:7,18 70:2
74:18 77:1,18
81:18 93:11,13
93:22 101:4,5
101:12,13
reported 102:8
Reporter 1:19
4:10 7:6 70:7
102:5 103:11
103:18
Reporting
103:10,21,22
represent 78:17
representative
15:3

**representing**
4:20 6:11
**reproduced**
103:22
**Republican** 28:1
28:4,9 45:19
46:1,14 47:7
57:13 59:17
62:16 73:4
101:15
**Republicans**
45:12 57:23
59:11 90:23
**request** 13:13
43:10 48:19
49:17
**requested** 29:6
70:8
**requesting**
66:13
**requests** 30:2
**requirements**
4:8
**research** 11:22
13:1 19:19
95:6 96:5 97:1
97:2
**researched** 96:7
**reserved** 4:15
5:7 103:2,21
**residence** 89:9
**resources** 87:21
**respect** 4:7 8:6
9:8 11:16 53:4
62:7 66:19
71:13 72:9
73:19 74:6
83:5 85:17
87:10 89:14
**respective** 4:4
**respond** 37:7
**response** 45:20
47:4,8 49:8
56:14 60:20

62:6,9 65:6
67:20 77:4
79:15 81:19
86:12 92:10
98:5 101:2
**rest** 64:4
**restate** 60:16
**result** 19:21
54:12 81:15
**resulted** 23:2,2
**resulting** 83:16
**results** 58:7
61:18 88:22
91:12 92:14
97:13 100:7
103:7
**retain** 24:10
**returns** 12:21
**reversed** 63:13
**Rich** 6:10 71:4
**RICHARD** 2:3
**right** 6:20 11:8
12:5 16:19
17:1,4,8 21:11
22:12,21 23:18
23:22 24:12
25:4 27:13,21
28:3,5,13
29:20,23 30:10
30:13 33:11,20
35:8,23 36:10
40:11 43:11
44:3 50:22
56:2 59:14,15
61:13,17 63:5
63:10 64:9,10
64:20 73:17
76:5 77:17
79:20 80:20
87:22 92:20
93:5,9 94:15
**rights** 98:16
103:21
**rights/civil** 76:8

**rip** 86:6
**roll** 85:13
**roughly** 24:19
26:22 27:17,18
39:11 56:12
87:22
**Roy** 28:16
**rschwartz@cr...**
2:9
**rule** 58:2
**Rules** 4:18
**ruling** 4:15
**run** 26:4,5 83:1
88:18
**running** 15:12
15:13 31:20
45:8 82:4,7,10
84:20 100:15
100:20
**rural** 50:15

## S

**s** 1:18 4:9 12:13
33:9 43:16
102:4 103:17
104:1
**samples** 23:8,9
**saying** 14:14
15:5 20:19
21:8 23:16,20
25:2 44:16
49:16 58:14,20
**says** 41:21 65:22
77:5
**scholarly** 24:15
25:18 81:16
**scholars** 31:11
**school** 94:22
95:4
**Schwartz** 2:3
3:5 6:6,11
13:11,17 29:20
29:23 30:3,9
37:4,11 43:7

43:11,13 48:18
49:9,21 66:8
66:16,18 70:5
71:7,12 94:8
94:12,15 99:18
101:19
**science** 78:21
81:17
**scientist** 8:3
81:12 95:2
97:3
**seat** 99:17
**seats** 24:11 82:5
85:17 86:15,16
**second** 14:8 51:6
99:16
**secretary** 1:10
12:19 49:6
102:14
**section** 12:3,9
24:4
**see** 19:14,17
25:3 40:19
42:14 44:22
60:5 64:1,15
67:9 70:21
77:20 84:21
89:10 91:16
92:3 99:3,7,9
99:13
**seeing** 59:23
91:16
**seen** 69:20 83:7
83:8,16 84:5
86:2
**selection** 95:14
**semester** 75:21
**senate** 33:10
**sense** 82:19 85:5
**sent** 29:6
**sentence** 14:5,9
**sentenced** 93:2
**separately** 66:22
67:4,11

**sequential** 45:16
57:19
**series** 12:17
85:13
**serve** 78:4 88:6
**served** 76:20
94:5
**set** 1:18 18:21
35:18 41:3
67:5,7,9 84:22
85:21 102:23
**sets** 54:11
**setting** 78:12
**share** 31:8
**short** 88:21
**show** 23:17
44:11 51:13,23
52:19 58:4
98:15,16,18
**shows** 19:19
27:17 51:7,14
90:22
**Shugerman** 77:5
**Shugerman's**
77:2
**signature** 5:6
**significance**
50:5
**significant**
14:22 18:9
19:5,18,22
26:7 63:16,18
**significantly**
39:16
**signing** 103:1
**similar** 27:21,22
71:14 75:5
**similarly** 44:12
44:20
**simply** 68:1
71:20 88:17
90:16 91:4
98:7 101:6
**single** 67:13

CHRIS BONNEAU

4/20/2018
2:16-cv-731-WKW-CSC

Page 116

sitting 83:2
situation 11:2
    62:2 70:15
    84:19 91:15
situations 83:4
six 13:18
slack 87:17
slightly 23:7,8
    27:22 54:19
    55:23
Slow 17:10
slowdown 86:10
    87:2,6
slowly 17:20
small 38:8
smaller 21:12
    84:4
snamiri@cro...
    2:10
solely 8:15
    101:11
sorry 17:21
    35:13 54:7
    68:9
sort 11:2 55:16
    56:11 98:17
sounds 22:23
    33:6 87:20
source 28:23
    31:14,15 91:1
    91:3
sources 12:19
    31:18
speak 102:10
special 28:14,15
specific 38:6
    90:18
specifically 8:5
    25:19 77:6
    89:13 95:22
specifics 21:22
spend 15:16
    21:14 22:11
    41:19

spending 13:20
    13:23,23 14:1
    14:3,6 15:6,8
    15:22 16:5,15
    16:18,20,21
    18:4,13 19:3,4
    19:13 22:6
    39:3 41:17
    42:15 44:2
    84:12 96:14,15
spent 15:18 16:3
    16:9,10,14,22
    17:6 18:21,22
    19:15,16,23
    20:3 26:8,22
    39:4,10,19
    40:4 42:1
    95:21
spoken 10:23
    76:15
spreadsheet
    29:7
staggered 86:19
    87:18,19
started 84:10
    94:22 95:10,16
starting 42:9
starts 84:9
state 1:6,11 4:11
    6:7,13,14 12:4
    12:11,19,20
    14:7 15:3,4,15
    15:15,18,22
    16:9 18:1,6
    19:9,10,10,11
    19:13,15,16
    20:4,4,10 21:3
    26:17,22 27:1
    29:3,5 42:18
    48:14 51:14
    54:1,2,6 56:8
    64:5 77:7,10
    77:19,19 78:3
    78:10,13 83:8

83:14 102:2,5
    102:12,14
State's 49:7
statement 82:20
statements
    102:18
states 1:1 12:20
    15:23,23 16:1
    16:5,6 17:23
    18:15,23 26:5
    27:6 95:9,12
    102:16
statewide 13:23
    14:17 15:5,8
    15:13,19 16:2
    16:7,12 18:1,3
    19:2,4,12
    20:17,22,23
    21:7 22:11,20
    24:1,8,20
    25:11 26:19,19
    27:6 31:20
    34:22 55:3,6
    78:10 83:6,9
    83:18 84:23
    87:10,19
statistical 11:9
    11:19 14:22
    15:1 18:5
statistically 18:9
    19:5,17,22
    26:6 32:14
    63:16,18
statistics 97:4,5
status 85:5
Statute 5:2
Stewart 39:6
still@votelaw....
    2:16
stipulated 4:3
    4:19 5:4
stipulation 4:6
    102:7
stipulations

1:18 4:2
story 95:3
straight-ticket
    27:19 28:1
Streb 25:6 41:1
Streb's 25:14
strong 73:11
structured
    80:10
studied 30:13
    94:20 95:7,18
studies 15:9
    24:13,14
study 21:18
    25:16 84:9
    97:10
studying 97:3
stuff 43:2
subject 8:10,11
    9:9 60:21 76:6
    76:15,18,21
subjective 82:19
subjects 74:10
submitted 7:8
subscribed
    104:18
successful 23:4
Sue 35:4,7,21
    54:9,21 55:1,6
    55:18 62:8
    68:7,12,13,15
    69:17,18 74:1
suggest 37:21
    46:4 56:5,17
suggesting 59:3
suggests 55:7
    56:6 69:11
sui 84:1
suit 6:12
supervision
    102:20
supplement 8:23
supported 93:15
suppose 19:8

45:11 79:21
    91:6 92:5,11
    94:12
supreme 12:4,11
    14:7 20:10
    21:3 54:1,3,6
    76:11 77:19
    83:15
sure 6:9 17:16
    21:21 25:23
    31:23 37:10
    41:5 43:1
    49:19 51:5
    55:9 66:14
    73:2 74:16
    75:14 78:18
    82:1 87:3,4
    88:6 97:8
survey 96:19
suspect 30:12
    86:2
switch 74:9
switching 95:13
sworn 6:2
    102:10 104:18
system 80:22
    81:1
systems 77:11
    77:12,13

———————
        T
T 102:1,1,1
    104:1,1
tables 101:12
take 17:9 28:3
    29:17 34:8,10
    35:13 38:20
    50:18 51:1
    57:18 62:22
    65:11 69:13
    80:17 84:3
    86:4 94:10
    100:5
taken 1:16 4:6,9

37:20 71:11
94:14 99:22
**talk** 9:6,8,10,11
9:18,22,22
10:2 13:9,18
14:9 17:19
20:8 21:5,12
24:5 28:13
29:21 39:2
40:13 43:8
44:8 48:5 49:4
49:18 53:19
68:16 75:22
76:9 77:1
**talked** 9:4 20:8
35:2,3 75:14
75:16
**talking** 14:5
15:2 32:16
40:12 41:16
42:5,10 54:1
67:7 72:18
**talks** 27:14
62:23 77:10,13
**taught** 8:7,9,14
8:16 10:11
75:7
**teach** 76:7
**teaching** 75:13
**TELEPHONI...**
2:19
**tell** 8:4 40:21
42:22 48:22
58:12 65:21
68:23 69:9
77:16 100:13
**telling** 31:6
**tells** 69:3
**tend** 10:13 32:14
50:13,21 51:3
52:1 92:11,13
97:17
**tended** 26:13
**term** 30:18 92:1

**terms** 10:5,5
24:9 33:23
41:6 49:16
60:7 78:23
92:1 95:20
96:5
**testified** 6:3
100:4
**testimony**
100:10 101:3
104:2
**testimony/evi...**
102:22
**textbook** 8:20
8:23
**textual** 8:19
**thank** 43:12
101:18,19
**thankful** 98:23
**Thankfully**
98:22
**thereof** 103:7
**thereto** 102:19
**thing** 50:12
61:22 75:17
78:14
**things** 9:1 10:2,6
14:20 31:4
32:12 38:5
48:23 59:9
66:3,12 70:23
80:12 84:2
96:22
**think** 19:7 23:11
29:15 32:6
38:3,10,18
49:9 66:4 70:1
71:5 72:14
**Thirty-eight**
71:19
**thought** 50:11
**throw** 81:21
**thrown** 75:19
**tied** 32:5

**time** 4:14,15 7:1
21:20 49:2
70:7 71:10
73:13 77:13
84:16 85:16
86:20 87:1,9
87:12 88:7,15
88:22 94:13
95:9,21 96:5
99:21
**timely** 75:21
**times** 33:6
**title** 43:16
**today** 13:6 76:22
**Tom** 39:7,8
**top** 27:9 32:12
41:5 55:20
83:21
**topic** 8:15 10:7
10:21 11:1
**total** 16:8,17
20:2
**totals** 54:15
**tracing** 77:11
**transcript** 17:15
104:2
**transcription**
102:21
**trends** 77:14
**trial** 4:23
**true** 35:14 36:17
37:13 38:12
50:12 58:15
69:20 72:22
75:1 102:21
104:3
**truth** 102:10,10
102:11
**try** 18:18
**trying** 70:1 82:6
**turmoil** 81:21
83:7,16 84:5
**turn** 79:9
**turnout** 80:13

93:23 96:12
**turnover** 89:3
**twice** 15:17
16:11,13 17:5
17:6
**two** 15:15 17:23
26:9 31:22
37:18,18 45:15
50:18 52:16
54:14 63:7
83:21 86:21
95:23 100:21
**Two-point-one**
68:12,14
**type** 46:11 96:6
97:8
**typewritten**
102:19
**typically** 97:9

**U**

**U** 12:13 33:9
**Uh-huh** 45:20
47:4,8 56:14
60:20 62:6,9
65:6 67:20
77:4 79:15
81:19 86:12
92:10 98:5
101:2
**unclear** 80:8
85:8
**underlying** 30:5
**understand** 7:12
27:4 37:5,10
37:14 43:4
97:12 98:3
**understanding**
97:3,21 98:9
98:14
**unit** 14:7
**United** 1:1
102:16
**unpacked** 30:19

**unsuccessful**
100:4
**urban** 28:21
50:2,12,13
51:21 63:19,22
**use** 8:18,20 16:5
16:6 26:1 50:7
71:16
**useful** 50:11
**usual** 103:7
**Usually** 39:21
**utilize** 26:2

**V**

**variable** 52:9,14
64:16,20
**variables** 52:5
52:17 72:4
**various** 33:5
**Vavreck** 8:22
**verify** 7:6
**versus** 6:13 21:7
24:2 34:15
40:16 63:2
65:5 83:22
94:1 102:13
**victories** 57:1
**victory** 24:9
**Video** 103:21,22
**view** 90:4,7
**views** 71:1
**vote** 10:8 31:8
33:16 40:16
44:12,20 46:6
46:7,8 50:21
51:7,20 52:1
52:20 53:6,10
53:14 54:15
56:13 61:7
63:1 64:18
65:3,13,19
68:19,20 69:22
70:10,13 93:20
**voted** 27:19 28:1

CHRIS BONNEAU

4/20/2018
2:16-cv-731-WKW-CSC

Page 118

28:19 47:11,13
93:19
**voter** 24:11 61:1
61:6,11,20,23
62:3,11 90:3
91:12 93:23
**voter's** 57:15
90:5
**voters** 9:19,23
10:1 27:19,23
28:4,9,10,11
28:18 31:1,6
32:9 44:12
45:12,17 47:6
48:8 53:9 56:8
56:23 57:3,12
58:6,9 61:4
65:2,17,23
68:2,3 70:11
70:11,13,21,22
72:13,15 74:5
80:1,7,18
81:15 88:16
90:8,16 92:7
92:11,13 93:15
93:17,18 96:10
96:19 97:16,16
98:10 99:4,9
99:12 100:13
101:7
**votes** 40:19 48:9
51:19
**voting** 7:20 8:7
8:10 9:5,10
10:18 11:3,6
44:23 45:9
46:3,19,21,22
47:6,9,10,15
48:17 56:16,22
57:6,7,8,9 58:2
58:12,21 60:1
60:9,19,22
61:14 62:18,20
62:21 69:1,10

69:21 70:14,18
72:20 73:12,14
75:6 76:9 90:4
90:7,8,15,22
91:1,14 92:17
93:21 94:6
96:10 97:10,15
97:22 98:4,7,8
98:13,16,18
**VS** 1:8

**W**
**wait** 99:1
**waived** 4:8,22
**waiving** 5:2
**want** 17:14
44:22 48:4,23
67:2 72:17
75:4 79:9
94:10 98:18
**wanted** 8:3
28:22 51:10
81:22
**Washington** 2:7
2:22
**way** 18:16,17,19
19:8 22:8 57:8
58:13 72:8,14
79:2,2 83:20
87:19
**ways** 83:23
**we'll** 42:23
**weak** 51:17
**website** 48:17
49:7
**websites** 42:18
**welfare** 91:8
**went** 25:20
**weren't** 34:2
**white** 33:16
34:22 35:21,22
36:3,4,7,12,13
36:16,22 37:19
39:12 40:17

44:13,20 45:7
45:19,22 46:1
46:14 47:6,13
54:15 55:12,14
56:1,11 57:4
57:12,13,20,23
58:17 60:3,6
60:11 61:7,8
61:10,11 62:16
63:3,8 65:5
69:7,15 72:10
73:10,22 80:19
90:16 91:5,18
92:12 94:1
97:16 99:4,9
100:13,18
**whites** 34:15
37:18 44:2
45:1,4 79:13
90:13 91:11
93:3 100:20
**win** 32:17,23
33:5 55:3,5
**winner** 36:2
40:18
**winners** 55:15
**winning** 36:6,20
**wish** 95:3
**withdraw** 99:2
**witness** 4:5 5:5,6
17:12,16,21
102:23 103:2
104:2
**won** 35:10,20
36:23 37:19
73:15
**wondering** 77:5
86:13
**Woodall** 39:7,8
**words** 9:18
34:12 82:20
91:6
**work** 11:4,15,18
70:20 82:12

83:14 96:19
97:6
**worked** 66:20
**works** 84:9
**worse** 55:23
60:6 79:13
**wouldn't** 18:16
46:18 57:14
62:16 80:4
85:2 91:16
**wrap** 94:11
**write** 87:13
**written** 10:17
76:2 103:22
**wrong** 22:9

**X**
**X** 32:7

**Y**
**yeah** 8:16 9:3
12:1,13,15
16:8 21:16
26:15 27:3,21
28:8 29:11
30:3,16 31:21
32:14 33:2
34:7 35:10,16
36:15 37:16
39:18,23 41:22
42:3,14 46:10
46:17 48:1,16
49:9 52:18
54:21 60:16
63:21 64:12,23
66:4,16,17,19
68:16,21 70:4
70:15 72:9
73:16 75:9,12
76:20 78:7
79:21 81:7,10
82:18 83:5,12
83:16 84:18
85:4 86:9 87:8

91:3,20 93:22
94:12 96:10
**year** 68:19 87:14
87:15 103:14
**years** 12:18 81:8
83:11,11 85:12
85:13 95:20,23

**Z**
**zero** 52:16 81:5
81:8

**0**

**1**
**1** 3:8 7:3
**1.4** 68:6
**1/4** 68:10
**1:45** 101:22
**1001** 2:6
**101** 102:19
**11** 21:11
**11:30** 1:21
**12** 24:6 41:4
**14** 25:8
**16** 27:15
**18** 30:7 81:7
**1990** 12:12 21:4
21:20 84:9
**1998** 94:23

**2**
**2.1** 68:12,14
**2:16-cv-731-...**
1:9 102:15
**2000** 23:6 33:13
39:7,8 41:4,11
53:19 55:6
81:3,4,5,5
**20004** 2:7
**2004** 21:21
**2005** 23:5
**2006** 35:2,12
39:9,14
**2008** 25:16

CHRIS BONNEAU

4/20/2018
2:16-cv-731-WKW-CSC

Page 119

| | |
|---|---|
| 27:16 | **39** 72:17 |
| **2010** 41:4 | _____ |
| **2012** 77:3 | **4** |
| **2014** 12:12 21:4 | **4** 51:17 |
| 27:16 | **4.8** 74:19,21 |
| **2015** 31:5 | **40** 74:16 |
| **2016** 41:11 | **41** 74:9,11 |
| 53:20 55:6 | **42** 51:11 |
| 74:17 | **46** 76:23 |
| **2017** 28:14 | **47** 77:18 |
| **2018** 1:22 102:7 | _____ |
| 103:13,21 | **5** |
| 104:18 | **5** 51:15 |
| **202.624.2560** | **50** 54:18 |
| 2:8 | **501** 2:22 |
| **205.335.9652** | **51** 79:10 |
| 2:15 | **52** 81:18,23 |
| **20th** 1:22 102:7 | 82:18 84:6 |
| **22** 33:12 53:22 | 88:1 |
| **23** 27:20 33:12 | **53** 40:19 89:5 |
| 35:1,19 38:22 | **54,000** 42:1 |
| **24** 39:1 | **55,000** 42:3 |
| **25** 27:18,20 | **56** 40:16 |
| **25th** 103:13 | _____ |
| **26** 42:9,13 | **6** |
| **27** 40:11 41:13 | _____ |
| 42:12 | **7** |
| **28** 41:15 42:12 | **7** 3:5,8 103:17 |
| **285,000** 41:19 | _____ |
| **29** 44:8 | **8** |
| _____ | **8/6/2018** 103:19 |
| **3** | **80** 33:4 |
| **31** 48:4 49:13 | **844** 2:13 |
| **32** 53:18 64:8 | _____ |
| **33** 62:23 64:7,9 | **9** |
| 66:5 | **9/30/2018** |
| **334.242.7300** | 103:17 |
| 3:1 | **90** 96:3 |
| **34** 64:23 66:5 | **94** 3:6 |
| **35** 65:12 | |
| **35201-0636** 2:14 | |
| **36** 67:15 71:22 | |
| **37** 71:22 | |
| **38** 71:14,18,20 | |