IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALABAMA STATE CONFERENCE OF THE NAACP, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| STATE OF ALABAMA, *et al.*, | ) ) |
| Defendants. | ) |

CASE NO. 2:16-CV-731-WKW

## **ORDER**

The purpose of this order is to set time limitations for the oral argument, which is set on **August 7, 2019, at 11:00 a.m.**, in courtroom 2-B of the Frank M. Johnson, Jr. United States Courthouse, One Church Street, Montgomery, Alabama.

It is ORDERED that the parties will receive thirty minutes of oral argument. Plaintiffs may reserve part of their time for rebuttal.

DONE this 2nd day of August, 2019.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE